UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN HOWARD, Pro-Se<br><br>Plaintiff,<br><br>v.<br><br>HD VEST FINANCIAL SERVICES,<br>STUART K. JUCKETT<br>NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS,<br><br>Defendant. | CIVIL ACTION<br>NO. 04-11900-NG<br><br>Hon. Nancy Gertner |

## MOTION TO DISMISS

Defendant HD VEST Financial Services, Inc. ("HD VEST"), by its undersigned counsel, hereby moves this Court, pursuant to Rules12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing Plaintiff's Complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss. A proposed order is attached.

Dated: September 27, 2004

Respectfully submitted,

/s/ Steve W. Kasten

Steven W. Kasten, Esq. (BBO #318840)
MCDERMOTT, WILL & EMERY

28 State Street
Boston, MA 02109-1775
Telephone: 617-535-4000
Facsimile: 617-535-3800

Kevin T. Abikoff
Alice C. Hou, Esq. (BBO #654281)
HUGHES HUBBARD & REED LLP
1775 I Street, NW
Washington, DC 20006
Telephone: 202-721-4600
Facsimile: 202-721-4646

Attorneys for Defendant HD Vest Financial
Services, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAN HOWARD, Pro-Se

                Plaintiff,

v.

HD VEST FINANCIAL SERVICES,
STUART K. JUCKETT
NATIONAL ASSOCIATION OF
SECURITIES DEALERS,

                Defendant.

CIVIL ACTION
NO. 04-11900-NG

Hon. Nancy Gertner

## ORDER

The Motion to Dismiss pursuant to Rules 12(b)(1) or, in the alternative, 12(b)(6) of the Federal Rules of Civil Procedure filed by Defendant HD VEST Financial Services, Inc. ("HD VEST"), having been reviewed by this Court, and this Court being fully advised in the premises,

IT IS HEREBY ORDERED that HD VEST's Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that this case is dismissed.

SO ORDERED.

Dated: _____           _____

                                                                             HON. NANCY GERTNER
                                                                             UNITED STATES DISTRICT JUDGE