UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN HOWARD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 04-11900 NG |
| : | |
| HD VEST FINANCIAL SERVICES, : | |
| STUART K. JUCKETT, and : | |
| NATIONAL ASSOCIATION OF : | |
|   SECURITIES DEALERS, INC. : | |
| : | |
| Defendants. : | |
| : | |

## ENTRY OF APPEARANCE OF PAMELA E. BERMAN

Kindly enter of the Pamela E. Berman of the law firm of Adler Pollock & Sheehan PC as

counsel for the Defendant National Association of Securities Dealers, Inc. in the above-captioned

action.

The Defendant,

NATIONAL ASSOCIATION OF
SECURITIES DEALERS, INC.

By its attorneys,

/s/ Pamela E. Berman

Pamela E. Berman (BBO# 551806)
Adler Pollock & Sheehan PC
175 Federal Street, 12th Floor
Boston, MA 02110
(617) 603-0552 (Telephone)
(617) 482-0604 (Telecopier)
PBerman@apslaw.com (E-mail)

Dated:  September 30, 2004

*311665_1.doc*