UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAN HOWARD,<br><br>                Plaintiff,<br><br>v.<br><br>HD VEST FINANCIAL SERVICES,<br>STUART K. JUCKETT, and<br>NATIONAL ASSOCIATION OF<br>   SECURITIES DEALERS, INC.<br><br>                Defendants. | Civil Action No. 04-11900 NG |

## MOTION OF NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. FOR ADMISSION *PRO HAC VICE* OF TERRI L. REICHER

Defendant the National Association of Securities Dealers, Inc. ("NASD"), by its attorney, Pamela E. Berman, hereby moves pursuant to Local Rule 83.5.3(b), for leave to admit *Pro Hac Vice* Terri L. Reicher as co-counsel for NASD in the above action and in support thereof avers as follows:

1.  Terri L. Reicher is an attorney who is a member of the bar of the District of Columbia, several United States District Courts, the United States Circuit Courts of Appeals for six Circuits, the United States Supreme Court and a member of the bar of the highest court of the states of Maryland and New York. The original Certificate of Terri L. Reicher is attached hereto and marked as Exhibit "A". Ex. A, ¶¶ 1 & 3.

2

  2.  Terri L. Reicher is a member of the bar in good standing in every jurisdiction where she has been admitted to practice. Ex. A, ¶¶ 2 & 3.

  3.  There are no disciplinary proceedings pending against Terri L. Reicher as a member of the bar in any jurisdiction. Ex. A, ¶ 4.

  4.  Terri L. Reicher is familiar with the Local Rules of the United States District Court for the District of Massachusetts and with the Federal Rules of Civil Procedure. Ex. A, ¶ 5.

  5.  The Application of Terri L. Reicher for leave to practice in this Court is upon the Motion of Pamela E. Berman who is a member of the bar of this Court and who has also filed an appearance for Defendant NASD in this matter.

WHEREFORE, Defendant National Association of Securities Dealers, Inc. respectfully requests this Court to grant the Motion for Admission *Pro Hac Vice* of Terri L. Reicher to represent the Defendant National Association of Securities Dealers, Inc. as co-counsel in the above-captioned action.

The Defendant,

NATIONAL ASSOCIATION
OF SECURITIES DEALERS, INC.

By its attorneys,

/s/ Pamela E. Berman
Pamela E. Berman (BBO# 551806)
Adler Pollock & Sheehan PC
175 Federal Street, 12th Floor
Boston, MA 02110
(617) 603-0552 (Telephone)
(617) 482-0604 (Telecopier)
PBerman@apslaw.com (E-mail)

Dated: September 30, 2004

*311662_1.doc*

3