UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAN HOWARD,<br><br>      Plaintiff,<br><br>v.<br><br>HD VEST FINANCIAL SERVICES,<br>STUART K. JUCKETT, and<br>NATIONAL ASSOCIATION OF<br> SECURITIES DEALERS, INC.<br><br>      Defendants. | Civil Action No. 04-11900 NG |

### CERTIFICATE OF TERRI L. REICHER IN SUPPORT OF
### THE MOTION FOR ADMISSION PRO HAC VICE

  I, Terri L. Reicher, in support of the Motion for Admission *Pro Hac Vice*, hereby state as follows:

  1. I am presently a member of the Bar of the District of Columbia.

  2. I was admitted to practice in the District of Columbia in 1988 and have been a member of the bar in good standing since that date.

  3. I have also been admitted to practice before the United States District Courts for the District of Maryland, Northern District of California, Eastern District of New York, Southern District of New York, Eastern District of Michigan, Northern District of Illinois, District of Colorado, District of Columbia, District of Wisconsin, and the Southern District of Texas. I am admitted to practice before the United States Courts of Appeal of the Second, Fourth, Seventh, Eighth, Tenth and District of Columbia Circuits, as well as to the United States Supreme Court. I have been a member of those bars in good standing since the dates of my admission.

4.	There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.	I am familiar with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court of Massachusetts.

6.	My application for admission *pro hac vice* for leave to practice in this Court is submitted by Pamela E. Berman of the Massachusetts office of the firm of Adler Pollock & Sheehan, P.C., who is a member of the bar of this Court and has also entered an appearance as co-counsel for the defendant National Association of Securities Dealers, Inc. in the above-captioned matter.

Signed under the pains and penalties of perjury this 30th day of September, 2004.

/s/ Terri L. Reicher
Terri L. Reicher
Associate General Counsel
Office of General Counsel
National Association of Securities Dealers, Inc.
1735 K Street, N.W.
Washington, D.C. 20006
(202) 728-8967 (Telephone)
(202) 728-8894 (Telecopier)
Terri.Reicher@NASD.com (E-mail)

Dated: September 30, 2004

*311660_1.doc*

2