UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN HOWARD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HD VEST FINANCIAL SERVICES,<br>STUART K. JUCKETT, and<br>NATIONAL ASSOCIATION OF<br>　SECURITIES DEALERS, INC.<br><br>　　　　　　Defendants. | Civil Action No. 04-11900 NG |

**CORPORATE DISCLOSURE STATEMENT OF**
**NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.**

Pursuant to Local Rule 7.3(A) and (B), Defendant National Association of Securities Dealers, Inc. ("NASD"), by its attorneys, hereby states that NASD does not have a parent corporation and that no publicly held company owns 10% or more of NASD's stock.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Defendant,

　　　　　　　　　　　　　　　　　　NATIONAL ASSOCIATION OF
　　　　　　　　　　　　　　　　　　SECURITIES DEALERS, INC.

　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　/s/ Pamela E. Berman
　　　　　　　　　　　　　　　　　　Pamela E. Berman (BBO# 551806)
　　　　　　　　　　　　　　　　　　Adler Pollock & Sheehan PC
　　　　　　　　　　　　　　　　　　175 Federal Street, 12th Floor
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　(617) 603-0552 (Telephone)
　　　　　　　　　　　　　　　　　　(617) 482-0604 (Telecopier)
　　　　　　　　　　　　　　　　　　PBerman@apslaw.com (E-mail)

Dated: September 30, 2004
*311664_1.doc*