UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN HOWARD,<br><br>      Plaintiff,<br><br>v.<br><br>HD VEST FINANCIAL SERVICES,<br>STUART K. JUCKETT, and<br>THE NATIONAL ASSOCIATION OF<br> SECURITIES DEALERS, INC.<br><br>      Defendants. | Civil Action No. 04-11900 NG |

## LOCAL RULE 7.1(A)(2) CERTIFICATE

On September 28, 2004, counsel for defendant National Association of Securities Dealers, Inc. sent letters to each of the parties or counsel for the parties requesting their assent to the Motion of defendant National Association of Securities Dealers, Inc. for Admission *Pro Hac Vice* of Terri L. Reicher or, if they did not consent to confer in a good faith attempt to resolve or narrow the issues raised in. Counsel for defendant HD Vest Financial Services consented to this Motion. Despite our efforts, we were unable to resolve or narrow the issues set forth in that Motion with the other parties.

                    The Defendant,

                    NATIONAL ASSOCIATION
                    OF SECURITIES DEALERS, INC.

                    By its attorneys,

                    /s/ Pamela E. Berman
                    Pamela E. Berman (BBO# 551806)
                    Adler Pollock & Sheehan PC
                    175 Federal Street, 12th Floor
                    Boston, MA 02110
                    (617) 603-0552 (Telephone)
                    (617) 482-0604 (Telecopier)
                    PBerman@apslaw.com (E-mail)

Dated: September 30, 2004

*311232_1.doc*