IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN HOWARD, PRO-SE, | ) |
|         Plaintiff, | ) |
| v. | ) Docket No. 04CV11900NG |
| HD VEST FINANCIAL SERVICES, STUART K. JUCKETT, NATIONAL ASSOCIATION OF SECURITIES DEALERS, | ) |
|         Defendants. | ) |

## MOTION OF DEFENDANT NASD, INC. TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(6) AND 12(h)(3)

Defendant National Association of Securities Dealers, Inc. ("NASD") hereby moves to dismiss the Complaint for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(6). NASD refers this Court to the accompanying Memorandum in Support of NASD's Motion to Dismiss and Affidavit of Barbara A. Sweeney.

Respectfully submitted,

The Defendant,

NATIONAL ASSOCIATION OF
SECURITIES DEALERS, INC.

/s/ Pamela E. Berman
Pamela E. Berman (BBO# 551806)
Adler Pollock & Sheehan PC
175 Federal Street, 12th Floor
Boston, MA 02110
(617) 603-0552 (Telephone)
(617) 482-0604 (Telecopier)
PBerman@apslaw.com (E-mail)

Date: October 4, 2004

311865