IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN HOWARD, PRO-SE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 04CV11900NG |
| ) | |
| HD VEST FINANCIAL SERVICES, ) | |
| STUART K. JUCKETT, ) | |
| NATIONAL ASSOCIATION OF ) | |
| SECURITIES DEALERS, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATION OF NASD BUSINESS RECORDS

Barbara Z. Sweeney, hereby declares, deposes and states under penalty of perjury that:

1. I am the Corporate Secretary of the National Association of Securities Dealers, Inc. ("NASD") and am familiar with and am a custodian of NASD business records.

2. Attached are true, accurate and complete copies of NASD documents listed below that were prepared, kept and maintained in the ordinary course of NASD's business at or near the time of the act, condition or event:

Exhibit A: Hearing Panel Decision dated December 1, 1999 in Complaint No. C11970032, "Department of Enforcement v. Daniel Richard Howard."

Exhibit B: National Adjudicatory Council Decision dated November 16, 2000 in NASD Complaint No. C11970032, "Department of Enforcement v. Daniel Richard Howard."

Exhibit C: Screen print from NASD Regulation website, "What Information is Disclosed Through NASD BrokerCheck?", printed on September 29, 2004, from url: http://www.nasdr.com/2002.asp

Exhibit D: Central Registration Depository record for Daniel Richard Howard, CRD No. 1112346, as of September 12, 2004.

3. These records are business records of NASD as defined in Rule 803 of the Federal Rules of Evidence.

4. I declare, under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing is true of my own knowledge.

Washington, D.C.
September 30, 2004

_____
Barbara Z. Sweeney
Secretary