Exhibit C

## Click here to go to the first instance of "BrokerCheck"



**Regulation**
- What's New
- Investors
  - **NASD BrokerCheck>**
  - Instructions for a Request
  - Download Request Form
  - Analyst Recommendations
  - Investor Alerts
  - Investment Choices
  - Investing Resources
  - Investor Protection
  - Markets & Trading
  - Tools You Can Use
  - NASD Rule Information
  - Investor Complaint Center
- Brokers
- Securities Firms
- Regulators
- NASD BrokerCheck<>
- Media
- Glossary
- NASD Manual
- Forms
- Site Map

Corporate Information
Information for Firms
Information for Brokers
Help for Investors
Media and Speeches
Current Issues
Resources
Market Systems
Email Subscriptions
Contact Us
Career Opportunities

**What Information is Disclosed Through NASD <BrokerCheck>?**

- For Individual Brokers
- For NASD-Registered Firms
- Arbitration Awards - Summary Information
- Arbitration Awards - Full Text
- Exceptions

**What Information Is Disclosed Through the NASD <BrokerCheck>?**

NASD <BrokerCheck> provides information on NASD registered firms and their brokers (i.e., persons currently associated with a member and persons who have been associated with a member within the last two years) that is required to be reported on the approved industry registration and licensing forms (i.e., the Form U-4 (the Uniform Application for Securities Industry Registration and Transfer) and the Form BD (the Uniform Application for Broker/Dealer Registration)). It also includes disclosure information reported by regulators.

**For Individual Brokers**

- Current employing firm(s)
- Employment experience for the past 10 years (this includes full- and part-time work, self-employment, military service, unemployment, and full-time education)
- "Other business" engaged in by the individual (excluding non-investment-related activity that is exclusively charitable, civic, religious, or fraternal, and is recognized as tax exempt)
- All approved registrations (provided the individual is currently NASD registered)
- Disclosure Information:
  - Criminal events (all felony charges and convictions; specified investment-related misdemeanor charges and convictions)
  - Regulatory actions taken against an individual by the Securities and Exchange Commission (SEC), Commodity Futures Trading Commission (CFTC), other federal regulatory agencies, states, self-regulatory organizations (SROs) or foreign financial regulatory authorities that result in a finding of a violation and/or sanction or the issuance of an order
  - Revocations or suspensions of authorization to act as an attorney, accountant or federal contractor
  - Civil judicial actions (e.g., injunctions entered in connection with investment-related activity)
  - Pending civil proceedings that could result in a reportable civil judicial action
  - Pending investigations and regulatory proceedings that could result in a regulatory action as described above
  - Written consumer-initiated complaints reported within the past 24 months alleging sales practice violations and damages of $5,000 or more
  - Written consumer-initiated complaints reported within the past 24 months alleging forgery, theft, misappropriation or conversion of funds or securities
  - Consumer-initiated complaints alleging sales practice violations that

settled for $10,000 or more
- Consumer-initiated arbitration proceedings and civil litigations alleging sales practice violations that are either pending, resulted in an award or civil judgment against the individual, or were settled for $10,000 or more
- Bonding company denials, payouts or revocations
- Unsatisfied judgments and liens
- Bankruptcy proceedings, compromises with creditors and direct payment procedures initiated under the Securities Investor Protection Act within the past 10 years
- Employment terminations after allegations of: a violation of investment-related statutes, regulations, rules or industry standards of conduct; fraud or wrongful taking of property; or failure to supervise in connection with investment-related activity.

