# Exhibit D

1112346 - HOWARD, DANIEL RICHARD                                    3
    Reportable Events                                              15
    Regulator Archive and Z Records                                22

Notice

CRD® or IARD(SM) Information: This report contains information from the
CRD (Central Registration Depository) system, or the IARD system
(Investment Advisers Registration Depository), which are operated by the
NASD, a national securities association registered under the Securities
Exchange Act of 1934.  The CRD system primarily contains information
submitted on uniform broker-dealer and agent registration forms and
certain other information related to registration and licensing.  The IARD
system primarily contains information submitted on uniform investment
adviser and agent registration forms and certain other information related
to registration and licensing. The information on Uniform Forms filed with
the CRD or IARD is deemed to have been filed with each regulator with
which the applicant seeks to be registered or licensed and shall be the
joint property of the applicant and such regulators.  The compilation
constituting the CRD database as a whole is the property of NASD.  Neither
the NASD nor a participating regulator warrants or guarantees the accuracy
or the completeness of the CRD or IARD information. CRD information
consists of reportable and non-reportable information.

NASD operates the CRD system in its capacity as a registered national
securities association and pursuant to an agreement with the North
American Securities Administrators Association, Inc. (NASAA).

NASD operates the IARD system as a vendor pursuant to a contract with the
Securities and Exchange Commission and undertakings with NASAA and
participating state regulators.

Reportable Information: Information that is required to be reported on the
current version of the uniform registration forms.

Non-Reportable Information: Information that is not currently reportable
on a uniform registration form.  Information typically is not reportable
because it is out-of-date;  it was reported in error; or some change
occurred either in the disposition of the underlying event after it was
reported or in the question on the form that elicited the information.
Although not currently reportable, this information was once reported on a
uniform form and, consequently, may have become a state record.  Users of
this information should recognize that filers have no obligation to update
non-reportable data; accordingly, it may not reflect changes that have
occurred since it was reported.

CRD® or IARD(SM) System - Current As Of 09/12/2004 06:00 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: NASD
Request Submitted: 09/13/2004                                    Page 2


                    Details for Request# 830176
                    Report: Snapshot - Individual


    Parameter Name                          Value


    Request by CRD # or SSN:                CRD #
    Individual CRD # or SSN:                1112346
    Include Personal Information?           Yes
    Include All Registrations with
    Employments:                            Both Current and Previous
                                            Employments

    Include All Registrations for
    Current and/or Previous
    Employments with:                       All Regulators
    Include Professional Designations?      Yes
    Include Employment History?             Yes
    Include Other Business                  Yes
    Include Exam Information?               Yes
    Include Continuing Education
    Information?                            Yes
    Include Filing History?                 Yes
    Include Current Reportable
    Disclosure Information?                 Yes
    Include Regulator Archive and Z
    Record Information?                     Yes
    User Initials                           BAW


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 09/12/2004 06:00 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: NASD
Request Submitted: 09/13/2004                                    Page 3
Individual: 1112346 - HOWARD, DANIEL RICHARD
Administrative Information:


Composite Information:
Full Legal Name:              HOWARD, DANIEL RICHARD

Year of Birth:                1954
State of Residence:           MA
                              <<No Current Active Employments for this Individual.>>

Reportable Disclosures?       Yes
Statutorily Disqualification? CLEAR
Registered With Multiple Firms? No
Material Difference in Disclosure? No


Personal Information:
Individual CRD#:              1112346

Other Names Known By:     <<No Other Names found for this Individual.>>

Year of Birth:                1954


Registrations with Previous Employer(s):

From 08/28/2001 To 09/11/2002      ACUMENT SECURITIES, INC.(7661)
Reason for Termination:            Voluntary
Termination Comment:

| Regulator | Registration Category | Status Date | Registration Status | Approval Date | Registration Status Note |
|-----------|----------------------|-------------|---------------------|---------------|--------------------------|
| MA   | AG | 09/11/2002 | TERMED  | 10/30/2001 | No |
| NASD | GP | 09/11/2002 | T_NOREG |            | No |
| NASD | GS | 09/11/2002 | TERMED  | 10/11/2001 | No |


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 09/12/2004 06:00 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: NASD
Request Submitted: 09/13/2004                                    Page 4
Individual: 1112346 - HOWARD, DANIEL RICHARD
Administrative Information:


Registrations with Previous Employer(s) (cont):

From 05/20/1999 To 11/18/1999        BROOKSTREET SECURITIES CORPORATION(14667)
Reason for Termination:              Voluntary
Termination Comment:

| Regulator | Registration Category | Status Date | Registration Status | Approval Date | Registration Status Note |
|-----------|----------------------|-------------|---------------------|---------------|--------------------------|
| CA   | AG | 11/18/1999 | TERMED  | 07/07/1999 | No |
| FL   | AG | 08/02/1999 | T_NOREG |            | No |
| MA   | AG | 11/18/1999 | TERMED  | 07/22/1999 | No |
| NASD | FC | 11/18/1999 | TERMED  | 07/07/1999 | No |
| NASD | GS | 11/18/1999 | TERMED  | 07/07/1999 | No |
| NJ   | AG | 11/18/1999 | TERMED  | 07/23/1999 | No |
| NY   | AG | 11/18/1999 | T_NOREG |            | No |
| OH   | AG | 11/18/1999 | T_NOREG |            | No |

