## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

DAN HOWARD, Pro-Se

                                    Plaintiff,

                v.

HD VEST FINANCIAL SERVICES,
STUART K. JUCKETT
NATIONAL ASSOCIATION OF
SECURITIES DEALERS,

                                    Defendant.

CIVIL ACTION
NO. 04-11900-NG

Hon. Nancy Gertner

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), the undersigned, a member of the Bar of this Court, respectfully moves for the admission to the Bar of this Court, pro hac vice, of Alice C. Hou, an attorney with Hughes, Hubbard & Reed, LLP, 1775 I Street, NW, Washington, DC 20006, for the purpose of representing the defendant HD VEST Financial Services, Inc., in the above-captioned proceeding. In support of this motion, and filed herewith, is an affidavit executed by Attorney Hou certifying that (1) she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the bar of any jurisdiction; and (2) she is familiar with the Local Rules of this Court.

As no other defendants have appeared, and plaintiff is not represented by counsel, the undersigned counsel has not sought assent of the other parties.

WHEREFORE, the undersigned respectfully requests that the Court grant Alice C. Hou

admission to the Bar of this Court to represent HD VEST in this action.

HD VEST FINANCIAL SERVICES, INC.

By its attorney,

/s/ Steven W. Kasten
Steven W. Kasten, Esq. (BBO #318840)
MCDERMOTT, WILL & EMERY
28 State Street
Boston, MA  02109-1775
Telephone:  617-535-4000
Facsimile:  617-535-3800
skasten@mwe.com

DATED:  September 28, 2004

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

DAN HOWARD, Pro-Se

                             Plaintiff,

            v.

HD VEST FINANCIAL SERVICES,
STUART K. JUCKETT
NATIONAL ASSOCIATION OF
SECURITIES DEALERS,

                      Defendant.

CIVIL ACTION
NO. 04-11900-NG

Hon. Nancy Gertner

## ORDER

Upon consideration of a petition for the *pro hac vice* admission of Alice C. Hou to appear

as Counsel for Defendant HD VEST Financial Services, Inc., and the petitioner having submitted

an appropriate certification of her admission and good standing in the Bars of Massachusetts,

New York, and the District of Columbia, and her familiarity with the Local Rules of this court,

and for good cause shown, it is hereby

ORDERED that the petition for the *pro hac vice* admission of Alice C. Hou to appear as

Counsel for Defendant HD VEST Financial Services, Inc. is GRANTED.

SIGNED this _____ day of October, 2004.


_____

Hon. Nancy Gertner
United States District Court
District of Massachusetts