**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

---

DAN HOWARD, Pro-Se

                Plaintiff,

    v.

HD VEST FINANCIAL SERVICES,
STUART K. JUCKETT
NATIONAL ASSOCIATION OF
SECURITIES DEALERS,

                Defendant.

CIVIL ACTION
NO. 04-11900-NG

Hon. Nancy Gertner

---

### AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT ATTORNEY *PRO HAC VICE*

I, Alice C. Hou, being duly sworn, depose and say as follows:

(1) I am over the age of eighteen and believe in the obligations of an oath.

(2) I am submitting this Affidavit in support of the accompanying Motion to Admit Attorney *Pro Hac Vice*.

(3) I am an attorney with the law firm of Hughes, Hubbard & Reed, LLP, 1775 I Street, NW, Washington, DC 20006.

(4) I am a member in good standing of the Bars of the Commonwealth of Massachusetts, the State of New York, and the District of Columbia.

(5) I am a member in good standing of all bars to which I have been admitted and have had no disciplinary or grievance proceedings filed against me.

(6) I have submitted my application to practice before this Court, and I seek admission *pro hac vice* while that application is pending.

(7) I have never been denied admission or disciplined by this Court or any other court.

(8) I have fully reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

*Alice C. Hou*
Alice C. Hou

District of Columbia, ss:

Subscribed and sworn to me this

24th day of September, 2004.

*Patricia M. Elfein*
Notary Public

My Commission Expires August 14, 2008