UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN HOWARD, Pro-Se<br><br>       Plaintiff,<br><br>v.<br><br>HD VEST FINANCIAL SERVICES,<br>STUART K. JUCKETT<br>NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS,<br><br>       Defendant. | CIVIL ACTION<br>NO. 04-11900-NG<br><br>Hon. Nancy Gertner |

### DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the U.S. District Court for the District of Massachusetts and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for HD VEST Financial Services, Inc. ("HD VEST"), in the above captioned action, certifies that HD VEST is a non-bank subsidiary of Wells Fargo & Company, a publicly held company. Other than Wells Fargo & Company, no publicly held company owns 10% or more of HD VEST's stock.

Dated: October 1, 2004

                     Respectfully submitted,

                     /s/ Steve W. Kasten
                     Steven W. Kasten, Esq. (BBO #318840)
                     MCDERMOTT, WILL & EMERY

28 State Street
Boston, MA 02109-1775
Telephone: 617-535-4000
Facsimile: 617-535-3800

Kevin T. Abikoff
Alice C. Hou, Esq. (BBO #654281)
HUGHES HUBBARD & REED LLP
1775 I Street, NW
Washington, DC 20006
Telephone: 202-721-4600
Facsimile: 202-721-4646

Attorneys for Defendant HD Vest Financial Services, Inc.