UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Docket No.: **04cv11900 NG**

FILED
IN CLERKS OFFICE

2004 OCT -4  P 3: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| Dan Howard, Pro-Se, | ) | |
| | ) | |
| Plaintiff | ) | **PLAINTIFF'S** |
| | ) | **MOTION TO** |
| | ) | **DEFAULT** |
| v. | ) | **DEFENDANT** |
| | ) | **HD VEST** |
| HD Vest Financial Services, | ) | **FINANCIAL** |
| Stuart K. Juckett | ) | **SERVICES** |
| National Association of Securities Dealers, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

1. Plaintiff Dan Howard ("Howard") hereby requests the immediate entry of a default judgment against Defendant HD Vest Financial Services (HDVFS).
2. Plaintiff hereby makes his request pursuant to **Federal Rule of Civil Procedure 12(a) and Federal Rule of Procedure 55.**
3. Plaintiff hereby attaches a copy of the Proof of Service dated September 7th, 2004 at 8:55 AM.
4. Pursuant to **Federal Rule of Civil Procedure 12(a)**, defendant HDVFS has failed to respond within the required 20 days.
5. Plaintiff hereby declares that the threshold requirement for a valid claim has been met and therefore a hearing on this matter is not necessary.
6. Plaintiff's name, address, and phone number are clearly listed on the original complaint.
7. Plaintiff Dan Howard, the undersigned, hereby declares under penalty of perjury that, on October 4, 2004 he served the within **MOTION TO DEFAULT** on the following interested parties by mailing with postage thereon fully prepaid, a true copy thereof to:

Brian Stern
General Counsel
HD Vest Financial Services
6333 North State Highway 161
Fourth Floor
Irving, Texas 75038

1

VIA EXPEDITED MAIL SERVICE

Stuart Juckett
15 Alexis Court
Amagansett, New York 11930

National Association of Securities Dealers
Office of the General Counsel
1735 K Street
Washington, D.C. 20006

Respectfully Submitted,

Dan Howard, Pro-Se,
The Plaintiff

PO Box 440250
Somerville, MA. 02144
617-529-8886

Dated: October 4, 2004

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN HOWARD, PRO-SE<br><br>Plaintiff/Petitioner<br><br>vs.<br>HD VEST FINANCIAL SERVICES, ET AL.,<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO.<br>04CV11900 NG<br><br>AFFIDAVIT OF SERVICE OF:<br>COMPLAINT FOR JURY DEMAND |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **7th day of September, 2004, at 8:55 AM**, at the address of **6333 N STATE HWY 161 4TH FLR, IRVING, Dallas County, TX** ; this affiant served the above described documents upon **HD VEST FINANCIAL SERVICES**, by then and there personally delivering 1 true and correct copy (ies) thereof, by then presenting to and leaving the same with **Joan Rivers, Executive Assistant to Brian Stern, Secretary of Corporation and General Counsel.**

**No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.**

**Affiant hereby states under penalty of perjury under the laws of the State of _Massachusetts_ that the statement above is true and correct.**

_/s/ Norman Hogan_
**Norman Hogan**

SUBSCRIBED AND SWORN to before me this 13th day of September, 2004

_/s/ Robert D. Starkey_
NOTARY PUBLIC in and for the State of **Texas**

ROBERT D. STARKEY
Notary Public
State of Texas
My Commission Expires
6, 2005

ABC's Client Name
**PFI MISC H**

ORIGINAL PROOF OF
SERVICE

ABC Tracking #: **3517574**