UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN HOWARD, Pro-Se<br><br>         Plaintiff,<br><br>  v.<br><br>HD VEST FINANCIAL SERVICES,<br>STUART K. JUCKETT<br>NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS,<br><br>         Defendant. | CIVIL ACTION<br>NO. 04-11900-NG<br><br>Hon. Nancy Gertner |

## OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT HD VEST FINANCIAL SERVICES

  Defendant HD VEST Financial Services ("HD VEST") has not defaulted, and opposes Plaintiff's Motion to Default HD VEST. The entry of a default judgment is a "drastic sanction" and should be used "only in an extreme situation." *Coyante v. Puerto Rico Ports Authority*, 105 F.3d 17, 23 (1st Cir. 1997).

  As is reflected in this Court's electronic docket, HD VEST filed electronically in court, on September 27, 2004, a motion to dismiss the complaint. As is indicated on the return of service attached to the Motion to Default, service of process in this case was not effectuated until September 7, 2004. Accordingly, HD VEST has timely responded to the Complaint. *See* Fed. R. Civ. P. 12(a).

The undersigned counsel served a copy of HD VEST's Motion to Dismiss, with accompanying memorandum and affidavit, to Plaintiff's address as listed on the electronic notification from the Court indicating the aforesaid motion had been received but could not be served electronically on Plaintiff. Service was made by overnight mail, and the shipping label and delivery confirmation are attached hereto as Exhibit 1. This delivery confirmation page also shows that while Plaintiff filed his Motion to Default HD VEST on October 4, 2004, Plaintiff did not pick up the package containing the above-noted documents until October 6, 2004 -- more than one week after HD VEST filed and served its response, and two days after Plaintiff filed his Motion to Default HD VEST. The undersigned counsel has twice attempted to call Plaintiff on the telephone number indicated on his Motion to Default in an effort to apprise him of his mistake, only to receive a tape-recorded message indicating that the answering machine is full.

For the foregoing reasons, Plaintiff's motion for a default judgment should be denied.

Dated: October 8, 2004

Respectfully submitted,

/s/ Steven W. Kasten
Steven W. Kasten, Esq. (BBO #318840)
MCDERMOTT, WILL & EMERY
28 State Street
Boston, MA 02109-1775
Telephone: 617-535-4000
Facsimile: 617-535-3800

Kevin T. Abikoff
Alice C. Hou, Esq. (BBO #654281)
HUGHES HUBBARD & REED LLP
1775 I Street, NW
Washington, DC 20006

Telephone: 202-721-4600
Facsimile: 202-721-4646

Attorneys for Defendant HD Vest
Financial Services

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAN HOWARD, Pro-Se<br><br>                Plaintiff,<br><br>v.<br><br>HD VEST FINANCIAL SERVICES,<br>STUART K. JUCKETT<br>NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS,<br><br>                Defendant. | CIVIL ACTION<br>NO. 04-11900-NG<br><br>Hon. Nancy Gertner |

## ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT HD VEST FINANCIAL SERVICES

The Motion for Default Judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure filed by Plaintiff against HD VEST Financial Services ("HD VEST"), having been reviewed by this Court, and this Court being fully advised in the premises,

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is DENIED.

       SO ORDERED.

Dated: _____                _____

                                                                          HON. NANCY GERTNER<br>
                                                                          UNITED STATES DISTRICT JUDGE