REDACTED

EXHIBIT 1

Page 1

## POST OFFICE TO ADDRESSEE

**EXPRESS MAIL** — UNITED STATES POSTAL SERVICE™

**ORIGIN (POSTAL USE ONLY)**
- PO ZIP Code: 02209
- Date In: 9-28-04
- Time In: 7:15 PM
- Weight: 6 lbs. __ ozs.
- Day of Delivery: Next
- Postage: $17.65
- Total Postage & Fees: $13.65

EL543289376US

SEE REVERSE SIDE FOR SERVICE GUARANTEE AND LIMITS ON INSURANCE COVERAGE

Customer Copy — Label 11-F   July 1997

**FROM:** (PLEASE PRINT)
McDermott Will & Emery LLP
28 State St.
Boston, MA 02109-1775

**TO:** (PLEASE PRINT)
DAN HOWARD
P.O. BOX 440250
Somerville, MA 02144

PRESS HARD. You are making 3 copies. FOR PICKUP OR TRACKING CALL 1-800-222-1811  www.usps.gov  EMS



| USPS_Track_&_Confirm_ <USPS_Track_Confirm @usps.com> 10/06/2004 10:56 PM | To: @mwe.com<br>cc:<br>Subject: USPS Shipment Info for EL54 3289 376U S |
|---|---|

This is a post-only message. Please do not respond.

        has requested you receive a Track & Confirm update, as shown below.

Track & Confirm update provided by the U.S. Postal Service, 10/07/04

Label Number: EL54 3289 376U S

Service Type: Express Mail - Post Office to Addressee

| Shipment Activity | Location | Date & Time |
|---|---|---|
| DELIVERED 4:52pm TO: D HOWARS | SOMERVILLE MA 02144 | 10/06/04 |
| ARRIVAL AT 10:30am PICK-UP-POINT | SOMERVILLE MA 02144 | 09/29/04 |
| ARRIVAL AT 10:29am PICK-UP-POINT | SOMERVILLE MA 02144 | 09/29/04 |
| ARRIVAL AT UNIT 7:45am | SOMERVILLE MA 02143 | 09/29/04 |
| ENROUTE 8:04pm | BOSTON MA 02128 | 09/28/04 |
| ACCEPTANCE 7:16pm | BOSTON MA 02205 | 09/28/04 |

Reminder: Track & Confirm by email

Date of email request:  09/29/04

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

--------------------------------------------------------------------------
--

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm

services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm