## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN HOWARD, Pro-Se<br><br>Plaintiff,<br><br>v.<br><br>HD VEST FINANCIAL SERVICES,<br>STUART K. JUCKETT<br>NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS,<br><br>Defendant. | CIVIL ACTION<br>NO. 04-11900-NG<br><br>Hon. Nancy Gertner |

### HD VEST FINANCIAL SERVICES' RESPONSE TO "NOTICE OF PLAINTIFF'S MOTION AND MOTION REQUESTING CONTINUANCE OF DEFENDANT HD FINANCIAL SERVICES MOTION TO DISMISS"

In response to the "Notice of Plaintiff's Motion and Motion Requesting Continuance of Defendant HD Financial Services Motion to Dismiss" ("Motion for Continuance"), HD VEST Financial Services, Inc. ("HD VEST") does not oppose Plaintiff's request for additional time to respond to HD VEST's Motion to Dismiss so long as Plaintiff is required to respond in a reasonably timely manner. Accordingly, while Plaintiff has requested "at least 60 days" to respond, HD VEST respectfully requests that the extension granted be 60 days from date of service, making Plaintiff's response due on December 7, 2004. In light of the press of the holidays in December, HD VEST also requests a 30 day period in order to reply to Plaintiff's response. Thus, if Plaintiff's response is due on December 7, 2004, HD VEST requests that it be allowed to reply on or before January 6, 2005. An order reflecting this proposed schedule is attached.

Plaintiff also served on October 8, 2004 a "Declaration of Dan Howard" and "Notice of Plaintiff's Opposition to Defendant HD VEST Financial Services Motion to Dismiss." By his Motion for Continuance, Plaintiff has made clear that neither of those documents is intended to be Plaintiff's response to HD VEST's Motion to Dismiss. Moreover, a response to these documents in a piecemeal fashion creates an undue burden on both counsel and this Court. Therefore, to best preserve judicial resources and eliminate confusion, HD VEST will not currently respond to such filings (which it has no obligation to do at this time) and reserves the right to respond upon receiving Plaintiff's response to HD VEST's Motion to Dismiss.

Dated: October 21, 2004

                                              Respectfully submitted,

                                              /s/ Steven W. Kasten
                                              Steven W. Kasten, Esq. (BBO #318840)
                                              MCDERMOTT, WILL & EMERY
                                              28 State Street
                                              Boston, MA 02109-1775
                                              Telephone: 617-535-4000
                                              Facsimile: 617-535-3800

                                              Kevin T. Abikoff
                                              Alice C. Hou, Esq. (BBO #654281)
                                              HUGHES HUBBARD & REED LLP
                                              1775 I Street, NW
                                              Washington, DC 20006
                                              Telephone: 202-721-4600
                                              Facsimile: 202-721-4646

                                              Attorneys for Defendant HD Vest Financial Services, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN HOWARD, Pro-Se<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>HD VEST FINANCIAL SERVICES,<br>STUART K. JUCKETT<br>NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS,<br><br>　　　　　　　　　　Defendant. | CIVIL ACTION<br>NO. 04-11900-NG<br><br>Hon. Nancy Gertner |

## SCHEDULING ORDER AS TO PLAINTIFF'S RESPONSE TO HD VEST FINANCIAL SERVICES' MOTION TO DISMISS AND HD VEST'S REPLY

In order to provide Plaintiff with adequate time to answer HD VEST's Motion to Dismiss and to provide HD VEST with adequate time to brief the issues that may arise in connection with Plaintiff's response to HD VEST's Motion to Dismiss, the following schedule is to be followed:

1.　Plaintiff may file a response to HD VEST's Motion to Dismiss on or before December 7, 2004.

2.　HD VEST may file a memorandum in reply to Plaintiff's response on or before January 6, 2005.

　　　　SO ORDERED.

Dated: _____　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　HON. NANCY GERTNER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE