UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN HOWARD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HD VEST FINANCIAL SERVICES,<br>STUART K. JUCKETT, and<br>THE NATIONAL ASSOCIATION OF<br>　SECURITIES DEALERS, INC.<br><br>　　　　　　Defendants. | Civil Action No. 04-11900 NG |

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 27th day of October, 2004, that I served a true and correct copy of the foregoing Motion of National Association of Securities Dealers, Inc. for Leave to File a Reply Brief in Support of Motion to Dismiss Complaint and the Local Rule 7.1(A)(2) Certificate on counsel of record via e-mail and first class mail and on Plaintiff Dan Howard and Defendant Stuart K. Juckett via express mail and first class mail at the following addresses:

Mr. Dan Howard
P.O. Box 440250
Somerville, MA 02144

Mr. Stuart K. Juckett
P.O. Box 2099
15 Alexis Court
Amagansett, NY 11930

Alice C. Hou, Esq.
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, DC 20006-2401

Steven Kasten, Esq.
McDermott, Will & Emery
28 State Street
Boston, MA 02109

Terri L. Reicher, Esq.
Associate General Counsel
Office of General Counsel
National Association of Securities Dealers, Inc.
1735 K Street, N.W.
Washington, D.C. 20006


/s/ Pamela E. Berman
Pamela E. Berman