UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN HOWARD,<br><br>                       Plaintiff,<br><br>v.<br><br>HD VEST FINANCIAL SERVICES,<br>STUART K. JUCKETT, and<br>THE NATIONAL ASSOCIATION OF<br>  SECURITIES DEALERS, INC.<br><br>                       Defendants. | Civil Action No. 04-11900 NG |

## **LOCAL RULE 7.1(A)(2) CERTIFICATE**

On October 25, 2004, counsel for defendant National Association of Securities Dealers, Inc. sent letters to each of the parties or counsel for the parties requesting their assent to the Motion of defendant National Association of Securities Dealers, Inc. for Leave to File a Reply Brief in support of Motion to Dismiss the Complaint or, if they did not consent to confer in a good faith attempt to resolve or narrow the issues raised in. Counsel for defendant H.D. Vest Financial Services consented to this Motion. Stuart K. Juckett consented to this Motion via a telephone conversation on Tuesday, October 26, 2004. Despite our efforts, we were unable to resolve or narrow the issues set forth in that Motion with the Plaintiff.


The Defendant,

NATIONAL ASSOCIATION
OF SECURITIES DEALERS, INC.

By its attorneys,


/s/ Pamela E. Berman
Pamela E. Berman (BBO# 551806)
Adler Pollock & Sheehan PC
175 Federal Street, 12th Floor
Boston, MA 02110
(617) 603-0552 (Telephone)
(617) 482-0604 (Telecopier)
PBerman@apslaw.com (E-mail)

Dated: October 27 2004

*313800_1.doc*