UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Docket No.: <u>04cv11900 NG</u>

FILED
CLERKS OFFICE
2004 OCT -8  P 4: 43
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Dan Howard, Pro-Se, | ) |
| | ) |
| Plaintiff | ) **NOTICE OF PLAINTIFF'S** |
| | ) **OPPOSITION TO DEFENDANT** |
| | ) **HD VEST FINANCIAL** |
| v. | ) **SERVICES ("HDVFS")** |
| | ) **MOTION TO DISMISS.** |
| HD Vest Financial Services, | ) |
| Stuart K. Juckett | ) |
| National Association of Securities Dealers, | ) |
| | ) |
| Defendants | ) |
| | ) |

1. TO DEFENDANT AND HIS ATORNEYS OF RECORD
2. Plaintiff has not had sufficient time to respond to Defendant's motion.
3. The facts in this matter are clearly in dispute.
4. Further, Defendant "Noticed" Plaintiff of his Motion by leaving a voice mail on Plaintiff's answering machine. The voicemail was left beyond the 20-day requirement for an "answer."
5. Defendant then, in the same voicemail, blamed his secretary for the issue.
6. Plaintiff Howard is Pro-Se.
7. This Notice of Opposition to Defendant's Motion is based on the Motion and Notice itself and the attached Declaration of Plaintiff Howard, Pro-Se.
8. Plaintiff Dan Howard, the undersigned, hereby declares under penalty of perjury that, on October 08, 2004 he served the within **MOTION** on the following interested parties by mailing with postage thereon fully prepaid, a true copy thereof to:

Adler Pollock & Sheehan
175 Federal Street
Boston, Massachusetts 02110-2890

Stuart Juckett
15 Alexis Court
Amagansett, New York 11930

McDermott Will & Henry
28 State Street
Boston, Massachusetts 02109-1775

1

Respectfully Submitted,

*Dan Howard* (signature)

Dan Howard, Pro-Se,
The Plaintiff

PO Box 440250
Somerville, MA. 02144
617-529-8886

Dated: October 08, 2004