UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Docket No.: <u>04cv11900 NG</u>

| | | |
|---|---|---|
| Dan Howard, Pro-Se, | ) | |
| | ) | |
| Plaintiff | ) | **PLAINTIFF'S** |
| | ) | **MOTION TO** |
| | ) | **DEFAULT** |
| v. | ) | **DEFENDANT** |
| | ) | **NATIONAL** |
| HD Vest Financial Services, | ) | **ASSOCIATION** |
| Stuart K. Juckett | ) | **OF SECURITIES** |
| National Association of Securities Dealers, | ) | **DEALERS.** |
| | ) | |
| Defendants | ) | |
| | ) | |

1. Plaintiff Dan Howard ("Howard") hereby requests the immediate entry of a default judgment against Defendant National Association of Securities Dealers ("NASD").
2. Plaintiff hereby makes his request pursuant to **Federal Rule of Civil Procedure 12(a) and Federal Rule of Procedure 55.**
3. Plaintiff hereby attaches a copy of the Proof of Service dated September 14th, 2004 at 4:30 PM.
4. Pursuant to **Federal Rule of Civil Procedure 12(a)**, defendant NASD has failed to file an answer within the required 20 days.
5. Plaintiff hereby declares that the threshold requirement for a valid claim has been met and therefore a hearing on this matter is not necessary.
6. Plaintiff's name, address, and phone number are clearly listed on the original complaint.
7. Plaintiff Dan Howard, the undersigned, hereby declares under penalty of perjury that, on October 8, 2004 he served the within **MOTION TO DEFAULT** on the following interested parties by mailing with postage thereon fully prepaid, a true copy thereof to:

Adler Pollock & Sheehan
175 Federal Street
Boston, Massachusetts 02110-2890

Stuart Juckett
15 Alexis Court

1

Amagansett, New York 11930

McDermott Will & Emery
28 State Street
Boston, Massachusetts 02109-1775

                                                Respectfully Submitted,

                                                Dan Howard, Pro-Se,
                                                The Plaintiff

                                                PO Box 440250
                                                Somerville, MA. 02144
                                                617-529-8886

Dated: October 08,2004

2

⌐J STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ⌐lOWARD, PRO-SE<br><br>　　　　　　　　Plaintiff/Petitioner<br><br>vs.<br>HD VEST FINANCIAL SERVICES, ET AL.,<br><br>　　　　　　　　Defendant/Respondent | Hearing Date:<br><br>CAUSE NO.<br>**04CV11900 NG**<br><br><br>AFFIDAVIT OF SERVICE OF:<br>**COMPLAINT FOR JURY DEMAND** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **14th day of September, 2004, at 4:30 PM**, at the address of **1735 K Street 10TH FLR, WASHINGTON**, Dist of Columbia County, DC ; this affiant served the above described documents upon **NATIONAL ASSOCIATION OF SECURITIES DEALERS, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with Barbara White, OFFICE OF THE GENERAL COUNSEL, Administrtive Assistant, African-American Female, 5-04/150, black hair, brown eyes, wheelchair bound.**

**No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.**

**Affiant hereby states under penalty of perjury under the laws of the State of** Virginia **that the statement above is true and correct.**

_____
**Katherine L. Gardner**


SUBSCRIBED AND SWORN to before me this 15th day of September, 2004

_____
NOTARY PUBLIC in and for the State of **Virginia**
My Commission Expires Jan 31, 2006

| | | |
|---|---|---|
| ABC's Client Name<br>**PFI MISC H** | ORIGINAL PROOF OF<br>SERVICE | ABC Tracking #: **3517573** |