UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Docket No.: <u>04cv11900 NG</u>

FILED
CLERKS OFFICE
2004 OCT -8 P 4: 43
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Dan Howard, Pro-Se, ) | |
| ) | |
| Plaintiff ) | **NOTICE OF PLAINTIFF'S** |
| ) | **MOTION AND MOTION** |
| ) | **REQUESTING CONTINUANCE** |
| v. ) | **OF DEFENDANT HD** |
| ) | **FINANCIAL SERVICES** |
| HD Vest Financial Services, ) | **("HDVFS") MOTION TO** |
| Stuart K. Juckett ) | **DISMISS** |
| National Association of Securities Dealers, ) | |
| ) | |
| Defendants ) | |
| ) | |

1. TO DEFENDANT AND HIS ATORNEYS OF RECORD
2. You are notified that on October 8, 2004 in Boston Federal District Court Plaintiff Dan Howard will file a motion to continue Defendant HD Vest's ("HDVFS") Motion to Dismiss.
3. The Plaintiff will move the Court to continue the date for at least 60 days so that Plaintiff has adequate time to conduct discovery and respond to Defendant's motion.
4. Plaintiff Dan Howard, the undersigned, hereby declares under penalty of perjury that, on October 08, 2004 he served the within **MOTION** on the following interested parties by mailing with postage thereon fully prepaid, a true copy thereof to:

Adler Pollock & Sheehan
175 Federal Street
Boston, Massachusetts 02110-2890

Stuart Juckett
15 Alexis Court
Amagansett, New York 11930

McDermott Will & Henry
28 State Street
Boston, Massachusetts 02109-1775

Respectfully Submitted,

*[signature: Dan Howard]*

1

Dan Howard, Pro-Se,
The Plaintiff

PO Box 440250
Somerville, MA. 02144
617-529-8886

Dated: October 08, 2004