IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAN HOWARD, PRO-SE, )
)
Plaintiff, )
)
v. ) Docket No. 04CV11900NG
)
HD VEST FINANCIAL SERVICES, )
STUART K. JUCKETT, )
NATIONAL ASSOCIATION OF )
SECURITIES DEALERS, )
)
Defendants. )
)

## OPPOSITION OF NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. TO PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT

Defendant National Association of Securities Dealers, Inc. ("NASD") opposes Plaintiff's Motion for a Default Judgment and in support thereof avers as follows:

1. On or about August 31, 2004, Plaintiff Dan Howard ("Mr. Howard") filed the Complaint in this action. A true and correct copy of the docket entries is attached hereto and marked as Exhibit "A".

2. According to the Affidavit of Service of Complaint and Jury Demand, Mr. Howard served the Complaint upon NASD on September 14, 2004. A true and correct copy of the Affidavit of Service of Complaint for [sic.] Jury Demand is attached hereto and marked as Exhibit "B".

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A) and 12(b), an answer or motion to dismiss must be served within twenty (20) days after the service of the Complaint, or on or before October 4, 2004.

1

4. On October 4, 2004, NASD filed a Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 12 (h)(3). *See* Exhibit A, Docket Entry Nos. 10 -13 and the Notices of Electronic Filing of NASD Motion to Dismiss, Memorandum in Support thereof, and Affidavit of Barbara K. Sweeney. A true and correct copy of the Notices of Electronic Filing of NASD Motion to Dismiss, Memorandum in Support thereof, and Affidavit of Barbara K. Sweeney is attached hereto and collectively marked as Exhibit "C".[1]

5. On October 4, 2004, counsel for NASD sent a copy of NASD Motion to Dismiss, Memorandum in Support Thereof, the Affidavit of Barbara Sweeney, together with the Certificate of Consultation to the Plaintiff Mr. Howard via First Class Mail, postage prepaid. A true and correct copy of counsel's October 4, 2004 letter to the Court showing that a copy of the documents filed with the Court were sent to Mr. Howard is attached hereto and marked as Exhibit "D". The original Affidavit of Colleen Tobin reflecting that service of the filed documents by United States First Class Mail, postage prepaid, was made upon Mr. Howard on October 4, 2004 at the address listed for Mr. Howard in the Notices of Electronic Filing, and that the letter and its enclosures were never returned to counsel for NASD, is attached hereto and marked as Exhibit "E".

6. On October 12, 2004, counsel for NASD received a copy of Plaintiff's Motion to Default NASD. That Motion was filed in contravention of Local Rule

---

[1] According to Sections E.1 and E.2. of the *U.S.D.C., D. Mass. Electronic Case Filing Administrative Procedures*, the Notice of Electronic Filing "shall serve as the court's date-stamp and proof of filing." and "shall constitute service of the filed document and be deemed to satisfy the requirements of Fed. R. Civ. P. 5(b)(2)(D), Fed. R. Civ. P. 77(d) . . . ." A paper copy of the filed document should be served by mail upon those *pro se* litigants, such as the Plaintiff in this action, who have not been identified by the Notice of Electronic Filing as electronic recipients.

2

7.1(A)(2), which mandates that: "No motion shall be filed unless counsel certify that they have conferred and attempted in good faith to resolve or narrow the issue."

7. Prior to filing the NASD Opposition to Plaintiff's Motion for Default, counsel for NASD attempted on two occasions to reach Mr. Howard by telephone to discuss his Motion for Default and to ask him whether he had indeed received a copy of the NASD Motion to Dismiss and related documents. Mr. Howard returned neither of those telephone calls.

8. Pursuant to Fed. R. Civ. P. 12, NASD filed and served a Motion to Dismiss the Complaint within the time required by the Federal Rules.

9. Pursuant to Local Rule 7.1(A)(2), counsel for NASD tried to contact Mr. Howard prior to filing NASD Motion to Dismiss in a good faith effort to resolve or narrow the issues presented in that Motion to Dismiss and more recently in connection with the Opposition of NASD to the Plaintiff's Motion to Default NASD. Mr. Howard has steadfastly refused to respond to those efforts to contact him.

