# Tifrhalt, Colleen

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Monday, October 04, 2004 9:11 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:04-cv-11900-NG Howard v. HD Vest Financial Services et al "Memorandum in Support of Motion"

```
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To
avoid later charges, download a copy of each document during this first viewing.

United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was received from Berman, Pamela entered on 10/4/2004 at 9:11 AM
EDT and filed on 10/4/2004


Case Name: Howard v. HD Vest Financial Services et al
Case Number: 1:04-cv-11900 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?93976

Document Number: 11
Copy the URL address on the line below into the location bar of your Web browser to view
the document: https://ecf.mad.uscourts.gov/cgi-bin/show_case_doc?11,93976,,14512306,

Docket Text:
  MEMORANDUM in Support re [10] MOTION to Dismiss <I>Complaint Pursuant to Fed. R. Civ. P.
12(b)(1), 12(b)(6) and 12(h)(3)</I> filed by National Association of Securities Dealers.
(Berman, Pamela)

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: yes
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1029851931 [Date=10/4/2004] [FileNumber=693056-0]
[2e90f33154006021f2bbf42d36ad8d5ce69056a0b85522dbfaf823891abb3661632bbab2e1833fa04a74c76e6
1742ab32a04436bcfe944aaca0283170c840cec]]



1:04-cv-11900 Notice will be electronically mailed to:
Pamela E. Berman                                          pberman@apslaw.com

Steven W. Kasten                                          skasten@mwe.com



1:04-cv-11900 Notice will not be electronically mailed to:
Dan  Howard
P.O. Box 440250
Somerville, MA 02144
```

1

## Other Documents

1:04-cv-11900-NG Howard v. HD Vest Financial Services et al

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Berman, Pamela entered on 10/4/2004 at 10:04 AM EDT and filed on 10/4/2004

**Case Name:** Howard v. HD Vest Financial Services et al
**Case Number:** 1:04-cv-11900
**Filer:** National Association of Securities Dealers
**Document Number:** 12

**Docket Text:**
AFFIDAVIT of Barbara Z. Sweeney by National Association of Securities Dealers. (Attachments: # (1) Exhibit Ex. A to Certificate of NASD Business Records# (2) Exhibit Ex. B to Certification of NASD Business Records# (3) Exhibit Ex. C to Certification of NASD Business Records# (4) Exhibit Ex. D to Certification of NASD Business Records)(Berman, Pamela)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=10/4/2004] [FileNumber=693195-0]
[5e2e880fe993066c076dfa7e830a6094ef20caddae5d29eaa85063b89ff6b4875c0f
c27b5387829222fa9f5c668018e9b34544dd880e472e2095d0611393848b]]
**Document description:** Exhibit Ex. A to Certificate of NASD Business Records
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=10/4/2004] [FileNumber=693195-1]
[3a675d5ec777d5c50c522eb736cf4504830ae15cbecde4f6c813982c225f322249dc
fbb84a89c8de6b4a2e8958086b43f22dfd1694c48a9b7b0210caeab0ed2a]]
**Document description:** Exhibit Ex. B to Certification of NASD Business Records
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=10/4/2004] [FileNumber=693195-2]
[8d6016b2df865e21c53bc4d65fc3a333ac1cf0408220a12fd5d1c4d860ec059a033f
e2d8a4e14c420305663f6e4a95e9b2364ce331baeacb55743af3d6d58ae0]]
**Document description:** Exhibit Ex. C to Certification of NASD Business Records
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=10/4/2004] [FileNumber=693195-3]
[1ac08188faf37212f1f445d6baa4a09f8616b03b05d2cbef406e29adbee2b4bdc7d1
4a2e189431d73e625eedf3ca375c849b63709f7eb52368cff416e448b703]]
**Document description:** Exhibit Ex. D to Certification of NASD Business Records

**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=10/4/2004] [FileNumber=693195-4]
[920f2aa9778187315eeaf5e8df1270bccafe92adcbb67ba5b72e51becc29b019da2d
f3bbe047fac9c8838f20ed8e4f8259bd962f5cce5cfcd2a692b2f9b15c64]]

