UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 OCT 19  A 10: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DAN HOWARD, | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| HD VEST FINANCIAL SERVICES, | : |
| STUART K. JUCKETT, and | : |
| THE NATIONAL ASSOCIATION OF | : |
| SECURITIES DEALERS, INC. | : |
| | : |
| Defendants. | : |

Civil Action No. 04-11900 NG

## LOCAL RULE 7.1(A)(2) CERTIFICATE

On October 13, 2004, counsel for defendant National Association of Securities Dealers, Inc. telephoned Plaintiff Dan Howard ("Mr. Howard") on two occasions to discuss Mr. Howard's Motion for a Default against National Association of Securities Dealers, Inc. ("NASD") and to ask whether Mr. Howard had received the Motion of NASD to Dismiss Complaint and to confer in a good faith attempt to resolve or narrow the issues raised in his Motion for Default. Despite the efforts of NASD counsel, Mr. Howard

steadfastly refused to return those telephone calls.  Therefore, the parties have been unable to resolve or narrow the issues set forth in the Plaintiff's Motion for Entry of Default against NASD.

Defendant,

NATIONAL ASSOCIATION
OF SECURITIES DEALERS, INC.

By its attorneys,

/s/ Pamela E. Berman

Pamela E. Berman (BBO# 551806)
Adler Pollock & Sheehan PC
175 Federal Street, 12th Floor
Boston, MA 02110
(617) 603-0552 (Telephone)
(617) 482-0604 (Telecopier)
PBerman@apslaw.com (E-mail)

Dated:  October 13, 2004

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of October, 2004, that I served a true and correct copy of the foregoing Local Rule 7.1(A)(2) Certificate on counsel of record via e-mail and first class mail and on Plaintiff Dan Howard and Defendant Stuart K. Juckett via express mail at the following addresses:

Mr. Dan Howard
P.O. Box 440250
Somerville, MA 02144

Mr. Stuart K. Juckett
P.O. Box 2099
15 Alexis Court
Amagansett, NY 11930

Alice C. Hou, Esq.
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, DC 20006-2401

Steven Kasten, Esq.
McDermott, Will & Emery
28 State Street
Boston, MA 02109

Terri L. Reicher, Esq.
Associate General Counsel
Office of General Counsel
National Association of Securities Dealers, Inc.
1735 K Street, N.W.
Washington, D.C. 20006

Pamela E. Berman

*312896*