UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Docket No.: **04cv11900 NG**

| | |
|---|---|
| Dan Howard, Pro-Se, ) | |
| ) | |
| Plaintiff ) | **PLAINTIFF'S** |
| ) | **MOTION TO** |
| ) | **DEFAULT** |
| v. ) | **DEFENDANT** |
| ) | **STUART** |
| HD Vest Financial Services, ) | **JUCKETT** |
| Stuart K. Juckett ) | |
| National Association of Securities Dealers, ) | |
| ) | |
| Defendants ) | |
| ) | |

1. Plaintiff Dan Howard ("Howard") hereby requests the immediate entry of a default judgment against Defendant Stuart Juckett ("Juckett").
2. Plaintiff hereby makes his request pursuant to **Federal Rule of Civil Procedure 12(a) and Federal Rule of Procedure 55.**
3. Plaintiff hereby attaches a copy of the Proof of Service dated September 25th, 2004 at 8:00 PM.
4. Pursuant to **Federal Rule of Civil Procedure 12(a)**, defendant Juckett has failed to file an answer within the required 20 days.
5. Plaintiff hereby declares that the threshold requirement for a valid claim has been met and therefore a hearing on this matter is not necessary.
6. Plaintiff's name, address, and phone number are clearly listed on the original complaint.
7. Juckett is NOT represented by either the law firm of Adler Pollock & Sheehan or the law firm of McDermott Will & Emery.
8. Plaintiff Dan Howard, the undersigned, hereby declares under penalty of perjury that, on October 19, 2004 he served the within **MOTION TO DEFAULT** on the following interested parties by mailing with postage thereon fully prepaid, a true copy thereof to:

Adler Pollock & Sheehan
175 Federal Street
Boston, Massachusetts 02110-2890

Stuart Juckett

1

15 Alexis Court
Amagansett, New York 11930

McDermott Will & Emery
28 State Street
Boston, Massachusetts 02109-1775

Respectfully Submitted,

Dan Howard, Pro-Se,
The Plaintiff

PO Box 440250
Somerville, MA. 02144
617-529-8886

Dated: October 19, 2004

perlres

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| DAN HOWARD, PRO-SE | Hearing Date: |
|---|---|
| Plaintiff/Petitioner | CAUSE NO. 04CV11900 NG |
| vs. HD VEST FINANCIAL SERVICES, ET AL., | AFFIDAVIT OF SERVICE OF: COMPLAINT FOR JURY DEMAND |
| Defendant/Respondent | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **25th** day of **September, 2004**, at **8:08 PM**, at the address of **15 ALEXIS Court, AMAGANSETT, Suffolk County, NY**; this affiant served the above described documents upon **STUART K JUCKETT**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **STUART K JUCKETT, WHITE, MALE, 58 YEARS OLD, 5'10, 185 LBS**, person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of **New York** that the statement above is true and correct.

COREY GUSKIN, Reg. # 1994475, NEW YORK

SUBSCRIBED AND SWORN to before me this 5th day of October, 2004

NOTARY PUBLIC in and for the State of New York

ABC's Client Name
PFI MISC H

ORIGINAL PROOF OF SERVICE

ABC Tracking #: 3517572

ANDREA MOLODY
Notary Public, State of New York
No. 01MO6037188
Qualified in Suffolk County
Commission Expires Feb. 14, 20__