FILED
IN CLERK'S OFFICE

2004 NOV -1  P 3:58

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04 CV 11900NG

| | |
|---|---|
| DAN HOWARD, PRO-SE,<br>    Plaintiff<br><br>vs.<br><br>HD VEST FINANCIAL SERVICES,<br>STUART K. JUCKETT,<br>NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS,<br>    Defendants | **NOTICE OF APPEARANCE** |

I hereby notice my appearance for the defendant Stuart K. Juckett in the above captioned proceeding.

Respectfully,

_____
David C. Grossack, Esquire
Post Office Box 90
Hull, Massachusetts 02045
(781) 261-9990
BBO No. 212890
Date: November 1, 2004