UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04 CV 11900NG

| | |
|---|---|
| DAN HOWARD, PRO-SE, <br> Plaintiff <br><br> vs. <br><br> HD VEST FINANCIAL SERVICES, <br> STUART K. JUCKETT, <br> NATIONAL ASSOCIATION OF <br> SECURITIES DEALERS, <br> Defendants | **DEFENDANT STUART K. JUCKETT'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT** |

Now comes the defendant Stuart Juckett and opposes Plaintiff's Motion To Default, for good reason as stated below and for reasons stated in the accompanying Affidavit.

1. Plaintiff has never served he defendant.
2. Defendant only recently learned of the action and retained counsel Friday, October, 29, 2004.
3. Defendant will be responding to the complaint within the next seven days.

Respectfully,

David C. Grossack, Esquire
Post Office Box 90
Hull, Massachusetts  02045
(781) 261-9990
BBO No. 212890
Date: November 1, 2004