FILED
IN CLERKS OFFICE

2004 NOV -1 P 3: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04 CV 11900NG

| | |
|---|---|
| DAN HOWARD, PRO-SE,<br>Plaintiff<br><br>vs.<br><br>HD VEST FINANCIAL SERVICES,<br>STUART K. JUCKETT,<br>NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS,<br>Defendants | **DEFENDANT STUART K. JUCKETT'S**<br>**OPPOSITION TO MOTION FOR DEFAULT** |

I, Stuart K. Juckett, being duly sworn and on oath, hereby do attest to the following:

1. My name is Stuart K. Juckett. I reside at 15 Alexis Court, Amagansett, New York.

2. I am a defendant in the above captioned lawsuit.

3. At no time did the plaintiff or his agents serve me with the complaint or anything else in the case other that this motion for default.

4. I have just retained counsel and have numerous meritorious defenses to this case.

5. I expect that my attorney will file a responsive pleading within a few days.

Signed this day of October 27, 2004, under pains and penalties of perjury.

_____
STUART K. JUCKETT