UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

DOCKET NO. 04 CV 11900NG

2004 NOV -1  P 3: 58

DISTRICT OF MASS.

| | |
|---|---|
| DAN HOWARD, PRO-SE,<br>Plaintiff<br><br>vs.<br><br>HD VEST FINANCIAL SERVICES,<br>STUART K. JUCKETT,<br>NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLYMOUTH, ss

## CERTIFICATE OF SERVICE

I, hereby certify that on this 1st day of November, 2004, mailed via first-class, postage prepaid the foregoing: **Notice of Appearance, Defendant Stuart K. Juckett's Opposition To Motion For Default, Defendant Stuart K. Juckett's Opposition To Plaintiff's Motion For Default** upon: Dan Howard, P.O. Box 440250, Somerville, MA 02114.

_[signature]_
David C. Grossack, Esquire
Post Office Box 90
Hull, Massachusetts 02045
(781) 261-9990
BBO # 212890