## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

DAN HOWARD, PRO SE
    Plaintiff,

v.

HD VEST FINANCIAL SERVICES,
STUART K. JUCKETT,
NATIONAL ASSN. OF SECURITIES DEALERS,
    Defendants.

CIVIL ACTION NO:
04-11900-NG

### NOTICE OF MOTION HEARING

Please take notice that a **HEARING** on **PLAINTIFF'S MOTION TO DEFAULT DEFENDANT, STUART JUCKETT (#30)** has been scheduled in the above-entitled case for **Monday, November 15, 2004 at 2:15 P.M.** at Courtroom #14, 5th Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 before Robert B. Collings, United States Magistrate Judge.

                                              ROBERT B. COLLINGS
                                              United States Magistrate Judge

                                              */s/ Kathleen M. Dolan*
                                              Deputy Clerk
                                              (617) 748-9229

**At this hearing, the Court will hear testimony from Corey Guskin who swears he personally served defendant Juckett at Amagansett, New York on September 25, 2004 and from the defendant Juckett who swears he was never served with process in this case.**

**Plaintiff Brown shall be responsible for obtaining Mr. Guskin's appearance at the hearing; Attorney Grossack shall be responsible for making sure that defendant Juckett is present at the hearing.**

Dated: November 4, 2004.

Notice Sent to:

Dan Howard, Pro Se
Steven W. Kasten, Esquire
Pamela E. Berman, Esquire
David P. Grossack, Esquire