UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04 CV 11900NG

| | |
|---|---|
| DAN HOWARD,<br>    Plaintiff<br><br>vs.<br><br>HD VEST FINANCIAL SERVICES,<br>STUART K. JUCKETT,<br>NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS

Now comes the defendant Stuart Juckett, bu counsel and moves that the within complaint be dismissed for failure to state a claim pursuant to Rule 12(b)(6) Federal Rules of Civil Procedure.

Respectfully,

David C. Grossack, Esquire
Post Office Box 90
Hull, Massachusetts 02045
(781) 261-9990
BBO # 212890
Dated: November 6, 2004