UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Docket No.: <u>04cv11900 NG</u>

| | |
|---|---|
| Dan Howard, Pro-Se, )<br>)<br>Plaintiff )<br>)<br>)<br>)<br>v. )<br>)<br>HD Vest Financial Services )<br>Stuart K. Juckett )<br>National Association of Securities Dealers, )<br>)<br>Defendants )<br>) | **PLAINTIFF'S MOTION FOR<br>CONTINUANCE OF HEARING<br>SCHEDULED FOR MONDAY,<br>NOVEMBER 15, 2004 AT 2:15** |

Plaintiff Dan Howard, Pro-Se, respectfully requests a 30-day continuance of the scheduled Hearing.

Plaintiff Howard is open to any date after December 15, 2004.

Plaintiff Howard states that he will be out of the United States between November 14 and December 1.

The international airline tickets were previously purchased in June 2004 for the purpose of a family matter.

Plaintiff Howard hereby makes this request in good faith and not for the purpose of delay.

Perhaps this continuance will serve judicial efficiency by giving the parties additional time.

        For the foregoing reasons, the Plaintiff respectfully requests that the Court grant this Motion.

1. Plaintiff Dan Howard, the undersigned, hereby declares under penalty of perjury that, on November 10, 2004 he served the within **MOTION** on the following interested parties by mailing with postage thereon fully prepaid, a true copy thereof to:

1

Adler Pollock & Sheehan
175 Federal Street
Boston, Massachusetts 02110-2890

David Grossback
Attorney
PO Box 90
Hull, Massachusetts 02045

McDermott Will & Henry
28 State Street
Boston, Massachusetts 02109-1775

Respectfully Submitted,

Dan Howard, Pro-Se,
The Plaintiff

PO Box 440250
Somerville, MA. 02144
617-529-8886

Dated: November 10, 2004

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DAN HOWARD, PRO SE
    Plaintiff,

v.

HD VEST FINANCIAL SERVICES,
STUART K. JUCKETT,
NATIONAL ASSN. OF SECURITIES DEALERS,
    Defendants.

CIVIL ACTION NO:
04-11900-NG

## NOTICE OF MOTION HEARING

Please take notice that a **HEARING** on **PLAINTIFF'S MOTION TO DEFAULT DEFENDANT, STUART JUCKETT (#30)** has been scheduled in the above-entitled case for **Monday, November 15, 2004 at 2:15 P.M.** at Courtroom #14, 5th Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 before Robert B. Collings, United States Magistrate Judge.

                                                ROBERT B. COLLINGS
                                                United States Magistrate Judge

                                                /s/ Kathleen M. Dolan
                                                Deputy Clerk
                                                (617) 748-9229

At this hearing, the Court will hear testimony from Corey Guskin who swears he personally served defendant Juckett at Amagansett, New York on September 25, 2004 and from the defendant Juckett who swears he was never served with process in this case.