# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### Docket No.: 04cv11900 NG

| | |
|---|---|
| Dan Howard, Pro-Se, ) | |
| ) | |
| Plaintiff ) | PLAINTIFF'S NOTICE OF |
| ) | APPLICATION OF INTERLOCUTORY |
| ) | APPEAL TO COURT OF APPEALS. |
| v. ) | |
| ) | |
| HD Vest Financial Services ) | |
| Stuart K. Juckett ) | |
| National Association of Securities Dealers, ) | |
| ) | |
| Defendants ) | |
| ) | |

Plaintiff Dan Howard, Pro-Se, hereby files an Application for a Writ, Extraordinary Writ, and Interlocutory Appeal regarding the denial of Plaintiff's motions to default defendant's National Association of Securities Dealers ("NASD") and HD Financial Services (HDVFS").

Plaintiff hereby affirms that that the ruling was contrary to the facts and the law in this case.

Plaintiff hereby affirms that the defendants failed to file electronically within the prescribed time of 20 days and violated the electronic filing rules as set forth by this court.

The decision was blatantly incorrect, significantly alters the lawsuit, and changes the position of the parties while the lawsuit is pending.

Defendants have used the electronic filing system as a shield and scheme to file motions and legal proceedings in violation of plaintiff's U.S. Constitutional right to receive timely notice.

Further, Attorney Terri Reicher and Attorney Alice Hou violated the electronic filing rules and therefore their Admission *Pro Hac Vice* is null and void.

Plaintiff Howard requests a Stay of Proceedings while a legal brief is prepared in support of Plaintiff's motion.

Plaintiff requests an oral hearing on these matters.

## CONCLUSION

1

For the foregoing reasons, the Plaintiff respectfully requests that the Court grant this Motion.

1. Plaintiff Dan Howard, the undersigned, hereby declares under penalty of perjury that, on November 10, 2004 he served the within **MOTION** on the following interested parties by mailing with postage thereon fully prepaid, a true copy thereof to:

Adler Pollock & Sheehan
175 Federal Street
Boston, Massachusetts 02110-2890

David Grossback
Attorney
PO Box 90
Hull, Massachusetts 02045

McDermott Will & Henry
28 State Street
Boston, Massachusetts 02109-1775

Respectfully Submitted,

Dan Howard, Pro-Se,
The Plaintiff

PO Box 440250
Somerville, MA. 02144
617-529-8886

Dated: November 10, 2004

2