# United States District Court
# District of Massachusetts

DAN HOWARD,
    Plaintiff,

    V.                             CIVIL ACTION NO. 04-11900-NG

HD VEST FINANCIAL SERVICES,
STUART K. JUCKETT,
NATIONAL ASSOCIATION OF
    SECURITIES DEALERS
    Defendants.

## ORDER ON PLAINTIFF'S MOTION FOR CONTINUANCE OF HEARING, ETC. (#39)

COLLINGS, U.S.M.J.

It is ORDERED that Plaintiff's Motion for Continuance of Hearing Scheduled for Monday, November 15, 2004 at 2:15 (#39)[1] be, and the same hereby is, ALLOWED. *The hearing is re-scheduled for FRIDAY, DECEMBER 17, 2004 AT 11:00 A.M.*

---

[1] Counsel for defendant Juckett has also requested a continuance.

Plaintiff's counsel shall be responsible for securing the attendance of Corey Guskin at the hearing; counsel for Stuart K. Juckett shall be responsible for securing the attendance of defendant Juckett at the hearing.[2]

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: November 12, 2004.

---

[2] In lieu of having this hearing and litigating this issue, the plaintiff and counsel for defendant Juckett can enter into a stipulation where the plaintiff withdraws his motion for default and defendant Juckett waives any alleged defects in the service of process. If such an agreement is reached, plaintiff's counsel and counsel for defendant Juckett shall file a stipulation to that effect with the Court and jointly notify the Court that the December 17th hearing is unnecessary.