UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04 CV 11900NG

| | |
|---|---|
| DAN HOWARD,<br>    Plaintiff<br><br>vs.<br><br>HD VEST FINANCIAL SERVICES,<br>STUART K. JUCKETT,<br>NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## EMERGENCY MOTION TO CONTINUE
## HEARING ON PLAINTIFF'S MOTION TO DEFAULT

Now comes counsel for defendant Stuart K. Juckett and moves that this Court continue the hearing scheduled for November 15, 2004 at 2:00 p.m. to a later date for good reason as stated as follows:

Counsel for defendant Juckett is scheduled for a colonoscopy on the same day. He is unlikely to be ready for the hearing as he will be under sedation.

Attorneys for the co-defendants, Steven Kasten and Pamela Berman have consented to this motion.

The plaintiff Daniel Howard, was left 2 messages but as of this writing has not returned calls.

1

Wherefore, counsel for defendant Stuart Juckett prays this Court to continue the date of this hearing to such time as the Court deems appropriate.

Respectfully,

*[signature]*
David C. Grossack, Esquire
Post Office Box 90
Hull, Massachusetts 02045
(781) 261-9990
BBO # 212890
Date: November 10, 2004

Assented to:

*[signature]* Pamela Berman by dcg
Pamela Berman, Esquire
Adler, Pollock & Sheehan
175 Federal Street, 12th Floor
Boston, MA   02110
(617) 603-0552
BBO # 551806

*[signature]* Steven Kasten by dcg
Steven Kasten, Esquire
McDermott, Will & Emery
28 State Street
Boston, MA   02109
BBO # 318840