UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04 CV 11900NG

| | |
|---|---|
| DAN HOWARD,<br>                Plaintiff<br><br>vs.<br><br>HD VEST FINANCIAL SERVICES,<br>STUART K. JUCKETT,<br>NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS,<br>                Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) |

PLYMOUTH, ss

### CERTIFICATE OF SERVICE

I, hereby certify that on this 10th day of November, 2004, mailed via first-class, postage prepaid the foregoing: **Emergency Motion to Continue Hearing on Plaintiff's Motion to Default**; upon: Dan Howard, P.O. Box 440250, Somerville, MA 02114, Steven Kasten, Esq. McDermott, Will & Emery, 28 State Street, Boston, MA 02109 and Pamela Berman, Esq., Adler, Pollock & Sheehan, 12th Floor 175 Federal Street, Boston, MA 02110.

David C. Grossack, Esquire
Post Office Box 90
Hull, Massachusetts 02045
(781) 261-9990
BBO # 212890