UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04 CV 11900NG

| | |
|---|---|
| DAN HOWARD, <br>       Plaintiff <br> <br> vs. <br> <br> HD VEST FINANCIAL SERVICES, <br> STUART K. JUCKETT, <br> NATIONAL ASSOCIATION OF <br> SECURITIES DEALERS, <br>       Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT STUART K. JUCKETT'S RESPONSE
## TO PLAINTIFF'S MOTION FOR CONTINUANCE

Now comes Stuart Juckett, through counsel, and responds to the plaintiff's Motion For Continuance hearing on the Motion to Default.

Whereas the plaintiff has stated that he will be unavailable until after December 2004; and whereas Counsel for defendant Juckett will be out of town December 23, 2004 through January 4, 2005, and the defendant Stuart Juckett will be out of town from December 8, 2004 through January 14, 2005 on a long scheduled overseas trip, it would be therefore in the best interests of justice to continue the hearing until after January 16, 2005, so that all parties will be available.

As of this date, November 23, 2004 plaintiff Dan Howard has neglected and failed to returned my phone calls concerning this motion.

Respectfully submitted,

For the defendant Stuart Juckett
by his attorney,

_____
David C. Grossack, Esquire
Post Office Box 90
Hull, Massachusetts 02045
(781) 261-9990
BBO No. 212890
Date: November 23, 2004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04 CV 11900NG

DAN HOWARD,
        Plaintiff

vs.

HD VEST FINANCIAL SERVICES,
STUART K. JUCKETT,
NATIONAL ASSOCIATION OF
SECURITIES DEALERS,
        Defendants

## CERTIFICATE OF SERVICE

I, David C. Grossack, hereby certify that on November 23, 2004, mailed via first class postage prepaid the foregoing **Defendant Stuart K. Juckett's Response To Plaintiff's Motion for Continuance** upon Pamela Berman, Esq., Adler Pollock & Sheehan, 175 Federal Street, Boston, MA 02110-2890, Steven Kasten, Esq., McDermott Will & Henry, 28 State Street, Boston, MA 02109-1775 and Dan Howard, P.O. Box 440250, Somerville, MA 02144.

David C. Grossack, Esquire
Post Office Box 90
Hull, Massachusetts 02045
(781) 261-9990
BBO # 212890