# United States District Court
# District of Massachusetts

DAN HOWARD,
      Plaintiff,

      V.                        CIVIL ACTION NO. 04-11900-NG

HD VEST FINANCIAL SERVICES,
STUART K. JUCKETT,
NATIONAL ASSOCIATION OF
      SECURITIES DEALERS
      Defendants.

## *AMENDED ORDER ON PLAINTIFF'S MOTION FOR CONTINUANCE OF HEARING, ETC. (#39)*

COLLINGS, U.S.M.J.

    The within Amended Order supersedes that Order, Etc. (#41) entered November 12, 2004.

    It is ORDERED that Plaintiff's Motion for Continuance of Hearing

Scheduled for Monday, November 15, 2004 at 2:15 (#39)[1] be, and the same hereby is, ALLOWED.  ***The hearing is re-scheduled for THURSDAY, JANUARY 20, 2005 AT 2:00 P.M.***

Plaintiff's counsel shall be responsible for securing the attendance of Corey Guskin at the hearing; counsel for Stuart K. Juckett shall be responsible for securing the attendance of defendant Juckett at the hearing.[2]

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date: December 2, 2004.

---

[1] Counsel for defendant Juckett has also requested a continuance until after January 14, 2005.  *See* #47.

[2] In lieu of having this hearing and litigating this issue, the plaintiff and counsel for defendant Juckett can enter into a stipulation where the plaintiff withdraws his motion for default and defendant Juckett waives any alleged defects in the service of process.  If such an agreement is reached, plaintiff's counsel and counsel for defendant Juckett shall file a stipulation to that effect with the Court and jointly notify the Court that the December 17th hearing is unnecessary.