## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN HOWARD, Pro-Se<br><br>       Plaintiff,<br><br>   v.<br><br>HD VEST FINANCIAL SERVICES,<br>STUART K. JUCKETT<br>NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS,<br><br>       Defendant. | CIVIL ACTION<br>NO. 04-11900-NG<br><br>Hon. Robert B. Collings |

### HD VEST FINANCIAL SERVICES' NOTICE OF ATTEMPTED SERVICE

Defendant HD VEST Financial Services ("HD VEST") respectfully submits this Notice of Attempted Service in response to Plaintiff's refusal to accept service of "HD VEST Financial Services' Memorandum of Law in Opposition to Plaintiff's Motion for Interlocutory Appeal," ("Opposition") filed and served on November 24, 2004.

On November 24, 2004, HD VEST served Plaintiff with a copy of its Opposition via U.S. Postal Service Express Mail at the P.O. Box address Plaintiff provided to this Court. As a courtesy, HD VEST also sent a copy that day of its Opposition to Plaintiff at his home address, and that copy was automatically forwarded by the Postal Service to Plaintiff's P.O. Box address. Although the Postal Service left notices in Plaintiff's P.O. Box alerting him to pick up these documents, on December 10, 2004, these documents were returned to HD VEST by the Postal Service as "unclaimed."

On December 16, 2004, HD VEST mailed to Plaintiff a letter attaching a courtesy copy

of HD VEST's November 24, 2004 filing and tracking sheets (*see* Exhibit A).

      HD VEST respectfully files this Notice of Attempted Service in order to

avoid any complications which may arise from Plaintiff's refusal to accept service.

Dated: December 17, 2004

                    Respectfully submitted,

                    /s/ Alice C. Hou

                    Alice C. Hou, Esq. (BBO #654281)
                    HUGHES HUBBARD & REED LLP
                    1775 I Street, NW
                    Washington, DC 20006
                    Telephone:  202-721-4600
                    Facsimile:  202-721-4646

                    Attorneys for Defendant HD VEST
                    Financial Services

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2004, I served a true and correct copy of the foregoing Notice of Attempted Service on counsel of record via electronic filing and on the following parties (not registered for e-filing) via first-class, certified mail:

Mr. Dan Howard
P.O. Box 440250
Somerville, MA  02144

Mr. David C. Grossack, Esq.
P.O. Box 90
Hull, MA  02045

Ms. Terri Reicher, Esq.
Office of General Counsel
NASD
1735 K Street, N.W.
Washington, DC  20006

Alice C. Hou