**MANDATE**

04-11900
USDC/MA
Judge Collings

# United States Court of Appeals
## For the First Circuit

No. 04-2559

DAN HOWARD

Plaintiff - Appellant

v.

HD VEST FINANCIAL SERVICES;
NATIONAL ASSOCIATION OF SECURITIES DEALERS

Defendants - Appellees

STUART K. JUCKETT

Defendant

**JUDGMENT**

Entered: December 21, 2004

By order entered November 24, 2004, appellant was directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction. Appellant was warned that failure to respond by December 8, 2004 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_[signature]_
Deputy Clerk

Date: 1-12-05

By the Court:
Richard Cushing Donovan, Clerk

**JULIE GREGG**
By:_____
Operations Manager

[cc: Dan Howard, Alice C. Hou, Esq., Steven W. Kasten, Esq., David C. Grossack, Esq., Terri L. Reicher, Esq. and Pamela E. Berman, Esq.]