# Commonwealth of Massachusetts
# SUFFOLK SUPERIOR COURT
# Case Summary
# Civil Docket

## First Eastern Mortgage v Gallagher Jr et al

Details for Docket: SUCV1994-03727

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCV1994-03727 | **Caption:** | First Eastern Mortgage v Gallagher Jr et al |
| **Filing Date:** | 07/12/1994 | **Case Status:** | |
| **Status Date:** | 01/03/1995 | **Session:** | |
| **Lead Case:** | NA | **Case Type:** | |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 05/08/1995 |
| **Service Date:** | 10/10/1994 | **Disposition:** | 09/05/1995 |
| **Rule 15:** | 12/09/1994 | **Rule 12/19/20:** | 12/09/1994 |
| **Final PTC:** | 07/07/1995 | **Rule 56:** | 06/07/1995 |
| **Answer Date:** | 12/09/1994 | **Jury Trial:** | NO |

## Parties Involved

3 Parties Involved in Docket: SUCV1994-03727

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Accubanc Mortgage Corporation | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Gallagher Jr | **First Name:** | William F |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |

http://www.ma-trialcourts.org/tcic/fc/?app_ctx=print_docket      7/20/2004

**Telephone:**

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | First Eastern Mortgage | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

# Attorneys Involved

6 Attorneys Involved for Docket: SUCV1994-03727

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | DAVI01 |
| **Last Name:** | Feldman | **First Name:** | Gary M |
| **Address:** | 1 Boston Place | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02108 | **Zip Ext:** | |
| **Telephone:** | 617-589-3874 | **Tel Ext:** | |
| **Fascimile:** | 617-523-6215 | **Representing:** | |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | NIXO01 |
| **Last Name:** | Sheetz | **First Name:** | Michael N |
| **Address:** | 100 Summer Street | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | |
| **Telephone:** | 617-345-1000 | **Tel Ext:** | |
| **Fascimile:** | 617-345-1300 | **Representing:** | |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | NIXO01 |
| **Last Name:** | Sheetz | **First Name:** | Michael N |
| **Address:** | 100 Summer Street | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | |
| **Telephone:** | 617-345-1000 | **Tel Ext:** | |

| | | | |
|---|---|---|---|
| **Fascimile:** | 617-345-1300 | **Representing:** | Gallagher Jr, William F (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | DAVI01 |
| **Last Name:** | Ashton | **First Name:** | Judith |
| **Address:** | 1 Boston Place | **Address:** | 37th floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02108 | **Zip Ext:** | |
| **Telephone:** | 617-367-2500 | **Tel Ext:** | |
| **Fascimile:** | 617-523-6215 | **Representing:** | |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | GADS01 |
| **Last Name:** | Trotter | **First Name:** | Peter F |
| **Address:** | 225 Franklin Street | **Address:** | 22nd floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 2811 |
| **Telephone:** | 617-345-7000 | **Tel Ext:** | |
| **Fascimile:** | 617-345-7050 | **Representing:** | Gallagher Jr, William F (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | GADS01 |
| **Last Name:** | Trotter | **First Name:** | Peter F |
| **Address:** | 225 Franklin Street | **Address:** | 22nd floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 2811 |
| **Telephone:** | 617-345-7000 | **Tel Ext:** | |
| **Fascimile:** | 617-345-7050 | **Representing:** | |

## Calendar Events

2 Calendar Events for Docket: SUCV1994-03727

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 07/15/1994 | 09:00 | Motion/Hearing: prel inj | F | |
| 2 | 07/20/1994 | 15:00 | Motion/Hearing: prel inj | F | Event held as scheduled |

# Full Docket Entries

26 Docket Entries for Docket: SUCV1994-03727

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 07/12/1994 | 1 | Complaint |
| 07/12/1994 |  | Origin 1, Type D99, Track F. |
| 07/12/1994 | 2 | Civil action cover sheet re: complaint |
| 07/12/1994 |  | Notice ordered issued Re: PI ret'ble Friday, July 15, 1994 in Room |
| 07/12/1994 |  | 227 (Fremont-Smith, J)Summons and order of notice issued |
| 07/12/1994 | 3 | Motion of plaintiff to appoint Blaustein & Witten, as special process |
| 07/12/1994 | 3 | server allowed by the court (Fremont-Smith, J) See P#3 |
| 07/15/1994 | 4 | Stipulation to enlarge time for hearing on preliminary injunction be |
| 07/15/1994 | 4 | continued to 07/20/94 |
| 07/20/1994 | 5 | Summons & order of notice returned re: defts William F Gallagher Jr & |
| 07/20/1994 | 5 | Accubanc Mortgage Corp (last & usual place of abode on 7/12/94) |
| 07/20/1994 | 6 | Summons & order of notice returned re: William F Gallagher, Jr & |
| 07/20/1994 | 6 | Accubanc Mortgage Corp (last & usual place of abode on 7/13/94) |
| 07/20/1994 | 7 | Summons & order of notice returned re: defts William F Gallagher,Jr & |
| 07/20/1994 | 7 | Accubanc Mortgage Corp (In Hand on 7/13/94) |
| 07/21/1994 | 8 | ORDER on plff's motion for a Preliminary Injunction & DENIED (Thayer |
| 07/21/1994 | 8 | Fremont-Smith, Justice) Notice sent 7/22/94 |
| 07/26/1994 | 9 | Motion for reconsideration of order denying plfs motion for a |
| 07/26/1994 | 9 | preliminary injunction & Denied (Fremont-Smith, Justice) Notice sent |
| 07/26/1994 | 9 | 7/26/94 |
| 08/03/1994 | 10 | ANSWER: William F Gallagher Jr (Defendant) |
| 08/03/1994 | 11 | ANSWER: Accubanc Mortgage Corporation (Defendant) |
| 01/03/1995 | 12 | Stipulation of Dismissal (filed 12/14/94) as to plffs. vs. defts. |
| 01/03/1995 | 12 | with prejudice., JUDGMENT entered on Docket pursuant to |
| 01/03/1995 | 12 | Mass.R.Civ.P.. 58(a) as amended and notice sent to parties pursuant |
| 01/03/1995 | 12 | to Mass.R.Civ.P. 77(d). |