# LAW OFFICE OF DAVID GROSSACK, P.C.
Post Office Box 90
Hull, Massachusetts 02045
Tel: 781-261-9990
Fax: 781-261-9996

January 25, 2005

Hon. Robert B. Collings
United States District Court
1 Courthouse Way
Boston, MA 02110

**Re:   Howard vs. Juckett, et al**
**Docket No. 04CV11900NG**

Dear Judge Collings:

This is to confirm that Stuart Juckett and his wife will be in Court on February 24, 2005 to testify in this case.

Thank you,

David C. Grossack

DCG/jls
cc:   Dan Howard
      Pamela E. Berman, Esq.
      Alice C. Hou, Esq.
      Steven W. Kasten, Esq.
      Terri L. Reicher, Esq.