Dan Howard, Pro-Se
PO Box 440250
Somerville, Massachusetts 02143
January 27, 2005

FILED
IN CLERKS OFFICE
2005 JAN 28  P 12:43
U.S. DISTRICT COURT
DISTRICT OF MASS.

The Honorable Robert B. Collings
United States Magistrate
United States Federal Courthouse
1 Courthouse Way
Boston, Massachusetts

Re: Docket No. 04CV11900NG

Your Honor:

This is the letter you requested at the recent Hearing to confirm the next Hearing date of February 24, 2005. You requested the appearance of process server Corey Guskin. Mr. Guskin is employed by PFI Process Forwarding International. Mr. Guskin's supervisor is Mr. Ron Belec. I spoke with Mr. Belec and he has no problem with Mr. Guskin's appearance on that day. There is a substantial fee for his appearance which I am discussing with Mr. Belec.

Please find attached a letter from both Mr. Guskin and Mr. Belec. Also, please find attached copies of Mr. Jucketts's alteration of the U.S. mail in an attempt to evade service.

Regards,
Dan Howard, Pro-Se
The Plaintiff
617-529-8886