2788784




910 Fifth Ave   Seattle WA 98104
(866) 521-2950   fax: (866) 408-1717
www.abcinvestigations.com

# Confidential Investigation Report

| | |
|---|---|
| Dan Howard<br>PO Box 440250<br>Somerville, MA 440250 | **INVESTIGATION NO. 2788784** |

| | |
|---|---|
| Printed: | Jan 20 2005 |
| Billed: | |
| Case Ref: | PFI 3517572 |
| Total: | $ 75.00 |

Contact: /                              Account No. 4390

| | | | |
|---|---|---|---|
| Subject | **Stuart Juckett** | Information Regarding | **Other** |
| Date of Birth | | | |
| SSN | | Where-When Issued | |
| Descriptors | | | |
| Operators License | | State/Status | / |

| | |
|---|---|
| Spouse | |
| Corroboration | |
| Recommendations | |
| Status of Service | **None** |
| Other Information | **See declaration of the Process Server** |

**Ron Belec, Agency Principal, Agency License Number 600-431-481**
*The results of this Investigation are based on criteria and or instructions provided by the client. Should the original information provided to the investigator regarding the Subject be in error, the results of this investigation can also be in error. The information provided in this report is deemed reliable, however, it is not guaranteed to be an exhaustive effort to locate Subject or to locate information regarding Subject. It is a summary of our attempts to locate Subject for purposes of Service of Legal Process, Background Report or Asset Search. The investigator utilizes information provided by the client, obtained from public and private sources and from confidential sources, as approved by the client*



Corey Guskin
1802 Echo Place
Merrick, New York 11566
516-972-7293

January 20, 2005

United States District Court
District of Massachusetts
Case 04 CV 11900 NG

To: United States District Court:

My name is Corey Guskin, and I'm a licensed process server in New York. I've been a process server for more than five years. I personally served Mr. Stuart Juckett on September 25, 2004 at 8:08 P.M. Mr. Juckett lives in the Eastern Long Island area of Amagansett. Mr. Juckett is a white, male, 58 years old SS # 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 and his DOB is March 15, 1946. I originally called Mr. Juckett on the telephone to confirm his address (1-631-267-8763), and he answered the phone and confirmed that I did have his correct address. He voiced some displeasure that I was able to locate him. When I arrived at his home in the evening of September 25, 2004, he began telling me that Dan Howard has been litigating against him for a long time. He even felt that the litigation caused his father to become ill and pass

away. I spoke to him for a few more minutes, and we even talked about the upcoming presidential race.
Both of us conferred to be registered Republicans, but were not happy with the last four years. I confirmed some information about Mr. Juckett; he told me he was 58 years old. I then personally handed the legal documents to Mr. Stuart Juckett and returned to my car. I hope this letter and additional information will be helpful to the court.
Thank you.

Sincerely,

Corey Guskin

Stuart Juckett
15 Alexis Court
Amagansett, N.Y. 11930

7004 1350 0005 6466 3318

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:



**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                     ☐ Agent
                                      ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail    ☐ Express Mail

9264
11930

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to: | D. Is delivery address different from item 1?<br>If YES, enter delivery address below: |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1350 0005 6469 2875 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



Stuart Juckett
15 Alexis Court
Amagansett, N.Y. 11930



7004 1350 0005 6469 2875





9264

11930



U.S. PO
PAID
BOSTON, 0220
OCT. 17
AMOUN
$4
00058