ILLINGS
MAGISTRATE JUDGE

FEB     2005

UNITED STATES DISTRICT COURT

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Dan Howard, Pro-Se, | ) **Case No.: 04cv11900 NG** |
| | ) |
| Plaintiff, | ) **The Honorable Robert B. Collings** |
| | ) |
| vs. | ) |
| | ) **NOTICE OF PLAINTIFF'S APPEAL TO THE** |
| HD Vest Financial Services | ) **UNITED STATES COURT OF APPEALS OF** |
| | ) **DECISION TO CONDUCT PRE-TRIAL HEARING** |
| Stuart K. Juckett | ) **FEBRUARY 24, 2005. PLAINTIFF'S MOTION** |
| | ) **FOR STAY OF PROCEEDINGS IN THIS** |
| National Association of Securities | ) **CASE. PLAINTIFF'S MOTION FOR IMMEDIATE** |
| | ) **DEFAULT AND SUMMARY JUDGMENT AGAINST** |
| Dealers, | ) **DEFENDANT STUART JUCKETT.** |
| | |
| Defendants | |

Plaintiff Dan Howard, Pro-Se, hereby files this Application for a Writ, Extraordinary Writ, and Interlocutory Appeal.

On January 20, 2005, the trial court issued a decision to hold a pre-trial Hearing on February 24, 2005 regarding the apparent default of Defendant Stuart Juckett ("Juckett") to answer the original complaint in this case within the required 20 day time period. Juckett not only failed to answer the complaint within the required time period but also altered the United States Mail to make it appear he was never served. The decision to hold a hearing on this matter is contrary to the facts and law of this case. The decision is blatantly incorrect and significantly changes the position of the parties while this lawsuit is pending. Attached are documents, including a written statement by the licensed process server, Corey Guskin ("Guskin"), that Juckett was properly served. Juckett was served September 25, 2004 at 8:08pm. Mr. Guskin, in his written statement to this honorable court states: "Mr.

[**Summary of pleading**] - 1

1  Juckett is white, male, 58 years old SS# 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 and his DOB is March 15,

2  1946." "Both of us conferred to be registered Republicans, but were not happy

3  with the last four years." "He even felt that the litigation caused his

4  father to become ill and pass away."  Also attached is Juckett's attempt to

5  evade service by altering the United States Mail. Therefore, there is no need

6  for a Pre-Hearing to determine the issue of default. Judicial efficiency is

7  well served by defaulting Juckett. You must follow the law and default

8  defendant Juckett. Further, Juckett's belated attempt to dismiss the original

9  complaint does not meet the burden necessary pursuant to Mass. R. Civ.P.12

10  (b) (1). This standard is well established. Indeed, a trial would be

11  necessary because the defendant Juckett's jurisdictional averments are

12  entitled to no presumptive weight. The court must address the merits of the

13  jurisdictional claim by resolving the factual disputes between the parties.

14  *See Hiles v. Episcopal Diocese of Massachusetts, 437 Mass. 505, 516 (2002)*

15  *quoting Valentin v. Hospital Bella Vista, 254 F.3d 358,363 (1st Ci. 2001).*

16  Plaintiff hereby requests a Stay of Proceedings of this case while this

17  matter is decided. Plaintiff also demands Summary Judgment by Default against

18  Juckett and the immediate entry of said default against Juckett. Plaintiff

19  respectfully requests any transcripts necessary for this appeal. Defendants

20  have rejected all offers of settlement and have made the decision to continue

21  with litigation.

22

23                                    Dated this February 17, 2005

24                                    _____

25                                    PO Box 440250
                                      Somerville, Ma. 02144
                                      Dan Howard, Pro-Se
                                      617-529-8886

[**Summary of pleading**] - 2

I hereby affirm that a true
a correct copy of this
motion has been mailed this
day, February 17, 2005, to
David Grossack, McDonald
Will & Emery, and Adler,
Pollack & Sheehan, and to
the Clerk's Office of the
Moakley Federal Courthouse.

