UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04 CV 11900NG

|  |  |
|---|---|
| DAN HOWARD,<br>        Plaintiff<br><br>vs.<br><br>HD VEST FINANCIAL SERVICES,<br>STUART K. JUCKETT,<br>NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS,<br>        Defendants | **STUART K. JUCKETT'S OPPOSITION TO MOTION FOR IMMEDIATE DEFAULT AND SUMMARY JUDGMENT** |

Now comes defendant Stuart K. Juckett and states his opposition to the "Motion for Immediate Default and Summary Judgment" requested by the plaintiff Dan Howard.

Defendant incorporates by reference the Motion to Dismiss and Affidavit of Stuart K. Juckett originally filed with this Court in opposition to the plaintiff's Motion for Default.

Plaintiff appears aggrieved by the necessity of bringing his witnesses to a hearing which he has had notice of same for several months.

Plaintiff's request for a stay has no basis in law or fact, he has not shown how he would be prejudiced by a hearing, nor has he shown any reason why the Court should not be allowed to hear evidence concerning the alleged "service of process" claimed by Mr. Corey Guskin, and challenged by the defendant.

Plaintiff's pleading is one of series of documents filed with this Court seeking relief on the basis of mispled causes of action, intermingled civil and criminal law and unsubstantiated allegations.

For example, the plaintiff now demands summary judgment without any statement of facts not in dispute, without a ruling on the motion to dimiss or the default issue.

1

Being pro-se, the plaintiff Dan Howard has taken a series of "cheap shots" knowing that his frivolous motions and appeals have no consequences but to cause the defendants expense and time.

At some point this Court should undertake the measures necessary under Rule 11 or such other authority as is appropriate to impress upon the plaintiff that his pleadings being out of order in relation to the Federal Rules of Civil Procedure, have consequences not just to the defendants, but to the plaintiff when they are not substantially grounded in law or fact.

For these reasons, plaintiff's motion should be denied and sanctions considered.

Respectfully submitted,

_____
David C. Grossack, Esquire
1320 Centre Street, Suite 103
Newton, Massachusetts 02459
BBO # 212890
Telephone: (617) 965-9300

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04 CV 11900NG

DAN HOWARD,
        Plaintiff

vs.

HD VEST FINANCIAL SERVICES,
STUART K. JUCKETT,
NATIONAL ASSOCIATION OF
SECURITIES DEALERS,
        Defendants

## CERTIFICATE OF SERVICE

I, David C. Grossack, hereby certify that on February 23, 2005 mailed via first class postage prepaid the foregoing **Stuart K. Juckett's Opposition to Motion for Immediate Default and Summary Judgment** upon: Pamela Berman, Esq., Adler Pollock & Sheehan, 175 Federal Street, Boston, MA  02110-2890, Steven Kasten, Esq., McDermott Will & Henry, 28 State Street, Boston, MA  02109-1775 and Dan Howard, P.O. Box 440250, Somerville, MA  02144.

David C. Grossack, Esquire
1320 Centre Street, Suite 103
Newton, Massachusetts 02459
BBO # 212890
Telephone: (617) 965-9300