UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO. 04 CV 11900 NG 38

DAN HOWARD,
    Plaintiff

vs.

STUART JUCKETT, ET AL,
    Defendants

**CERTIFICATION PURSUANT
TO LOCAL RULE 7.1(a)2**

I hereby certify that prior to filing this motion, I attempted to confer about the motion with the plaintiff by calling him. When I finally was able to speak with him on the phone, he declined to discuss the motion and insisted that my client settle the case or he "would contact the media."

Signed under oath this 4th day of March 2005,

_____
David C. Grossack, Esquire
Counsel for the Defendant, Stuart Juckett