**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Dan Howard, Pro-Se, | ) **Case No.: 04cv11900 NG** |
| Plaintiff, | ) **The Honorable NANCY GERTNER** |
| vs. | ) |
| HD Vest Financial Services | ) **Plaintiff's Motion to Sanction** |
| | ) **Defendant's Attorney Steve Kasten.** |
| Stuart K. Juckett | ) **Fraud on the Court** |
| National Association of Securities Dealers, | ) |
| Defendants | |

Plaintiff hereby files this Motion requesting this honorable court to sanction HD Vest Attorney Steve Kasten ("Kasten"). Kasten withdrew from this case in October, 2004 but hid this fact from the Court. Kasten has not filed his required withdrawal papers. Kasten, and his Federal Street law firm, has been very clever in this matter. Plaintiff is Pro-Se. Plaintiff is from Somerville, Massachusetts. Kasten's scheme is, and was, to run up Plaintiff's time and legal costs. Defendant's have three law firms and six lawyers. They have denigrated Plaintiff's Background and Hispanic background. Further, Kasten has been allowed to file electronically and could have withdrawn at the touch of the computer. Instead, he continued the fraud until this very day.

Plaintiff's rights to due process have been irrevocably damaged by Kasten's fraud. Plaintiff requests a $20,000 sanction against Kasten. Plaintiff requests this honorable court, as further sanction, to dismiss his Motions on Howard v. HD Vest, Stuart Juckett, National Association of Securities Dealers. - 1

## CONCLUSION

For the foregoing reasons, HD VEST respectfully requests that the Court grant its Motion to Dismiss.

Dated: September 27, 2004

Respectfully submitted,

/s/ Steve W. Kasten

Steven W. Kasten, Esq. (BBO #318840)
MCDERMOTT, WILL & EMERY
28 State Street
Boston, MA 02109-1775
Telephone: 617-535-4000
Facsimile: 617-535-3800

Kevin T. Abikoff
Alice C. Hou, Esq. (BBO #654281)
HUGHES, HUBBARD & REED, LLP
1775 I Street, NW
Washington, DC 20006
Telephone: 202-721-4600
Facsimile: 202-721-4646

Attorneys for Defendant HD Vest Financial Services, Inc.