**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Dan Howard, Pro-Se, | ) Case No.: 04cv11900 NG |
| Plaintiff, | ) **The Honorable NANCY GERTNER** |
| vs. | ) |
| HD Vest Financial Services | ) **Plaintiff's Motion to Initiate Early Discovery.** |
| Stuart K. Juckett | ) |
| National Association of Securities Dealers, | |
| Defendants | |

Plaintiff hereby files this Motion requesting this honorable court to grant Plaintiff, Pro-Se, early discovery. Defendants have employed three law firms and six lawyers to answer Plaintiff's claims. Defendant's have also introduced to this court claims regarding plaintiff's character. Plaintiff is Hispanic and Pro-Se. Plaintiff will continue to present the facts, but there is no need for defendant's to denigrate the Hispanic community before this court. The attorneys of State and Federal Street in Boston need not represent themselves as the preferred ethnic group before this honorable court. Let them argue the facts of the case.

Plaintiff respectfully requests any and all e-mails, and phone records, between Plaintiff and defendant HD Vest, Defendant HD Vest and Defendant Stuart Juckett. Plaintiff requests these documents by March 24, 2005. This will help judicial efficiency in establishing that HD Vest hired Plaintiff and then claims terminating him after being threatened by defendant Juckett.

Howard v. HD Vest, Stuart Juckett, National Association of Securities Dealers. - 1

1  Perhaps this will aid Judicial efficiency but enabling a settlement of this
2  matter. Defendant Juckett's attorney, David Grossack, agreed to settle, and
3  then changed his mind on January 20, 2005.

Dated this March 7, 2005

PO Box 440250
Somerville, Ma. 02144
Dan Howard, Pro-Se
617-529-8886

I hereby affirm that a true
a correct copy of this
motion has been mailed this
day, March 8, 2005, to
David Grossack, McDonald
Will & Emery, and Adler,
Pollack & Sheehan, and to
the Clerk's Office of the
Moakley Federal Courthouse.

Howard v. HD Vest, Stuart Juckett, National Association of Securities Dealers. - 2