**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Dan Howard, Pro-Se, | ) **Case No.: 04cv11900 NG** |
| Plaintiff, | ) **The Honorable NANCY GERTNER** |
| vs. | ) |
| HD Vest Financial Services | ) **Plaintiff's Motion for Mental Examination of Defendant Stuart Juckett** |
| Stuart K. Juckett | ) |
| National Association of Securities Dealers, | ) |
| Defendants | |

Plaintiff hereby files this Motion asking for the Mental Examination of Defendant Stuart Juckett ("Juckett"). On or about March 3, 2005, Juckett threatened Mr. Ron Bellick, the chief investigator of PFI Services. PFI (Process Forwarding International) is the official process server of the United States Department of Justice. Mr. Bellick was threatened for serving Mr. Juckett. Further, the licensed process server in this case, Corey Guskin, has filed an affidavit with this court. The affidavit is dated January 20, 2005. Mr. Guskin is an employee of Mr. Bellick. The affidavit states that Juckett blames Plaintiff Howard for the death of his father. Juckett has accused Plaintiff of Murdering his father. Juckett has stipulated that this is his motive for stalking Plaintiff's family, employers, friends, and plaintiff himself. Defendant's attorney has stipulated to the fact that Juckett contacted Plaintiff's employers to accuse Plaintiff of murder.

Howard v. HD Vest, Stuart Juckett, National Association of Securities Dealers. - 1

1  Judicial efficiency is served by determining Juckett's motivation for
2  continuing threats against Plaintiff and his associates. Therefore, a mental
3  examination is merited to determine Juckett's ability to stand trial.

Dated this March 7, 2005

*[signature: Dan Howard]*

PO Box 440250
Somerville, Ma. 02144
Dan Howard, Pro-Se
617-529-8886

I hereby affirm that a true a correct copy of this motion has been mailed this day, March 8, 2005, to David Grossack, McDonald Will & Emery, and Adler, Pollack & Sheehan, and to the Clerk's Office of the Moakley Federal Courthouse.

Howard v. HD Vest, Stuart Juckett, National Association of Securities Dealers. - 2