UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dan Howard, Pro-Se, | ) Case No.: 04cv11900 NG |
| Plaintiff, | ) The Honorable NANCY GERTNER |
| vs. | ) |
| HD Vest Financial Services | ) Plaintiff's Motion to Sever Defendant National Association of Securities Dealers. |
| Stuart K. Juckett | ) |
| National Association of Securities Dealers, | ) |
| Defendants | |

Plaintiff Dan Howard hereby files this motion to sever the proceedings and upcoming trial of defendant National Association of Securities Dealers ("NASD"). Defendant NASD has stipulated to the fact that they are a common website operator. Defendant NASD has stipulated to the fact that they identified defendant Stuart Juckett ("Juckett") as a known stalker and were negligent in allowing him to track Plaintiff Howard through their website. Juckett continues, to this day, to threaten Plaintiff and his employers and associates. NASD stipulated to the fact that they a file sharing service. They have stipulated to the fact that Plaintiff Howard never authorized NASD to share his file. Further, they have asserted that Plaintiff was never a member of the NASD file sharing service. Further, NASD stipulates that NASD employee James Nestor, in a signed NASD investigation, identified Juckett as a stalker. NASD further stipulates that they possessed a report of the Boston Howard v. HD Vest, Stuart Juckett, National Association of Securities Dealers. - 1

1. Police Department regarding Juckett's continued harassment, threats, and
2. stalking. Further, NASD stipulates to the fact that they authorized fellow
3. defendant HD Vest to issue a "registered representative" number to plaintiff
4. in July, 2004. Thereby, extending Howard's securities license through July,
5. 2006. Therefore, it serves judicial efficiency to simply present their
6. stipulations and for the court to render a speedy judgment.

Dated this March 7, 2005

PO Box 440250
Somerville, Ma. 02144
Dan Howard, Pro-Se
617-529-8886

I hereby affirm that a true a correct copy of this motion has been mailed this day, March 8, 2005, to David Grossack, McDonald Will & Emery, and Adler, Pollack & Sheehan, and to the Clerk's Office of the Moakley Federal Courthouse.

Howard v. HD Vest, Stuart Juckett, National Association of Securities Dealers. - 2