UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dan Howard, Pro-Se, | ) Case No.: 04cv11900 NG |
| Plaintiff, | ) The Honorable NANCY GUERTNER |
| vs. | ) |
| HD Vest Financial Services | ) Plaintiff's Motion to Sever Case of HD Vest. |
| Stuart K. Juckett | ) |
| National Association of Securities Dealers, | ) |
| Defendants | |

Plaintiff Dan Howard hereby files this motion to sever the proceedings and upcoming trial of defendant HD Vest. HD Vest has already stipulated to the facts that they hired plaintiff, transferred his securities license, and issued him the required "registered representative" number to commence his securities business. Therefore, it serve judicial efficiency to simply present their stipulations and for the court to render a speedy judgment.

Dated this March 7, 2005

/s/ Dan Howard
PO Box 440250
Somerville, Ma. 02144
Dan Howard, Pro-Se
617-529-8886

I hereby affirm that a true a correct copy of this motion has been mailed this day, March 8, 2005, to

Howard v. HD Vest, Stuart Juckett, National Association of Securities Dealers. - 1

1
2   David Grossack, McDonald
    Will & Emery, and Adler,
3   Pollack & Sheehan, and to
    the Clerk's Office of the
    Moakley Federal Courthouse.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Howard v. HD Vest, Stuart Juckett, National Association of Securities Dealers. - 2