**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Dan Howard, Pro-Se, | ) Case No.: 04cv11900 NG |
| Plaintiff, | ) The Honorable NANCY GUERTNER |
| vs. | ) |
| HD Vest Financial Services | ) NOTICE OF PLAINTIFF'S APPEAL TO THE UNITED STATES COURT OF APPEALS OF DECISION TO DISMISS CASE AGAINST |
| Stuart K. Juckett | ) STUART JUCKETT AND IMPOSE SANCTIONS ON PLAINTIFF |
| National Association of Securities Dealers, | |
| Defendants | |

Plaintiff Dan Howard, Pro-Se, hereby files this Application for a Writ, Extraordinary Writ, and Interlocutory Appeal.

The decision in this matter is blatantly incorrect and it significantly alters the lawsuit and changes the position of the parties while the lawsuit is pending. The decision is contrary to the facts and the law in this matter. Further, the lawsuit ended when the defendant Juckett defaulted and altered the U.S. mail to evade service of the original lawsuit. Juckett failed to answer the original complaint. Further, the Magistrate held a Hearing on this matter despite the fact that the case was on appeal. There is no need for an evidentiary hearing on whether Juckett was properly served. The lawsuit against Juckett ended when he failed to answer the original complaint.

Dated this March 7, 2005

Howard v. HD Vest, Stuart Juckett, National Association of Securities Dealers. - 1

PO Box 440250
Somerville, Ma. 02144
Dan Howard, Pro-Se
617-529-8886

I hereby affirm that a true a correct copy of this motion has been mailed this day, March 8, 2005, to David Grossack, McDonald Will & Emery, and Adler, Pollack & Sheehan, and to the Clerk's Office of the Moakley Federal Courthouse.

Howard v. HD Vest, Stuart Juckett, National Association of Securities Dealers. - 2