IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN HOWARD, PRO-SE, </br></br> Plaintiff, </br></br> v. </br></br> HD VEST FINANCIAL SERVICES, </br>STUART K. JUCKETT, </br>NATIONAL ASSOCIATION OF </br>SECURITIES DEALERS, </br></br> Defendants. | Docket No. 04CV11900NG |

## MEMORANDUM OF DEFENDANT NASD, INC. IN OPPOSITION TO PLAINTIFF'S MOTION TO SEVER

Defendant National Association of Securities Dealers, Inc. ("NASD") hereby submits this Memorandum in Opposition to Plaintiff's Motion to Sever the Proceedings and Trial of its claims against NASD from others that Plaintiff asserts in this action. The Plaintiff's Motion to Sever is based upon an erroneous premise, is untimely, and is not supported by the facts nor the Federal Rules of Civil Procedure.

Plaintiff argues that the court should sever his claims against NASD because "NASD has stipulated to the fact that they identified defendant Stuart Juckett ("Juckett") as a known stalker and were negligent in allowing him to track Plaintiff Howard through their [NASD's] website." Plaintiff also alleges other related stipulations by NASD. Contrary to Plaintiff's unsupported suggestions, NASD has never stipulated to any of the facts Plaintiff alleges. Since Plaintiff's Motion to Sever is based upon alleged stipulations of NASD that did not occur and are not found anywhere in the record, the Motion to Sever must be denied.

1

On October 4, 2004, NASD filed and served a Motion to Dismiss the Complaint for failing to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(h)(3). That Motion is pending has not yet been decided by the Court. If granted, all of the Plaintiff's claims against NASD would be dismissed. There would be no need to sever the proceedings or trial of those claims as they would no longer be a part of this action. Plaintiff's Motion to Sever is therefore untimely.

Fed. R. Civ. P. 42(b) provides in part: "The court, in furtherance of convenience or to avoid prejudice, or when separate trials will be conducive to expedition and economy, may order a separate trial of any claim, cross-claim, counterclaim, or third-party claims or issues, . . . ." The Plaintiff seeks severance of the very claims he asserted against NASD in his Complaint with claims he alleged against the other defendants. The severance of Plaintiff's claims against NASD, which should be dismissed for failing to state a viable claim, and if not, will be vigorously contested, will not serve judicial economy nor will it lead to the expeditious resolution of those claims. The Plaintiff's claims first must withstand the scrutiny of NASD's Motion to Dismiss. In the unlikely event that they survive, those claims as well as the claims Plaintiff has made against the other defendants will be vigorously contested.

### Conclusion

The Plaintiff has no basis upon which to sever his claims against NASD from others in this case. His premise is flawed since NASD has never stipulated to the facts alleged. Plaintiff's Motion to Sever is untimely. The Court must first decide whether any of Plaintiff's claims against NASD can survive a Motion to Dismiss. NASD believes that they will not. Finally, there is no judicial efficiency that will be served by the

severance of such claims. Wherefore, Defendant National Association of Securities Dealers, Inc. respectfully requests the Court to deny Plaintiff's Motion to Sever his claims against it.

                    Respectfully submitted,

                    The Defendant,

                    NATIONAL ASSOCIATION OF
                    SECURITIES DEALERS, INC.

                    /s/ Pamela E. Berman
                    Pamela E. Berman (BBO# 551806)
                    Adler Pollock & Sheehan PC
                    175 Federal Street, 12th Floor
                    Boston, MA 02110
                    (617) 603-0552 (Telephone)
                    (617) 482-0604 (Telecopier)
                    PBerman@apslaw.com (E-mail)

                    Terri L. Reicher
                    Office of General Counsel
                    National Association of Securities
                    Dealers, Inc.
                    1735 K Street, N.W.
                    Washington DC 20006
                    202-728-8967 (Telephone)
                    202-728-8894 (Telecopier)
                    Terri.Reicher@NASD.com

Date: March 14, 2005

*327038_1*