UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO. 04 CV 11900 NG

|  |  |
|---|---|
| DAN HOWARD )<br>Plaintiff )<br>)<br>vs. )<br>)<br>STUART JUCKETT, ET AL )<br>Defendants )<br>) | ...CE OF<br>)RERT B. COLLINGS<br>... MAGISTRATE JUDGE<br><br>MAR 10 2005<br><br>UITED STATES DISTRICT COUR<br>BOSTON MASSACHUSETTS |

### AFFIDAVIT OF STUART JUCKETT

1. I, Stuart K. Juckett, being duly sworn and on oath, hereby do attest to the following, as to the costs expended in attending the hearing of February 24, 2005.

2. My name is Stuart K. Juckett. I reside at 15 Alexis Court in Amagansett, New York.

3. I am a defendant in the above captioned proceeding.

4. I traveled to Boston from New York, arriving on February 23, 2005 with my wife and niece, who was in our care at the time.

5. We required two rooms for two nights at the Fairmont Copley Plaza. We were required to stay a second night due to the weather.

6. The expenses are as follows:

    Driving:
    452 miles at $.50 per mile = $226.00

Taxi cabs (4) = $47.00

Hotel:
Fairmont Copley Plaza (2/23-2/25) = $1148.39
Bellman and parking tips = $30.00

Ferries (2/25):
New London to Orient = $56.30
Greenport to Shelter Island = $9.00
Shelter Island to Sag Harbor = $10.00

Meals:
McDonalds for Lunch (2/25) = $16.65

Total = $1594.34

Signed this 4th day of March, 2005
Under pains and penalties of perjury,

*[signature]*
Stuart Juckett

SJ005
DCG:ls

## CERTIFICATE OF SERVICE

    I hereby certify that on March 9th, 2005 I mailed a copy of the within Affidavit of Stuart Juckett to all interested parties.

                                                               David C. Grossack

SJ005
DCG:ls