# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN HOWARD, Pro-Se<br><br>                    Plaintiff,<br><br>v.<br><br>HD VEST FINANCIAL SERVICES,<br>STUART K. JUCKETT<br>NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS,<br><br>                    Defendant. | CIVIL ACTION<br>NO. 04-11900-NG<br><br>Hon. Robert B. Collings |

## HD VEST FINANCIAL SERVICES' OPPOSITION TO PLAINTIFF'S MOTION TO SANCTION DEFENDANT'S ATTORNEY

Defendant HD VEST Financial Services ("HD VEST") respectfully submits this opposition to Plaintiff's Motion for Sanctions against attorney Steve Kasten, which was served electronically on HD VEST on March 14, 2005.

Mr. Kasten has not withdrawn from the above-captioned case, nor is he obligated to withdraw from this case as Plaintiff's Motion suggests. In fact, in accordance with Local Rule 83.5.2, Mr. Kasten has not withdrawn from the case because the Motion to Dismiss he filed on September 27, 2004 is pending before this Court.

Plaintiff has no basis to file a motion for sanctions against Mr. Kasten, nor can he use his motion for sanctions as a basis for asking this Court to deny HD VEST's Motion to Dismiss.

For the foregoing reasons, Plaintiff's motion for sanctions against Mr. Kasten should be denied.

Dated: March 22, 2005

Respectfully submitted,

/s/ Alice C. Hou
_____
Alice C. Hou, Esq. (BBO #654281)
HUGHES HUBBARD & REED LLP
1775 I Street, NW
Washington, DC 20006
Telephone: 202-721-4600
Facsimile: 202-721-4646

Steven W. Kasten, Esq. (BBO # 318840)
MCDERMOTT WILL & EMERY
28 State Street
Boston, MA 02109-1775
Telephone: 617-535-4000
Facsimile: 617-535-3800

Attorneys for Defendant HD Vest Financial Services

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 22, 2005, I served a true and correct copy of the foregoing Opposition to Plaintiff's Motion for Sanctions on counsel of record via electronic filing and on the following parties (not registered for e-filing) via U.S. Postal Service First-Class Mail:

    Mr. Dan Howard
    P.O. Box 440250
    Somerville, MA  02144

    Mr. David C. Grossack, Esq.
    P.O. Box 90
    Hull, MA  02045

                                       Alice C. Hou