# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

---

USCA Docket Number:

USDC Docket Number : 04-cv-11900

Dan Howard

v.

HD Vest Financial Services, et al

---

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) NOA #69 are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/9/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 6, 2005.

Sarah A. Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4-7-05.

*[signature: Susan Pedro]*
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 05-1508

[cv: apprec.] [cr: kapprec.]