UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dan Howard, Pro-Se, | ) Case No.: 04cv11900 NG |
|  | ) |
| Plaintiff, | ) The Honorable NANCY GERTNER |
|  | ) |
| vs. | ) |
|  | ) Plaintiff Dan Howard's Notice of |
| HD Vest Financial Services | ) Application and Appeal to the United |
|  | ) States Supreme Court for Temporary |
| Stuart K. Juckett | ) Writ Asserting Jurisdiction. |
|  | ) |
| National Association of Securities Dealers, | |
|  | |
| Defendants | |

Plaintiff Dan Howard, Pro-Se, respectfully notices this honorable Court of his application and appeal to the United States Supreme Court for Temporary Writ asserting Jurisdiction in the instant case 04cv11900 NG. Notice is also provided of a Writ of Certiorari to the Unites States Supreme Court. The Constitutional question presented concerns the Public's Right to Privacy, File Sharing with a known stalker, and, also, whether the denial of electronic filing violates plaintiff's and public's constitutional right to due process and equal access to the Courts. Plaintiff has been denied the ability to file electronically. "Separate but Equal" filing systems are inherently unequal. Plaintiff requests a Stay in Proceedings pending the outcome of this appeal to the United States Supreme Court.

Dated this May 18, 2005

[signature: Dan Howard]

PO Box 440250

Howard v. HD Vest, Stuart Juckett, National Association of Securities Dealers. - 1

```
 1                                      Somerville, Ma. 02144
                                        Dan Howard, Pro-Se
 2                                      617-529-8886

 3                                      I hereby affirm that a true
                                        a correct copy of this
 4                                      motion has been mailed this
                                        day, May 18, 2005, to David
 5                                      Grossack, McDonald Will &
                                        Emery, and Adler, Pollack &
 6                                      Sheehan.

 7

 8

 9  Via Certified Letter to:

10  Attorney David Grossack
    PO Box 90
11  Hull, Ma. 02045

12  McDermott Will and Emery
    28 State Street
13  Boston, Ma. 02109-1775

14  Adler, Pollock, and Sheehan
    175 Federal Street
15  Boston, Ma. 02110-2890

16

17

18

19

20

21

22

23

24

25

    Howard v. HD Vest, Stuart Juckett, National Association of Securities

    Dealers. - 2
```