MANDATE

04-11900
USDC/MA
Judge Collings

# United States Court of Appeals
## For the First Circuit

No. 05-1316

DAN HOWARD,

Plaintiff, Appellant,

v.

STUART K. JUCKETT,

Defendant, Appellee,

HD VEST FINANCIAL SERVICES,

NATIONAL ASSOCIATION OF SECURITIES DEALERS,

Defendants.

Before

Boudin, Chief Judge,
Lynch and Lipez, Circuit Judges.

JUDGMENT

Entered: May 20, 2005

Dan Howard filed a notice of appeal from an order granting his motion for continuance of a hearing on his motion for a default to be entered against defendant Stuart K. Juckett. In an order dated 3/25/05, this court directed appellant to show cause why his appeal from a non-final order should not be dismissed for lack of jurisdiction. In his response, appellant argues that this court should exercise mandamus jurisdiction pursuant to 28 U.S.C. § 1651.

"Under the All Writs Act, 28 U.S.C. § 1651, '[a] federal court of appeals has the power to treat an attempted appeal from an unappealable . . . order as a petition for a writ of mandamus.'" In re Providence Journal Co., Inc., 293 F.3d 1, 8 (1st Cir. 2002).

However, "mandamus relief is a 'drastic remedy,' to be used sparingly and only in unusual circumstances." In re Justices of Superior Court Dept. of Massachusetts, 218 F.3d 11, 15 (1st Cir. 2000). This is not an appropriate case for invoking mandamus jurisdiction. To the extent that appellant has concerns about notice of the withdrawal of counsel in his district court proceedings, the district court is the proper place to raise them.

1   This appeal is dismissed for lack of jurisdiction.

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*Susan Padua*
Deputy Clerk

Date: 6-10-05

By: _____
MARGARET CARTER
Chief Deputy Clerk.

[cc: Dan Howard, Alice C. Hou, Esq., Steven W. Kasten, Esq., David C. Grossack, Esq., Terri L. Reicher, Esq., Pamela E. Berman, Esq.]