UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

DAN HOWARD, Pro-Se

      Plaintiff,

  v.

HD VEST FINANCIAL SERVICES,
STUART K. JUCKETT,
NATIONAL ASSOCIATION OF
SECURITIES DEALERS,

      Defendants.

CIVIL ACTION
NO. 04-11900-NG

Hon. Nancy Gertner

---

## MOTION FOR ADMISSION *PRO HAC VICE*

  Pursuant to Local Rule 83.5.3(b), the undersigned, a member of the Bar of this Court, respectfully moves for the admission to the Bar of this Court, *pro hac vice,* of Joel E. Greer, an attorney with Hughes Hubbard & Reed LLP, 1775 I Street, NW, Washington, DC 20006, for the purpose of representing the defendant HD VEST Financial Services, Inc., in the above-captioned proceeding. In support of this motion, and filed herewith, is an affidavit executed by Attorney Greer certifying that (1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar of any jurisdiction; and (3) he is familiar with the Local Rules of this Court.

  WHEREFORE, the undersigned respectfully requests that the Court grant Joel E. Greer admission to the Bar of this Court to represent HD VEST in this action.

              _____
              HD VEST FINANCIAL SERVICES, INC.

By its attorney,

/s/ Alice C. Hou

Alice C. Hou, Esq. (BBO #654281)
HUGHES HUBBARD & REED LLP
1775 I Street, NW
Washington, DC 20006
Telephone: 202-721-4600
Facsimile: 202-721-4646
hou@hugheshubbard.com