UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAN HOWARD, Pro-Se

          Plaintiff,

       v.

HD VEST FINANCIAL SERVICES,
STUART K. JUCKETT,
NATIONAL ASSOCIATION OF
SECURITIES DEALERS,

          Defendants.

CIVIL ACTION
NO. 04-11900-NG

Hon. Nancy Gertner

## AFFIDAVIT IN SUPPORT OF MOTION
## TO ADMIT ATTORNEY *PRO HAC VICE*

I, Joel E. Greer, being duly sworn, depose and say as follows:

(1)    I am over the age of eighteen and believe in the obligations of an oath.

(2)    I am submitting this Affidavit in support of the accompanying Motion to Admit Attorney *Pro Hac Vice*.

(3)    I am an attorney with the law firm of Hughes Hubbard & Reed LLP, 1775 I Street, NW, Washington, DC 20006.

(4)    I am a member in good standing of the Bars of the Commonwealth of Massachusetts and the District of Columbia.

(5)    I am a member in good standing of all bars to which I have been admitted and have had no disciplinary or grievance proceedings filed against me.

(6)  I have submitted my application to practice before this Court, and I seek admission *pro hac vice* while that application is pending.

(7)  I have never been denied admission or disciplined by this Court or any other court.

(8)  I have fully reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfull~r submitted,

_____
Joel E. Greer

Subscribed and sworn to me this

<u>16</u> day of June, 2005.

(otary Public

**My Commission Expires June 14.2009**