## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

DAN HOWARD, Pro-Se

                    Plaintiff,

     v.                           CIVIL ACTION
                                      NO. 04-11900-NG

HD VEST FINANCIAL SERVICES,      Hon. Nancy Gertner
STUART K. JUCKETT,
NATIONAL ASSOCIATION OF
SECURITIES DEALERS,

                    Defendants.

## **ORDER**

Upon careful consideration of a petition for the *pro hac vice* admission of Joel E. Greer to appear as Counsel for Defendant HD VEST Financial Services, Inc., and the petitioner having submitted an appropriate certification of her admission and good standing in the Bars of Massachusetts and the District of Columbia, and his familiarity with the Local Rules of this court, and for good cause shown, it is hereby

ORDERED that the petition for the *pro hac vice* admission of Joel E. Greer to appear as Counsel for Defendant HD VEST Financial Services, Inc. is GRANTED.

SIGNED this _____ day of July, 2005.

                                                                      _____
                                                                      HON. NANCY GERTNER
                                                                      United States District Judge
                                                                      District of Massachusetts