**MANDATE**

04-11900
USDC/MA
Judge Collings

# United States Court of Appeals
## For the First Circuit

No. 05-1508

DAN HOWARD,

Plaintiff, Appellant,

v.

STUART K. JUCKETT,

Defendant, Appellee.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered: June 13, 2005

Dan Howard filed a notice of appeal from an oral order by the magistrate judge indicating that a Report and Recommendation would issue recommending the dismissal of Howard's claims against defendant Stuart Juckett. Since the notice of appeal was filed, the district court has issued such a Report and Recommendation. However, a final judgment has not yet issued as to the claims against any of the defendants. Absent compliance with Fed. R. Civ. P. 54(b), plaintiff must wait until all claims against all parties have been finally adjudicated before appealing.

This appeal is <u>dismissed for lack of jurisdiction</u>.

By the Court:

Richard Cushing Donovan, Clerk.

and Issued as Mandate
Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7-5-05

By: _____
MARGARET CARTER
Chief Deputy Clerk.

[cc: Dan Howard, Alice C. Hou, Esq., Steven W. Kasten, Esq., David C. Grossack, Esq., Terri L. Reicher, Esq. and Pamela E. Berman, Esq.]