**For NASD-Registered Securities Firms:**

- Certain administrative information about the firm (e.g., address, legal status, types of business engaged in)
- All approved registrations (provided the firm is currently NASD registered)
- Disclosure Information:
    - Criminal events (all felony charges and convictions that occurred within the past 10 years; specified investment-related misdemeanor charges and convictions that occurred within the past 10 years)
    - Regulatory actions initiated by the Securities and Exchange Commission (SEC), Commodity Futures Trading Commission (CFTC), other federal regulatory agencies, states, self-regulatory organizations (SROs), or foreign financial regulatory authorities that result in a finding of violation and/or sanction or the issuance of an order
    - Revocations or suspensions of authorization to act as an attorney, accountant or federal contractor
    - Pending regulatory proceedings that could result in a regulatory action as described above
    - Civil judicial actions (e.g., injunctions entered in the past 10 years in connection with investment-related activity; findings involving violation of investment-related statutes or regulations)
    - Pending civil proceedings that could result in a reportable civil judicial action
    - Bankruptcy proceedings and direct payment procedures initiated under SIPC within the past 10 years
    - Bonding company denials, payouts and revocations
    - Unsatisfied judgments or liens
- Summary information on arbitration awards rendered in the NASD's arbitration forum that involves securities (or commodities) disputes between member firms and public customers pursuant to NASD Rule 10330(f).

**Arbitration Awards - Summary Information**

NASD's ≤BrokerCheck≥ provides, among other things, summary information on arbitration awards rendered in the NASD's arbitration forum that involve securities (or commodities) disputes between NASD member firms (and/or their brokers) and public customers. It does not include information regarding disputes between brokers and their firms. The arbitration information available through ≤BrokerCheck≥ is provided pursuant to NASD Interpretive Material 8310-2 and Code of Arbitration Procedure 10330(f).

Information regarding certain consumer-initiated arbitration proceedings is reported to the Central Registration Depository (CRD®) system by brokers via Form U-4. In addition, certain regulators report arbitration information about brokers via Form U-6. This information includes consumer-initiated arbitration proceedings alleging sales practice violations that are either pending, resulted in an award against the individual, or were settled for $10,000 or more. NASD generally reports U-6 information about

arbitration awards against brokers within 10-15 days after an arbitration award becomes final and is signed and served on all parties involved in the dispute. The information is then disclosed through NASD ≤BrokerCheck≥.

Unlike the arbitration information reported for brokers, firm arbitration information is not required to be reported on Form BD and is therefore not available through the CRD system. Firm arbitration information is reported for disclosure through NASD ≤BrokerCheck≥ via a slightly different mechanism. Summary information regarding arbitration awards involving securities and commodities related disputes between public customers and NASD member firms is updated and disclosed on firm Public Disclosure Reports generally within 10-15 days after the arbitration award is signed and served on all parties.

### Arbitration Awards - Full Text

As a supplement to NASD ≤BrokerCheck≥, please note that the full text of arbitration awards issued by arbitrators at the NASD and at other forums is now available online as a cooperative arrangement between NASD Dispute Resolution and the Securities Arbitration Commentator (SAC) at www.nasdadr.com. The awards are generally available within one month after the arbitration award is signed and served on all parties. To access the arbitration award information it is suggested that you first view the summary information available via NASD ≤BrokerCheck≥, and then use the case number included in the NASD ≤BrokerCheck≥ Report to access the full text of the award at www.nasdadr.com. Parties to an arbitration also may obtain copies of certain awards from NASD Dispute Resolution.

### Exceptions

Information that has *not been reported* to the CRD, or that *is not required to be reported* or *is no longer reportable* on Form U-4 or Form BD is not disclosed through the PDP. Examples of information that is not required to be reported or is no longer reportable include non-investment-related misdemeanors originally reported in error (only specified investment-related misdemeanors are required to be reported); judgments and liens originally reported as pending that subsequently have been satisfied; bankruptcy proceedings filed more than 10 years ago; and consumer-initiated, written complaints that are settled for less than $10,000 or that have not resulted in arbitration claims or civil litigation. Such consumer-initiated, written complaints are, however, required to be reported on the Form U-4 and disclosed through NASD ≤BrokerCheck≥ for two years.

Under certain limited circumstances, most often pursuant to a court order, information is expunged from the CRD system. Further information about expungement is available in NASD Notices to Members 99-09, 99-54, and 01-65. Please note NASD ≤BrokerCheck≥ is governed by federal law, Securities and Exchange Commission (SEC) regulators, and NASD rules approved by the SEC. State disclosure programs are governed by state law, and may provide additional information on brokers licensed by the state. View a list of your state regulators.

| Top |

© 2004 NASD, Inc. All rights reserved. | NASD is a registered trademark of NASD Inc. | Legal Notices and Privacy Policy.

[Go Back To Results] [Previous Doc] [Next Doc]