From 10/30/1998 To 01/13/1999        MOORS & CABOT, INC.(594)
Reason for Termination:              * Other
Termination Comment:                 See Drp

| Regulator | Registration Category | Status Date | Registration Status | Approval Date | Registration Status Note |
|-----------|----------------------|-------------|---------------------|---------------|--------------------------|
| CA   | AG | 01/13/1999 | TERMED | 11/10/1998 | No |
| MA   | AG | 01/13/1999 | TERMED | 11/10/1998 | No |
| NASD | GS | 01/13/1999 | TERMED | 11/09/1998 | No |
| NJ   | AG | 01/13/1999 | TERMED | 11/13/1998 | No |
| NY   | AG | 01/13/1999 | TERMED | 11/13/1998 | No |
| NYSE | GS | 01/13/1999 | TERMED | 11/10/1998 | No |

From 07/24/1998 To 10/22/1998        NATIONAL SECURITIES CORPORATION(7569)
Reason for Termination:              Voluntary
Termination Comment:

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 09/12/2004 06:00 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: NASD
Request Submitted: 09/13/2004                                    Page 5
Individual: 1112346 - HOWARD, DANIEL RICHARD
Administrative Information:


Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date | Registration Status Note |
|-----------|----------------------|-------------|--------------------|--------------|-------------------------|
| CA   | AG | 10/26/1998 | TERMED | 07/24/1998 | No |
| FL   | AG | 10/26/1998 | TERMED | 07/24/1998 | No |
| MA   | AG | 10/26/1998 | TERMED | 07/24/1998 | No |
| NASD | FC | 10/26/1998 | TERMED | 07/24/1998 | No |
| NASD | GS | 10/26/1998 | TERMED | 07/24/1998 | No |
| NH   | AG | 10/26/1998 | TERMED | 09/04/1998 | No |
| NJ   | AG | 10/26/1998 | TERMED | 07/24/1998 | No |
| NM   | AG | 10/26/1998 | TERMED | 07/24/1998 | No |
| NY   | AG | 10/26/1998 | TERMED | 07/24/1998 | No |
| OH   | AG | 10/26/1998 | TERMED | 07/24/1998 | No |
| RI   | AG | 10/26/1998 | TERMED | 07/24/1998 | No |
| VA   | AG | 10/26/1998 | TERMED | 07/24/1998 | No |

From 07/29/1997 To 07/24/1998      THE BOSTON GROUP(37652)
Reason for Termination:            Administrative Termination
Termination Comment:               Administrative Termination

| Regulator | Registration Category | Status Date | Registration Status | Approval Date | Registration Status Note |
|-----------|----------------------|-------------|--------------------|--------------|-------------------------|
| CA   | AG | 07/24/1998 | TERMED  | 01/08/1998 | No |
| FL   | AG | 07/24/1998 | TERMED  | 08/26/1997 | No |
| MA   | AG | 07/24/1998 | TERMED  | 09/05/1997 | No |
| NASD | FC | 07/24/1998 | TERMED  | 08/19/1997 | No |
| NASD | GS | 07/24/1998 | TERMED  | 08/19/1997 | No |
| NH   | AG | 07/24/1998 | T_NOREG |            | No |
| NJ   | AG | 07/24/1998 | TERMED  | 08/19/1997 | No |
| NM   | AG | 07/24/1998 | TERMED  | 08/26/1997 | No |
| NY   | AG | 07/24/1998 | TERMED  | 09/22/1997 | No |
| OH   | AG | 07/24/1998 | TERMED  | 02/24/1998 | No |
| RI   | AG | 07/24/1998 | TERMED  | 09/08/1997 | No |
| VA   | AG | 07/24/1998 | TERMED  | 08/20/1997 | No |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

```
CRD® or IARD(SM) System - Current As Of 09/12/2004 06:00 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: NASD
Request Submitted: 09/13/2004                                    Page 6
Individual: 1112346 - HOWARD, DANIEL RICHARD
Administrative Information:
```

Registrations with Previous Employer(s) (cont):

From 08/10/1995 To 07/01/1997        H.J. MEYERS & CO., INC.(15609)
Reason for Termination:              Voluntary
Termination Comment:                 Voluntary

| Regulator | Registration Category | Status Date | Registration Status | Approval Date | Registration Status Note |
|-----------|----------------------|-------------|---------------------|---------------|--------------------------|
| CA   | AG | 07/29/1997 | TERMED | 08/17/1995 | No |
| CT   | AG | 07/29/1997 | TERMED | 05/08/1997 | No |
| IL   | AG | 07/29/1997 | TERMED | 09/20/1996 | No |
| MA   | AG | 07/29/1997 | TERMED | 08/10/1995 | No |
| NASD | FC | 07/29/1997 | TERMED | 08/10/1995 | No |
| NASD | GS | 07/29/1997 | TERMED | 08/10/1995 | No |
| NJ   | AG | 07/29/1997 | TERMED | 08/10/1995 | No |
| NM   | AG | 07/29/1997 | TERMED | 08/10/1995 | No |
| NY   | AG | 07/29/1997 | TERMED | 08/10/1995 | No |
| OH   | AG | 07/29/1997 | TERMED | 05/09/1996 | No |
| OR   | AG | 07/29/1997 | TERMED | 08/10/1995 | No |
| PA   | AG | 07/29/1997 | TERMED | 08/10/1995 | No |
| RI   | AG | 07/29/1997 | TERMED | 11/06/1996 | No |
| UT   | AG | 07/29/1997 | TERMED | 12/02/1996 | No |
| VA   | AG | 07/29/1997 | TERMED | 05/09/1996 | No |
| VT   | AG | 07/29/1997 | TERMED | 05/08/1996 | No |
| WY   | AG | 07/29/1997 | TERMED | 05/09/1996 | No |

From 06/08/1990 To 08/09/1995        FIRST ALBANY CORPORATION(298)
Reason for Termination:              * Discharge
Termination Comment:                 FAILURE TO IMPROVE PRODUCTION

| Regulator | Registration Category | Status Date | Registration Status | Approval Date | Registration Status Note |
|-----------|----------------------|-------------|---------------------|---------------|--------------------------|
| AMEX | GS | 08/16/1995 | TERMED | 06/11/1990 | No |
| AZ   | AG | 12/31/1992 | TERMED | 02/07/1991 | No |
| CA   | AG | 08/16/1995 | TERMED | 06/15/1990 | No |

---

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 09/12/2004 06:00 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: NASD
Request Submitted: 09/13/2004                                              Page 7
Individual: 1112346 - HOWARD, DANIEL RICHARD
Administrative Information:


Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date | Registration Status Note |
|-----------|----------------------|-------------|---------------------|---------------|--------------------------|
| CT   | AG | 12/31/1993 | TERMED | 06/11/1990 | No |
| DC   | AG | 12/31/1992 | TERMED | 06/20/1990 | No |
| FL   | AG | 08/16/1995 | TERMED | 06/11/1990 | No |
| IL   | AG | 12/31/1993 | TERMED | 09/18/1990 | No |
| IN   | AG | 12/31/1993 | TERMED | 06/11/1990 | No |
| MA   | AG | 08/16/1995 | TERMED | 06/15/1990 | No |
| MD   | AG | 12/31/1992 | TERMED | 08/03/1990 | No |
| ME   | AG | 12/31/1993 | TERMED | 06/20/1990 | No |
| MO   | AG | 12/31/1992 | TERMED | 02/06/1991 | No |
| NASD | FC | 08/16/1995 | TERMED | 06/11/1990 | No |
| NASD | GS | 08/16/1995 | TERMED | 06/11/1990 | No |
| NC   | AG | 12/31/1993 | TERMED | 07/23/1993 | No |
| NJ   | AG | 08/16/1995 | TERMED | 06/11/1990 | No |
| NM   | AG | 08/16/1995 | TERMED | 05/14/1993 | No |
| NY   | AG | 08/16/1995 | TERMED | 06/11/1990 | No |
| NYSE | GS | 08/16/1995 | TERMED | 06/11/1990 | No |
| OH   | AG | 12/31/1993 | TERMED | 09/25/1992 | No |
| OR   | AG | 08/16/1995 | TERMED | 06/11/1990 | No |
| PA   | AG | 08/16/1995 | TERMED | 06/11/1990 | No |
| TX   | AG | 08/16/1995 | TERMED | 06/11/1990 | No |
| VA   | AG | 08/16/1995 | TERMED | 01/30/1992 | No |
| WI   | AG | 12/31/1992 | TERMED | 02/08/1991 | No |
| WV   | AG | 12/31/1992 | TERMED | 06/19/1990 | No |

From 03/13/1984 To 06/07/1990        PRUDENTIAL-BACHE SECURITIES INC.(7471)
Reason for Termination:              Voluntary
Termination Comment:

| Regulator | Registration Category | Status Date | Registration Status | Approval Date | Registration Status Note |
|-----------|----------------------|-------------|---------------------|---------------|--------------------------|
| AMEX | GS | 09/21/1990 | TERMED | 04/03/1988 | No |
| AZ   | AG | 09/21/1990 | TERMED | 03/27/1984 | No |

CRD® or IARD(SM) System - Current As Of 09/12/2004 06:00 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: NASD
Request Submitted: 09/13/2004                                          Page 8
Individual: 1112346 - HOWARD, DANIEL RICHARD
Administrative Information:


Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date | Registration Status Note |
|-----------|----------------------|-------------|---------------------|---------------|--------------------------|
| CA   | AG | 09/21/1990 | TERMED | 03/26/1984 | No |
| CO   | AG | 09/21/1990 | TERMED | 03/26/1984 | No |
| CT   | AG | 09/21/1990 | TERMED | 01/24/1986 | No |
| DC   | AG | 09/21/1990 | TERMED | 04/04/1984 | No |
| FL   | AG | 09/21/1990 | TERMED | 03/27/1984 | No |
| GA   | AG | 09/21/1990 | TERMED | 03/26/1984 | No |
| IA   | AG | 12/31/1988 | TERMED | 04/06/1984 | No |
| IL   | AG | 09/21/1990 | TERMED | 03/26/1984 | No |
| IN   | AG | 09/21/1990 | TERMED | 05/25/1989 | No |
| MA   | AG | 09/21/1990 | TERMED | 03/26/1984 | No |
| MD   | AG | 09/21/1990 | TERMED | 03/26/1984 | No |
| MI   | AG | 09/21/1990 | TERMED | 03/27/1984 | No |
| MN   | AG | 09/21/1990 | TERMED | 03/26/1984 | No |
| MO   | AG | 09/21/1990 | TERMED | 03/29/1984 | No |
| NASD | FC | 09/21/1990 | TERMED | 06/29/1984 | No |
| NASD | GS | 09/21/1990 | TERMED | 03/26/1984 | No |
| NJ   | AG | 09/21/1990 | TERMED | 03/29/1984 | No |
| NV   | AG | 12/31/1989 | TERMED | 03/26/1984 | No |
| NY   | AG | 09/21/1990 | TERMED | 03/26/1984 | No |
| NYSE | GS | 09/21/1990 | TERMED | 03/20/1984 | No |
| OH   | AG | 09/21/1990 | TERMED | 03/27/1984 | No |
| OK   | AG | 09/21/1990 | TERMED | 04/24/1984 | No |
| OR   | AG | 09/21/1990 | TERMED | 08/11/1986 | No |
| PA   | AG | 09/21/1990 | TERMED | 03/28/1984 | No |
| TX   | AG | 09/21/1990 | TERMED | 03/27/1984 | No |
| WA   | AG | 09/21/1990 | TERMED | 04/12/1984 | No |
| WI   | AG | 09/21/1990 | TERMED | 03/28/1984 | No |
| WY   | AG | 09/21/1990 | TERMED | 02/04/1986 | No |


Professional Designations:
   << None found for this Individual: HOWARD, DANIEL RICHARD >>


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 09/12/2004 06:00 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: NASD
Request Submitted: 09/13/2004                                    Page 9
Individual: 1112346 - HOWARD, DANIEL RICHARD
Administrative Information:


**Employment History:**

| From 08/2001 To Present: | Name: | ACUMENT SECURITIES, INC |
| | Location: | SAN FRANCISCO, CA  USA |
| | Position: | REG REP |
| | Investment Related: | Yes |

| From 11/1998 To Present: | Name: | BEST BUY, INC |
| | Location: | CAMBRIDGE, MA  USA |
| | Position: | SALES ASSOCIATE |
| | Investment Related: | No |

| From 05/1999 To 11/1999 | Name: | BROOKSTREET SECURITIES CORPORATION |
| | Location: | CAMBRIDGE, MA |
| | Position: | REG REP |
| | Investment Related: | Yes |

| From 10/1998 To 01/1999 | Name: | MOORS & CABOT, INC. |
| | Location: | BOSTON, MA |
| | Position: | UNKNCONV |
| | Investment Related: | Yes |

| From 07/1998 To 10/1998 | Name: | NATIONAL SECURITIES CORPORATION |
| | Location: | PEABODY, MA |
| | Position: | OTHER - REPRESENTATIVE |
| | Investment Related: | Yes |

| From 07/1997 To 07/1998 | Name: | THE BOSTON GROUP |
| | Location: | BOSTON, MA |
| | Position: | UNKNCONV |
| | Investment Related: | Yes |

| From 08/1995 To 07/1997 | Name: | H.J. MEYERS & CO., INC. |
| | Location: | BOSTON, MA |
| | Position: | UNKNCONV |
| | Investment Related: | Yes |

| From 06/1990 To 08/1995 | Name: | FIRST ALBANY CORPORATION |
| | Location: | NEW YORK, NY |
| | Position: | UNKNCONV |
| | Investment Related: | Yes |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 09/12/2004 06:00 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: NASD
Request Submitted: 09/13/2004                                    Page 10
Individual: 1112346 - HOWARD, DANIEL RICHARD
Administrative Information:


Employment History (cont) :

From 03/1984 To 06/1990     Name:      PRUDENTIAL-BACHE SECURITIES INC.
                            Location:  NEW YORK, NY
                            Position:  OTHER - AE
                            Investment Related:    Yes

Office of Employment History:

From 08/2001 To 09/2002     Name:      ACUMENT SECURITIES, INC.
                            Location:  4 CANAL PARK
                                       CAMBRIDGE, MA  USA  02141

From 05/1999 To 11/1999     Name:      BROOKSTREET SECURITIES CORPORATION
                            Location:  4 CANAL PARK
                                       CAMBRIDGE, MA    02141

From 10/1998 To 01/1999     Name:      MOORS & CABOT, INC.
                            Location:  111 DEVONSHIRE ST
                                       BOSTON, MA    02109

From 07/1998 To 10/1998     Name:      NATIONAL SECURITIES CORPORATION
                            Location:  200 LAKE STREET (REAR OF BLDG.)
                                       PEABODY, MA    01960

From 07/1997 To 07/1998     Name:      THE BOSTON GROUP
                            Location:  TWO INTERNATIONAL PLACE
                                       BOSTON, MA    02110

From 08/1995 To 07/1997     Name:      H.J. MEYERS & CO., INC.
                            Location:  125 HIGH ST. STE 1600
                                       BOSTON, MA    02110

From 06/1990 To 08/1995     Name:      FIRST ALBANY CORPORATION
                            Location:  6 E. 43RD STREET 27TH FLOOR
                                       NEW YORK, NY    10017-4609

From 03/1984 To 06/1990     Name:      PRUDENTIAL-BACHE SECURITIES INC.
                            Location:  ONE LIBERTY PLAZA
                                       NEW YORK, NY    10006


Other Business:
   <<No Other Business found for this Individual.>>


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

```
CRD® or IARD(SM) System - Current As Of 09/12/2004 06:00 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: NASD
Request Submitted: 09/13/2004                                    Page 11
Individual: 1112346 - HOWARD, DANIEL RICHARD
Administrative Information:
```

**Examination Information:**

| Exam | Status | Status Date | Exam Date | Grade | Score | Window Dates |
|------|--------|-------------|-----------|-------|-------|--------------|
| S15 | OFFICIAL_RESULT | 06/12/1984 | 06/12/1984 | PASSED | 87 | - |
| S24 | OFFICIAL_RESULT | 09/05/2002 | 09/04/2002 | FAILED | 64 | 05/07/2002-09/04/2002 |
| S3 | OFFICIAL_RESULT | 05/14/1984 | 05/14/1984 | PASSED | 77 | - |
| S5 | EXPIRED | 02/17/1984 | | | | - |
| S63 | OFFICIAL_RESULT | 05/25/1983 | 05/25/1983 | PASSED | 74 | - |
| S65 | OFFICIAL_RESULT | 09/27/1996 | 09/27/1996 | PASSED | 70 | - |
| S7 | OFFICIAL_RESULT | 04/16/1983 | 04/16/1983 | PASSED | 84 | - |

**CE Regulatory Element Status:**

Current CE Status:    GRADUATED

CE Base Date:    04/19/1983

**Current CE**
   <<No Current CE Session Found >>

**Next CE**
   <<No Next CE Found for this Individual.>>

**CE Directed Sequence History**

| Source | Type of Penalty | Date of Action | Effective Date | Appeal Status | Decision Date |
|--------|-----------------|----------------|----------------|---------------|---------------|
| NASD | SEQUENCE | 12/03/1999 | | DENIED-11/24/2000 | 16-NOV-00 |
| NASD | SEQUENCE | 12/03/1999 | | PENDING-12/18/2000 | |

**Inactive CE History Dates**
   <<No Inactive CE History Found for this Individual.>>

**Previous CE Requirement Status**

```
CRD® or IARD(SM) System - Current As Of 09/12/2004 06:00 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: NASD
Request Submitted: 09/13/2004                                    Page 12
Individual: 1112346 - HOWARD, DANIEL RICHARD
Administrative Information:
```

| Requirement Type | Status | Previous Window | Session | Status Date | Result |
|---|---|---|---|---|---|
| Anniversary | GRADUATED | 04/19/1993-08/16/1993 | 101 | 08/16/1993 | 08/16/1993- |

Filing History:

| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|
| 11/11/2002 | U6 | REGINDVL | NASD |
| 09/25/2002 | U6 | REGINDVL | NASD |
| 09/11/2002 | U5 | AMENDMENT | Org CRD# 7661 ACUMENT SECURITIES, INC. |
| 09/11/2002 | U5 | FULL | Org CRD# 7661 ACUMENT SECURITIES, INC. |
| 09/06/2002 | U4 | AMENDMENT | Org CRD# 7661 ACUMENT SECURITIES, INC. |
| 08/24/2002 | U6 | REGINDVL | NASD |
| 05/06/2002 | U4 | AMENDMENT | Org CRD# 7661 ACUMENT SECURITIES, INC. |
| 10/10/2001 | U4 | AMENDMENT | Org CRD# 7661 ACUMENT SECURITIES, INC. |
| .05/2001 | U4 | AMENDMENT | Org CRD# 7661 ACUMENT SECURITIES, INC. |
| 10/03/2001 | U4 | INITIAL | Org CRD# 7661 ACUMENT SECURITIES, INC. |
| 12/18/2000 | U6 | REGINDVL | NASD |
| 11/28/2000 | U6 | REGINDVL | NASD |
| 11/24/2000 | U6 | REGINDVL | NASD |
| 03/01/2000 | U5 | AMENDMENT | Org CRD# 594 MOORS & CABOT, INC. |
| 02/29/2000 | U5 | AMENDMENT | Org CRD# 14667 BROOKSTREET SECURITIES CORPORATION |
| 02/29/2000 | U5 | ADMIN | Org CRD# 14667 BROOKSTREET SECURITIES CORPORATION |
| 02/29/2000 | U4 | AMENDMENT | Org CRD# 14667 BROOKSTREET SECURITIES CORPORATION |

```
CRD® or IARD(SM) System - Current As Of 09/12/2004 06:00 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: NASD
Request Submitted: 09/13/2004                              Page 13
Individual: 1112346 - HOWARD, DANIEL RICHARD
Administrative Information:
```

Filing History (cont):

| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|
| 02/29/2000 | U4 | ADMIN | Org CRD# 14667 BROOKSTREET SECURITIES CORPORATION . |
| 02/09/2000 | U6 | REGINDVL | NASD |
| 12/14/1999 | U6 | REGINDVL | NASD |
| 11/18/1999 | U5 | FULL | Org CRD# 14667 BROOKSTREET SECURITIES CORPORATION |
| 11/18/1999 | U5 | PARTIAL | Org CRD# 14667 BROOKSTREET SECURITIES CORPORATION |
| 07/07/1999 | U6 | CONVERSION | NASD |
| 07/07/1999 | U5 | CONVERSION | Org CRD# 15609 H.J. MEYERS & CO., INC. |
| 07/06/1999 | U4 | CONVERSION | Org CRD# 15609 H.J. MEYERS & CO., INC. |
| 07/05/1999 | U4 | CONVERSION | Org CRD# 14667 BROOKSTREET SECURITIES CORPORATION |
| 07/05/1999 | U4 | CONVERSION | Org CRD# 37652 THE BOSTON GROUP |
| 07/05/1999 | U4 | CONVERSION | Org CRD# 15609 H.J. MEYERS & CO., INC. |
| 07/05/1999 | U4 | CONVERSION | Org CRD# 7471 PRUDENTIAL SECURITIES INCORPORATED |
| 07/05/1999 | U4 | CONVERSION | Org CRD# 298 FIRST ALBANY CORPORATION |
| 07/05/1999 | U4 | CONVERSION | Org CRD# 594 MOORS & CABOT, INC. |
| 07/05/1999 | U4 | CONVERSION | Org CRD# 7569 NATIONAL SECURITIES CORPORATION |
| 07/05/1999 | U5 | CONVERSION | Org CRD# 14667 BROOKSTREET SECURITIES CORPORATION |

CRD® or IARD(SM) System - Current As Of 09/12/2004 06:00 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: NASD
Request Submitted: 09/13/2004                                    Page 14
Individual: 1112346 - HOWARD, DANIEL RICHARD
Administrative Information:


Filing History (cont):


| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|
| 07/05/1999 | U5 | CONVERSION | Org CRD# 594 |
| | | | MOORS & CABOT, INC. |
| 07/05/1999 | U5 | CONVERSION | Org CRD# 7569 |
| | | | NATIONAL SECURITIES |
| | | | CORPORATION |
| 07/05/1999 | U5 | CONVERSION | Org CRD# 37652 |
| | | | THE BOSTON GROUP |
| 07/05/1999 | U5 | CONVERSION | Org CRD# 15609 |
| | | | H.J. MEYERS & CO., INC. |
| 07/05/1999 | U5 | CONVERSION | Org CRD# 298 |
| | | | FIRST ALBANY CORPORATION |
| 07/05/1999 | U5 | CONVERSION | Org CRD# 7471 |
| | | | PRUDENTIAL SECURITIES |
| | | | INCORPORATED |

CRD® or IARD(SM) System - Current As Of 09/12/2004 06:00 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: NASD
Request Submitted: 09/13/2004                                         Page 15
Individual: 1112346 - HOWARD, DANIEL RICHARD
Reportable Events:


Number of Reportable Events:
Bankruptcy:                    0
Bond:                          0
Civil Judicial:                0
Criminal:                      0
Customer Complaint:            1
Internal Review:               0
Investigation:                 0
Judgment/Lien:                 0
Regulatory Action:             1
Termination:                   0


Occurrence:          235984        Disclosure Type:      Customer Complaint
NASD Public Disclosable:    Y       Reportable:          Y
Material Difference in Disclosure:        N


    Rev. Form U-4 (08/1999)
    Form:              U-4        Received:              08/08/1997
    Source: Organization CRD# 15609
    Questions:


    Customer Complaint DRP:


    1.  Customer Name(s):            STUART JUCKETT (STEPSON OF MEEKER)
    2.  Customer(s) State of Residence:
        Other state(s) of  residence/detail:
    3.  Employing Firm:
    4.  Allegations:
        ALLEGED UNAUTHORIZED TRADES, ALLEGED DAMAGES  NOT SPECIFIED
    5.  Principal Product Type:
        Other Product Types:
    6.  Alleged Compensatory Damages:       $    0.00
    7.  Date Complaint Received/Explanation:      08/28/1996
    8.  Currently Pending:           No
    9.  Status:                      Settled
    10. Status Date/Explanation:
    11. Settlement Amount:           $45,000.00
    12. Individual Contribution Amount:     $    0.00
    13. Arbitration/Reparation claim filed with, Docket/Case number:

    14. Date Notice Served/Explanation:
    15. Arbitration/Reparation Pending:
    16. Disposition:
    17. Disposition Date/Explanation:

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 09/12/2004 06:00 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: NASD
Request Submitted: 09/13/2004                                    Page 16
Individual: 1112346 - HOWARD, DANIEL RICHARD
Reportable Events:

18. Compensation Amount:              $    0.00
19. Individual Contribution Amount:   $    0.00
20. Court, Docket/Case Number:
21. Date/Explanation:
22. Litigation Pending:
23. Disposition:
24. Date/Explanation:
25. Compensation Amount:              $    0.00
26. Individual Contribution Amount:   $    0.00
27. Appeal Date/Explanation:
28. Comment:
    ACCOUNT CLOSED. COMPLAINT SETTLED FOR $45,000  I VEHEMENTLY DENY
    ANY UNSUITABLE OR UNAUTHORIZED  TRADES. CLIENT APPROVED
    BEFOREHAND EACH AND EVERY TRADE. ONE  STUART JUCKETT, ALLEGED
    STEPSON OF MEEKER, HAD SENT A LETTER OF  COMPLAINT. H.J. MEYERS
    DENIED EACH AND EVERY ALLEGATION (SEE  ATTACHED). I LATER LEARNED
    THAT HJM HAD SETTLED. I HAD NO INPUT  INTO SETTLEMENT PROCESS AND
    WAS NOT AWARE THAT  A SETTLEMENT  WAS BEING PLANNED. THE MOTIVE
    OF THE COMPLAINT WAS TO TAKE  ADVANTAGE OF THE FACT THAT PALOMAR,
    AN HJM RECOMEDATION,  DECREASED IN VALUE (SEE ATTACHED). HJM IS
    PERCEIVED AS AN EASY  TARGET FOR COMPLIANCE COMPLAINTS DUE TO
    ADVERSE NEWS ARTICLES.  MY U-5, WHICH ARRIVED 7/29/97, REFLECTED
    THIS UNJUSTIFIED AND  UNAUTHORIZED SETTLEMENT.

Rev. Form U-5 (08/1999)
Form:              U-5        Received:           07/24/1997
Source: Organization CRD# 15609
Questions:

Customer Complaint DRP:

1.  Customer Name(s):              CUSTOMER COMPLAINT - JOHN MEEKER
                                   (JB-00649)
2.  Customer(s) State of Residence:
    Other state(s) of  residence/detail:
3.  Employing Firm:
4.  Allegations:
    ALLEGED UNAUTHORIZED TRADE.  ALLEGED DAMAGES  NOT SPECIFIED.
5.  Principal Product Type:
    Other Product Types:
6.  Alleged Compensatory Damages:    $    0.00
7.  Date Complaint Received/Explanation:        08/28/1996
8.  Currently Pending:             No
9.  Status:                        Settled

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

```
CRD® or IARD(SM) System - Current As Of 09/12/2004 06:00 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: NASD
Request Submitted: 09/13/2004                              Page 17
Individual: 1112346 - HOWARD, DANIEL RICHARD
Reportable Events:


    10. Status Date/Explanation:
    11. Settlement Amount:              $45,000.00
    12. Individual Contribution Amount: $     0.00
    13. Arbitration/Reparation claim filed with, Docket/Case number:

    14. Date Notice Served/Explanation:
    15. Arbitration/Reparation Pending:
    16. Disposition:
    17. Disposition Date/Explanation:
    18. Compensation Amount:            $     0.00
    19. Individual Contribution Amount: $     0.00
    20. Court, Docket/Case Number:
    21. Date/Explanation:
    22. Litigation Pending:
    23. Disposition:
    24. Date/Explanation:
    25. Compensation Amount:            $     0.00
    26. Individual Contribution Amount: $     0.00
    27. Appeal Date/Explanation:
    28. Comment:
        ACCOUNT CLOSED COMPLAINT SETTLED IN THE AMOUTH  OF $45,000.00.
        Not Provided


Occurrence:           317096      Disclosure Type:    Regulatory Action
NASD Public Disclosable:    Y     Reportable:         Y
Material Difference in Disclosure:    N

    Rev. Form U-4 (03/2002)
    Form:           U-4     Received:          09/06/2002
    Source: Organization CRD# 7661
    Questions:      14E(2),14E(4),14G(1)
```

---

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 09/12/2004 06:00 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: NASD
Request Submitted: 09/13/2004                                          Page 18
Individual: 1112346 - HOWARD, DANIEL RICHARD
Reportable Events:


    Regulatory Action DRP Content

    1.  Regulatory Action Initiated By:      NATIONAL ASSOCIATION OF
                                             SECURITIES DEALERS, INC.
    2.  Principal Sanction:                  Other
        Other Sanctions:       2 YEAR SUSPENSION, $25,000.00 FINE.
    3.  Date initiated:                      01/04/1999
    4.  Docket/Case Number:                  CASE NO. C 11970032
    5.  Employing Firm:                      H.J. MEYERS
    6.  Principal Product Type:              Penny Stock(s)
        Other Product Types:
    7.  Allegations:
        ALLEGE CHURNING WHILE AT H.J. MEYERS - STOCKS. ALLEGE U-4 FORM
        NOT FILLED OUT CORRECTLY.
    8.  Current Status:                      On Appeal
    9.  Appealed to:       SEC, APPEAL FILED 12/15/2000
    10. Resolution:                          Other
    11. Resolution Date/Explanation:         09/01/1997
        CASE WAS CLOSED IN 09/1997, AS PER NASD ATTY MAX MAHONEY.  THE
        RE-OPEN 01/04/1999
    12. (A) Resolution Detail:
            Monetary/Fine Sanction (Amount: $25000), Suspension Sanction
        (B) Other Sanctions:
            2 YEAR SUSPENSION
        (C) Sanction Detail:
            FINE FOR $25,000.00 AND 2 YEAR SUSPENSION.
    13. Comment:
        HEARING WAS SCHEDULED FOR MAY 1999 DURING PRE-HEARING CONFERENCE
        MARCH 30, 1999. HEARING TOOK PLACE ON   5/26/1999 - CASE ON
        APPEAL TO SEC


    Rev. Form U-5 (08/1999)
    Form:                 U-5        Received:            03/01/2000
    Source: Organization CRD# 594
    Questions:            17

CRD® or IARD(SM) System - Current As Of 09/12/2004 06:00 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: NASD
Request Submitted: 09/13/2004                                    Page 19
Individual: 1112346 - HOWARD, DANIEL RICHARD
Reportable Events:


    Regulatory Action DRP Content

    1.  Regulatory Action Initiated By:      NATIONAL ASSOCIATION OF
                                              SECURITIES DEALERS, INC.
    2.  Principal Sanction:                   Other
        Other Sanctions:       PENDING.
    3.  Date initiated:                       01/04/1999
    4.  Docket/Case Number:                   CASE NO. C 11970032
    5.  Employing Firm:                       H.J. MYERS, INC.
    6.  Principal Product Type:               No Product
        Other Product Types:
    7.  Allegations:
        CHURNING, SUITABILITY WHILE EMPLOYED AT H.J. MYERS, INC.
    8.  Current Status:                       Pending
    9.  Appealed to:
    10. Resolution:
    11. Resolution Date/Explanation:
    12. (A) Resolution Detail:
        (B) Other Sanctions:
        (C) Sanction Detail:
    13. Comment:
        MR. HOWARD FAILED TO INFORM THE FIRM OF THE EXISTENCE OF NASDR
        INVESTIGATION AT THE TIME OF HIS HIRING.  SEE PARAGRAPH 21 OF THE
        COMPLAINT.

    Rev. Form U-6 (08/1999)
    Form:              U-6      Received:         11/11/2002
    Source: NASD
    Questions:

CRD® or IARD(SM) System - Current As Of 09/12/2004 06:00 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: NASD
Request Submitted: 09/13/2004 _____ Page 20
Individual: 1112346 - HOWARD, DANIEL RICHARD
Reportable Events:


Regulatory Action DRP Content

1.  Regulatory Action Initiated By:      NATIONAL ASSOCIATION OF
                                         SECURITIES DEALERS, INC.
2.  Principal Sanction:
     Other Sanctions:
3.  Date initiated:                      01/04/1999
4.  Docket/Case Number:                  C11970032
5.  Employing Firm:                      H.J. MEYERS & CO., INC.
6.  Principal Product Type:              Other
     Other Product Types:                UNKNOWN TYPE OF SECURITIES.
7.  Allegations:
     NASD RULES 2110 AND 2310 - RESPONDENT HOWARD ENGAGED IN
     UNSUITABLE AND EXCESSIVE TRADING IN THE ACCOUNT OF A PUBLIC
     CUSTOMER; AND, FAILED TO AMEND HIS FORM U4 TO DISCLOSE THAT HE
     WAS THE SUBJECT OF AN NASD INVESTIGATION.
8.  Current Status:                      On Appeal
9.  Appealed to:       APPEALED TO THE UNITED STATES COURT OF APPEALS FOR
                       THE FIRST CIRCUIT ON AUGUST 2, 2002.
10. Resolution:                          Decision
11. Final Order:
12. Resolution Date/Explanation:         11/16/2000
13. (A) Resolution Detail:
     (B) Other Sanctions:
     (C) Sanction Detail:
         SEC ADMINISTRATIVE PROCEEDING RELEASE #34-46707, OCTOBER 23,
         2002; IT IS ORDERED THAT THE PETITION FOR RECONSIDERATION FILED
         BY DANIEL RICHARD HOWARD BE, AND IT HEREBY IS, DENIED.  ON JULY
         26, 2002, THE SEC ISSUED ITS DECISION AND UPHELD THE NAC'S
         IMPOSITION OF A $25,000 FINE AND A TWO-YEAR SUSPENSION FOR THE
         SUITABILITY VIOLATIONS (INCREASED FROM THE 90-DAY SUSPENSION
         IMPOSED BY THE HEARING PANEL) AND A 90-DAY SUSPENSION FOR THE
         FORM U-4 VIOLATIONS. IF NO FURTHER ACTION, DECISION WILL BECOME
         FINAL ON SEPTEMBER 23, 2002.
14. Comment:
     DECISION RENDERED WHEREIN RESPONDENT IS FINED $25,000, SUSPENDED
     FROM ASSOCIATION WITH ANY NASD MEMBER IN ANY CAPACITY FOR 180
     DAYS, AND ASSESSED COSTS OF $3,484.25. IF NO FURTHER ACTION,
     DECISION WILL BECOME FINAL ON JANUARY 18, 2000. * APPEALED TO THE
     NAC ON DECEMBER 22, 1999. * NAC DECISION RENDERED NOVEMBER 16,
     2000 WHEREIN THE HEARING PANEL'S FINDINGS ARE UPHELD AND THE
     SANCTIONS MODIFIED IN PART. THEREFORE, HOWARD IS SUSPENDED FROM
     ASSOCIATION WITH ANY NASD MEMBER IN ANY CAPACITY FOR TWO YEARS
     AND FINED $17,500 FOR UNSUITABLE RECOMMENDATIONS AND SUSPENDED
     FROM ASSOCIATION WITH ANY NASD MEMBER IN ANY CAPACITY FOR 90 DAYS

CRD® or IARD(SM) System - Current As Of 09/12/2004 06:00 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: NASD
Request Submitted: 09/13/2004 _____ Page 21
Individual: 1112346 - HOWARD, DANIEL RICHARD
Reportable Events:

     AND FINED $7,500 FOR FAILURE TO UPDATE A FORM U-4 AND FOR FILING
     AN INACCURATE FORM U-4. HOWARD IS FINED A TOTAL OF $25,000 AND
     ORDERED TO PAY $3,484.25 IN COSTS; HE IS SUSPENDED IN ALL
     CAPACITIES FOR A TOTAL OF TWO YEARS. THE SUSPENSIONS SHALL RUN
     CONCURRENTLY. * APPEALED TO THE SEC ON DECEMBER 15, 2000 * THE
     SEC UPHELD THE NAC'S FINDINGS THAT RESPONDENT MADE UNSUITABLE
     RECOMMENDATIONS AND FALSELY STATED ON HIS FORM U-4 THAT HE WAS
     NOT THE SUBJECT OF AN INVESTIGATION.

CRD® or IARD(SM) System - Current As Of 09/12/2004 06:00 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: NASD
Request Submitted: 09/13/2004                                    Page 22
Individual: 1112346 - HOWARD, DANIEL RICHARD
Regulator Archive and Z Records:

   <<No Regulator Archive and Z Records found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.