10. Mr. Howard filed the instant Motion to Default NASD in violation of Local Rule 7.1(A)(2), without consulting with counsel for NASD.

11. The entry of a default judgment is a "drastic sanction" that should be used "only in an extreme situation." *Coyante v. Puerto Rico Ports Authority*, 105 F.3d 17, 23 (1st Cir. 1997).

12. Not only is no extreme situation present that would warrant the entry of default judgment against NASD, but NASD has properly filed and served its Motion to Dismiss within the time required by the Federal Rules and complied with the requisites of

3

both the Federal and Local Rules in filing and serving that Motion and this Opposition to Plaintiff's Motion to Default NASD.

WHEREFORE for all the foregoing reasons, this Court should deny Plaintiff's Motion to Default NASD.

Respectfully submitted,

Defendant,

NATIONAL ASSOCIATION
OF SECURITIES DEALERS, INC.

By its attorneys,

/s/ Pamela E. Berman
Pamela E. Berman (BBO# 551806)
Adler Pollock & Sheehan PC
175 Federal Street, 12th Floor
Boston, MA 02110
(617) 603-0552 (Telephone)
(617) 482-0604 (Telecopier)
PBerman@apslaw.com (E-mail)

Date: October 13, 2004

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of October, 2004, that I served a true and correct copy of the foregoing Opposition of National Association of Securities Dealers, Inc. to Plaintiff's Motion for a Default Judgment on counsel of record via e-mail and first class mail and on Plaintiff Dan Howard and Defendant Stuart K. Juckett via express mail at the following addresses:

Mr. Dan Howard
P.O. Box 440250
Somerville, MA 02144

Mr. Stuart K. Juckett
P.O. Box 2099
15 Alexis Court
Amagansett, NY 11930

Alice C. Hou, Esq.
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, DC 20006-2401

Steven Kasten, Esq.
McDermott, Will & Emery
28 State Street
Boston, MA 02109

Terri L. Reicher, Esq.
Associate General Counsel
Office of General Counsel
National Association of Securities Dealers, Inc.
1735 K Street, N.W.
Washington, D.C. 20006


/s/ Pamela E. Berman
Pamela E. Berman

*312818*

**EXHIBIT A**

Case 1:04-cv-11900-NG   Document 28   Filed 10/19/2004   Page 6 of 16

**EXHIBIT A**

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-11900-NG

Howard v. HD Vest Financial Services et al
Assigned to: Nancy Gertner
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1331 Fed. Question: Breach of Contract

Date Filed: 08/31/04
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**Dan Howard**  represented by  **Dan Howard**
P.O. Box 440250
Somerville, MA 02144
617-529-8886
PRO SE

V.

**Defendant**
-----------------------

**HD Vest Financial Services**  represented by  **Steven W. Kasten**
McDermott, Will & Emery
28 State Street
Boston, MA 02109
617-535-4000
Fax : 617-535-3800
Email: skasten@mwe.com
*ATTORNEY TO BE NOTICED*

**Stuart K. Juckett**

**National Association of Securities Dealers**  represented by  **Pamela E. Berman**
Adler Pollock & Sheehan
175 Federal Street
Boston, MA 02110
617-482-0600
Fax : 617-482-0604
Email: pberman@apslaw.com
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 08/31/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 58333, filed by Dan Howard.(Filo, Jennifer) (Entered: 09/01/2004) |
| 08/31/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Filo, Jennifer) (Entered: 09/01/2004) |
| 08/31/2004 | | Summons Issued as to HD Vest Financial Services, Stuart K. Juckett, National Association of Securities Dealers. (Filo, Jennifer) (Entered: 09/01/2004) |
| 09/27/2004 | 2 | MOTION to Dismiss by HD Vest Financial Services.(Kasten, Steven) (Entered: 09/27/2004) |
| 09/27/2004 | 3 | MEMORANDUM in Support re 2 MOTION to Dismiss filed by HD Vest Financial Services. (Kasten, Steven) (Entered: 09/27/2004) |
| 09/27/2004 | 4 | DECLARATION re 2 MOTION to Dismiss by HD Vest Financial Services. (Attachments: # 1)(Kasten, Steven) (Entered: 09/27/2004) |
| 09/30/2004 | 5 | NOTICE of Appearance by Pamela E. Berman on behalf of National Association of Securities Dealers (Berman, Pamela) (Entered: 09/30/2004) |
| 09/30/2004 | 6 | MOTION for Leave to Appear Pro Hac Vice by Terri L. Reicher by National Association of Securities Dealers.(Berman, Pamela) (Entered: 09/30/2004) |
| 09/30/2004 | 7 | AFFIDAVIT in Support re 6 MOTION for Leave to Appear Pro Hac Vice by Terri L. Reicher. (Berman, Pamela) (Entered: 09/30/2004) |
| 09/30/2004 | 8 | CORPORATE DISCLOSURE STATEMENT by National Association of Securities Dealers. (Berman, Pamela) (Entered: 09/30/2004) |
| 09/30/2004 | 9 | CERTIFICATE OF CONSULTATION re 6 MOTION for Leave to Appear Pro Hac Vice by Terri L. Reicher by Pamela E. Berman on behalf of National Association of Securities Dealers. (Berman, Pamela) (Entered: 09/30/2004) |
| 10/04/2004 | 10 | MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(h)(3)* by National Association of Securities Dealers. (Berman, Pamela) (Entered: 10/04/2004) |

| | | |
|---|---|---|
| 10/04/2004 | 11 | MEMORANDUM in Support re 10 MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(h)(3)* filed by National Association of Securities Dealers. (Berman, Pamela) (Entered: 10/04/2004) |
| 10/04/2004 | 12 | AFFIDAVIT of Barbara Z. Sweeney by National Association of Securities Dealers. (Attachments: # 1 Exhibit Ex. A to Certificate of NASD Business Records# 2 Exhibit Ex. B to Certification of NASD Business Records# 3 Exhibit Ex. C to Certification of NASD Business Records# 4 Exhibit Ex. D to Certification of NASD Business Records)(Berman, Pamela) (Entered: 10/04/2004) |
| 10/04/2004 | 13 | CERTIFICATE OF CONSULTATION re 10 MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(h)(3)* by Pamela E. Berman on behalf of National Association of Securities Dealers by on behalf of National Association of Securities Dealers. Related document: 10 MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(h)(3)* filed by National Association of Securities Dealers.(Berman, Pamela) (Entered: 10/04/2004) |
| 10/04/2004 | 17 | MOTION for Entry of Default as to defendant HD Vest Financial Services by Dan Howard.(Filo, Jennifer) (Entered: 10/05/2004) |
| 10/05/2004 | 14 | MOTION for Leave to Appear Pro Hac Vice by Alice C. Hou by HD Vest Financial Services.(Kasten, Steven) (Entered: 10/05/2004) |
| 10/05/2004 | 15 | AFFIDAVIT in Support re 14 MOTION for Leave to Appear Pro Hac Vice by Alice C. Hou. (Kasten, Steven) (Entered: 10/05/2004) |
| 10/05/2004 | 16 | CORPORATE DISCLOSURE STATEMENT by HD Vest Financial Services. (Kasten, Steven) (Entered: 10/05/2004) |
| 10/08/2004 | 18 | Opposition re 17 MOTION for Entry of Default filed by HD Vest Financial Services. (Attachments: # 1 Exhibit 1)(Kasten, Steven) (Entered: 10/08/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/13/2004 10:00:50 | | | |
| PACER Login: | ap0009 | Client Code: | 046636-003-038 |
| Description: | Docket Report | Case Number: | 1:04-cv-11900-NG |

| Billable Pages: | 2 | Cost: | 0.14 |

**EXHIBIT B**

STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| HOWARD, PRO-SE | Hearing Date: |
|---|---|
| Plaintiff/Petitioner | CAUSE NO. 04CV11900 NG |
| vs. HD VEST FINANCIAL SERVICES, ET AL., | |
| Defendant/Respondent | AFFIDAVIT OF SERVICE OF: COMPLAINT FOR JURY DEMAND |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **14th day of September, 2004, at 4:30 PM**, at the address of **1735 K Street 10TH FLR, WASHINGTON**, Dist of Columbia County, DC ; this affiant served the above described documents upon **NATIONAL ASSOCIATION OF SECURITIES DEALERS, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with Barbara White, OFFICE OF THE GENERAL COUNSEL, Administrtive Assistant, African-American Female, 5-04/150, black hair, brown eyes, wheelchair bound.**

**No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.**

**Affiant hereby states under penalty of perjury under the laws of the State of _Virginia_ that the statement above is true and correct.**

_[signature]_

Katherine L. Gardner

SUBSCRIBED AND SWORN to before me this 15th day of September, 2004

_[signature]_

NOTARY PUBLIC in and for the State of **Virginia**
My Commission Expires Jan 31, 2006

| ABC's Client Name PFI MISC H | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **3517573** |
|---|---|---|

**EXHIBIT C**

**Motions**
1:04-cv-11900-NG Howard v. HD Vest Financial Services et al

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Berman, Pamela E. entered on 10/4/2004 at 9:09 AM EDT and filed on 10/4/2004

**Case Name:** Howard v. HD Vest Financial Services et al
**Case Number:** 1:04-cv-11900
**Filer:** National Association of Securities Dealers
**Document Number:** 10

**Docket Text:**
MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(h)(3)* by National Association of Securities Dealers.(Berman, Pamela)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=10/4/2004] [FileNumber=693053-0]
[822b98564cc2f9af710fd0b1f487eea5b6fc084ec1c2aec20506d804be0619408de8
c5086dc2fb4f2c19d52c5ca0a3b66acaf96416116039d11e42cd39f9ce28]]

**1:04-cv-11900 Notice will be electronically mailed to:**

Pamela E. Berman    pberman@apslaw.com

Steven W. Kasten    skasten@mwe.com

**1:04-cv-11900 Notice will not be electronically mailed to:**

Dan Howard
P.O. Box 440250
Somerville, MA 02144

## Berman, Pamela

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Monday, October 04, 2004 8:10 AM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-11900-NG Howard v. HD Vest Financial Services et al "Motion to Dismiss" |

```
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To
avoid later charges, download a copy of each document during this first viewing.

United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was received from Berman, Pamela E. entered on 10/4/2004 at 9:09
AM EDT and filed on 10/4/2004


Case Name: Howard v. HD Vest Financial Services et al
Case Number: 1:04-cv-11900 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?93976

Document Number: 10
Copy the URL address on the line below into the location bar of your Web browser to view
the document: https://ecf.mad.uscourts.gov/cgi-bin/show_case_doc?10,93976,,65173632,

Docket Text:
  MOTION to Dismiss <I>Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(h)
'3)</I> by National Association of Securities Dealers.(Berman, Pamela)

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: yes
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1029851931 [Date=10/4/2004] [FileNumber=693053-0]
[822b98564cc2f9af710fd0b1f487eea5b6fc084ec1c2aec20506d804be0619408de8c5086dc2fb4f2c19d52c5
ca0a3b66acaf96416116039d11e42cd39f9ce28]]



1:04-cv-11900 Notice will be electronically mailed to:
Pamela E. Berman                                              pberman@apslaw.com

Steven W. Kasten                                              skasten@mwe.com



1:04-cv-11900 Notice will not be electronically mailed to:
Dan  Howard
P.O. Box 440250
Somerville, MA 02144
```

1

## Responses and Replies

<u>1:04-cv-11900-NG Howard v. HD Vest Financial Services et al</u>

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Berman, Pamela entered on 10/4/2004 at 9:11 AM EDT and filed on 10/4/2004

**Case Name:** Howard v. HD Vest Financial Services et al
**Case Number:** <u>1:04-cv-11900</u>
**Filer:** National Association of Securities Dealers
**Document Number:** <u>11</u>

**Docket Text:**
MEMORANDUM in Support re [10] MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(h)(3)* filed by National Association of Securities Dealers. (Berman, Pamela)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=10/4/2004] [FileNumber=693056-0]
[2e90f33154006021f2bbf42d36ad8d5ce69056a0b85522dbfaf823891abb3661632b
bab2e1833fa04a74c76e61742ab32a04436bcfe944aaca0283170c840cec]]

**1:04-cv-11900 Notice will be electronically mailed to:**

Pamela E. Berman     pberman@apslaw.com

Steven W. Kasten     skasten@mwe.com

**1:04-cv-11900 Notice will not be electronically mailed to:**

Dan Howard
P.O. Box 440250
Somerville, MA 02144