### 1:04-cv-11900 Notice will be electronically mailed to:

Pamela E. Berman    pberman@apslaw.com

Steven W. Kasten    skasten@mwe.com

### 1:04-cv-11900 Notice will not be electronically mailed to:

Dan Howard
P.O. Box 440250
Somerville, MA 02144

# Berman, Pamela

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Monday, October 04, 2004 9:05 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:04-cv-11900-NG Howard v. HD Vest Financial Services et al "Affidavit"

```
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To
avoid later charges, download a copy of each document during this first viewing.

United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was received from Berman, Pamela entered on 10/4/2004 at 10:04
AM EDT and filed on 10/4/2004


Case Name: Howard v. HD Vest Financial Services et al
Case Number: 1:04-cv-11900 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?93976

Document Number: 12
Copy the URL address on the line below into the location bar of your Web browser to view
the document: https://ecf.mad.uscourts.gov/cgi-bin/show_case_doc?12,93976,,82122288,

Docket Text:
AFFIDAVIT of Barbara Z. Sweeney by National Association of Securities Dealers.
(Attachments: # (1) Exhibit Ex. A to Certificate of NASD Business Records# (2) Exhibit Ex.
B to Certification of NASD Business Records# (3) Exhibit Ex. C to Certification of NASD
Business Records# (4) Exhibit Ex. D to Certification of NASD Business Records)(Berman,
Pamela)

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: yes
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1029851931 [Date=10/4/2004] [FileNumber=693195-0]
[5e2e880fe993066c076dfa7e830a6094ef20caddae5d29eaa85063b89ff6b4875c0fc27b5387829222fa9f5c6
68018e9b34544dd880e472e2095d0611393848b]]
Document description: Exhibit Ex. A to Certificate of NASD Business Records
 Original filename: yes
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1029851931 [Date=10/4/2004] [FileNumber=693195-1]
[3a675d5ec777d5c50c522eb736cf4504830ae15cbecde4f6c813982c225f322249dcfbb84a89c8de6b4a2e895
8086b43f22dfd1694c48a9b7b0210caeab0ed2a]]
Document description: Exhibit Ex. B to Certification of NASD Business Records
 Original filename: yes
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1029851931 [Date=10/4/2004] [FileNumber=693195-2]
[8d6016b2df865e21c53bc4d65fc3a333ac1cf0408220a12fd5d1c4d860ec059a033fe2d8a4e14c420305663f6
e4a95e9b2364ce331baeacb55743af3d6d58ae0]]
Document description: Exhibit Ex. C to Certification of NASD Business Records
 Original filename: yes
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1029851931 [Date=10/4/2004] [FileNumber=693195-3]
[1ac08188faf37212f1f445d6baa4a09f8616b03b05d2cbef406e29adbee2b4bdc7d14a2e189431d73e625eedf
3ca375c849b63709f7eb52368cff416e448b703]]
Document description: Exhibit Ex. D to Certification of NASD Business Records
 Original filename: yes
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1029851931 [Date=10/4/2004] [FileNumber=693195-4]
[920f2aa9778187315eeaf5e8df1270bccafe92adcbb67ba5b72e51becc29b019da2df3bbe047fac9c8838f20e
d8e4f8259bd962f5cce5cfcd2a692b2f9b15c64]]
```

1

1:04-cv-11900 Notice will be electronically mailed to:
Pamela E. Berman                                                    pberman@apslaw.com

Steven W. Kasten                                                    skasten@mwe.com


1:04-cv-11900 Notice will not be electronically mailed to:
Dan  Howard
P.O. Box 440250
Somerville, MA 02144

2

## Discovery Documents
<u>1:04-cv-11900-NG Howard v. HD Vest Financial Services et al</u>

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Berman, Pamela E. entered on 10/4/2004 at 10:07 AM EDT and filed on 10/4/2004
**Case Name:**     Howard v. HD Vest Financial Services et al
**Case Number:**   <u>1:04-cv-11900</u>
**Filer:**         National Association of Securities Dealers
**Document Number:** <u>13</u>

**Docket Text:**
CERTIFICATE OF CONSULTATION re [10] MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(h)(3)* by Pamela E. Berman on behalf of National Association of Securities Dealers by on behalf of National Association of Securities Dealers. Related document: [10] MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(h)(3)* filed by National Association of Securities Dealers.(Berman, Pamela)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=10/4/2004] [FileNumber=693201-0]
[08915f498b264f0f7cc5be88275c3d813a00bde10157df3775723b2ed6df85e0f9d0
af42ac884ab882fbf1bd2b791f5bc09f401618d2d492888a50f0925a3525]]

### 1:04-cv-11900 Notice will be electronically mailed to:

Pamela E. Berman     pberman@apslaw.com

Steven W. Kasten     skasten@mwe.com

### 1:04-cv-11900 Notice will not be electronically mailed to:

Dan Howard
P.O. Box 440250
Somerville, MA 02144

https://ecf.mad.uscourts.gov/cgi-bin/Dispatch.pl?374818149888132          10/4/2004

## Berman, Pamela

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Monday, October 04, 2004 9:08 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:04-cv-11900-NG Howard v. HD Vest Financial Services et al "Certificate of Consultation"

```
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To
avoid later charges, download a copy of each document during this first viewing.

United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was received from Berman, Pamela E. entered on 10/4/2004 at
10:07 AM EDT and filed on 10/4/2004


Case Name: Howard v. HD Vest Financial Services et al
Case Number: 1:04-cv-11900 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?93976

Document Number: 13
Copy the URL address on the line below into the location bar of your Web browser to view
the document: https://ecf.mad.uscourts.gov/cgi-bin/show_case_doc?13,93976,,65108901,

Docket Text:
CERTIFICATE OF CONSULTATION re [10] MOTION to Dismiss <I>Complaint Pursuant to Fed. R.
Civ. P. 12(b)(1), 12(b)(6) and 12(h)(3)</I> by Pamela E. Berman on behalf of National
Association of Securities Dealers by on behalf of National Association of Securities
Dealers. Related document: [10] MOTION to Dismiss <I>Complaint Pursuant to Fed. R. Civ. P.
12(b)(1), 12(b)(6) and 12(h)(3)</I> filed by National Association of Securities Dealers.
(Berman, Pamela)

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: yes
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1029851931 [Date=10/4/2004] [FileNumber=693201-0]
[08915f498b264f0f7cc5be88275c3d813a00bde10157df3775723b2ed6df85e0f9d0af42ac884ab882fbf1bd2
b791f5bc09f401618d2d492888a50f0925a3525]]


1:04-cv-11900 Notice will be electronically mailed to:
Pamela E. Berman                                                pberman@apslaw.com

Steven W. Kasten                                                skasten@mwe.com



1:04-cv-11900 Notice will not be electronically mailed to:
Dan  Howard
P.O. Box 440250
Somerville, MA 02144
```

1

**EXHIBIT D**

# ADLER POLLOCK & SHEEHAN P.C.

175 Federal Street
Boston, MA 02110
Telephone 617-482-0600
Fax 617-482-0604

2300 Financial Plaza
Providence, RI 02903
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607
www.apslaw.com

October 4, 2004

Civil Clerk's Office
United States District Court
 For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

**Re:** *Dan Howard, Pro Se v. HD Vest Financial Services, Stuart K. Juckett and National Association of Securities Dealers*
**USDC for the District of Massachusetts, Civil Action No. 04-11900 NG**

To the Clerk:

I am enclosing with this letter courtesy copies of the following documents:

1. Motion of the NASD, Inc. to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(h)(3);

2. Memorandum of Law in Support of Defendant NASD, Inc. Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(h)(3);

3. Certification of NASD Business Records; and

4. Local Rule 7.1(a)(2) Certificate

I electronically filed these documents today. I am also enclosing a copy of the confirmation of filing.

## ADLER POLLOCK & SHEEHAN

Civil Clerk's Office
October 4, 2004
Page 2

Should you have any questions or concerns, please do not hesitate to contact me. Thank you for your assistance and cooperation in this matter.

Very truly yours,

*Pamela E. Berman*

Pamela E. Berman

PEB/ct
Enclosures
cc:   Dan Howard, Pro Se Plaintiff
      Alice C. Hou, Esq.
      Steven W. Kasten, Esq.
      Mr. Stuart K. Juckett
      Terri L. Reicher, Esq.

*311908_1.doc*

**EXHIBIT E**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN HOWARD, PRO-SE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HD VEST FINANCIAL SERVICES, )<br>STUART K. JUCKETT, )<br>NATIONAL ASSOCIATION OF )<br>SECURITIES DEALERS, )<br>)<br>Defendants. )<br>_____) | Docket No. 04CV11900NG |

**AFFIDAVIT OF COLLEEN TOBIN IN SUPPORT OF
OPPOSITION OF NATIONAL ASSOCIATION OF SECURITIES
DEALERS, INC. TO PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT**

I, Colleen Tobin, submit the within Affidavit in support of the Opposition of National Association for Securities Dealers, Inc ("NASD") to Plaintiff's Motion for a Default Judgment and hereby depose and state as follows:

1. I am a legal secretary employed by the law firm of Adler Pollock & Sheehan, counsel to NASD in the above matter.

2. Part of my responsibilities include typing and mailing letters and handling court filings and service to counsel for attorney Pamela Berman, who is directly responsible for representing NASD in the above matter.

3. On October 4, 2004, I electronically filed the Motion of NASD to Dismiss the Complaint, the Memorandum in Support thereof, and the Affidavit of Barbara K. Sweeney with the Court in connection with the above captioned matter.

4. I received Notices of Electronic filing for each of those documents reflecting that they had been served electronically upon counsel for H.D. Vest Financial Services, Inc..

5. Those Notices of Electronic Filing reflected that the Plaintiff Dan Howard ("Mr. Howard") had not been served electronically and contained a mailing address for Mr. Howard.

6. On October 4, 2004, I mailed a courtesy copy of the Motion of NASD to Dismiss and accompanying documents that had been electronically filed to the Clerk of the Court.

7. I sent a copy of that October 4, 2004 letter to the Clerk and documents that had been electronically filed with the Court to Mr. Howard at the address identified in the Notices of Electronic Filing by First Class Mail, postage prepaid.

8. I specifically remember placing the envelope addressed to Mr. Howard in the mail.

9. The envelope mailed to Mr. Howard contained a return address of Adler Pollock & Sheehan's Boston office.

10. At no time, has the Boston office of Adler Pollock & Sheehan received the letter addressed to Mr. Howard back in the mail or in any other manner.

Signed under the pains and penalties of perjury this 13th day of October, 2004,

_____
Colleen Tobin

*312891*

2