[Summary of pleading] - 3

Corey Guskin
1802 Echo Place
Merrick, New York 11566
516-972-7293

January 20, 2005

United States District Court
District of Massachusetts
Case 04 CV 11900 NG

To: United States District Court:

My name is Corey Guskin, and I'm a licensed process
server in New York. I've been a process server for more
than five years. I personally served Mr. Stuart Juckett on
September 25, 2004 at 8:08 P.M. Mr. Juckett lives in the
Eastern Long Island area of Amagansett. Mr. Juckett is a
white, male, 58 years old SS # 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 and his DOB is
March 15, 1946. I originally called Mr. Juckett on the
telephone to confirm his address (1-631-267-8763), and he
answered the phone and confirmed that I did have his
correct address. He voiced some displeasure that I was able
to locate him. When I arrived at his home in the evening of
September 25, 2004, he began telling me that Dan Howard
has been litigating against him for a long time. He even felt
that the litigation caused his father to become ill and pass

away. I spoke to him for a few more minutes, and we even
talked about the upcoming presidential race.
Both of us conferred to be registered Republicans, but were
not happy with the last four years. I confirmed some
information about Mr. Juckett; he told me he was 58 years
old. I then personally handed the legal documents to Mr.
Stuart Juckett and returned to my car. I hope this letter and
additional information will be helpful to the court.
Thank you.

Sincerely,

Corey Guskin

.788784





910 Fifth Ave  Seattle WA 98104
(866) 591-0950   fax: (866) 408-1717
www.aooinvestigations.com

# Confidential Investigation Report

| Dan Howard<br>PO Box 440250<br>Somerville, MA 440250 |
|---|

## INVESTIGATION NO. 2788784

| Printed: | Jan 20 2005 |
|---|---|
| Billed: | |
| Case Ref: | PF 0517572 |
| Total: | $ 75.00 |

Contact: /                           Account No 4391

| | | | |
|---|---|---|---|
| Subject | **Stuart Juckett** | Information Regarding **Other** | |
| Date of Birth | | | |
| SSN | | Where-When Issued | |
| Descriptors | | | |
| Operators License | | State Status | |
| | | | |
| | | | |
| Spouse | | | |
| Corroboration | | | |
| Recommendations | | | |
| Status of Service | **None** | | |
| Other Information | **See declaration of the Process Server** | | |

### Ron Belec, Agency Principal, Agency License Number 600-431-481

*The results of this Investigation are based on criteria and or instructions provided by the client. Should the original information provided to the investigator regarding the Subject be in error, the results of this investigation can also be in error. The information provided in this report is deemed reliable, however, it is not guaranteed to be an exhaustive effort to locate Subject or to locate information regarding Subject. It is a summary of our attempts to locate Subject for purposes of Service of Legal Process, Background Report or Asset Search. The investigator utilizes information provided by the client, obtained from public and private sources and from privileged sources approved by the client.*




| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
| --- | --- |
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) C. Date of Delivery |
| 1. Article Addressed to: | D. Is delivery address different from item [redacted]<br>If YES, enter delivery address below [redacted] |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*) ☐ Yes |

2. Article Number (*Transfer from service label*) 7004 1350 0005 6467 2575

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

[redacted]

U.S. PO PAID BOSTON, 0220 OCT 17, AMOUN $4. 00058

11930

9764

UNITED STATES POSTAL SERVICE

10.20
10.25
11.4

U.S. PO
PAID
BOSTON, MA
OCT 0220
AMOUN

$4.
0 0058



11930



9264

18.20
10.25
11-4



2. Article Number
(Transfer from service label)

7004 1350 0005 8445 2678

4. Restricted Delivery? (Extra Fee)     ☐ Yes

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

1. Article Addressed to:

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?
If YES, enter delivery address below: