A 1

UNITED STATES COURT FOR THE DISTRICT OF MASSACHUSETTS

Dan Howard, Pro-Se,                          ) **Case No.: 1:04-cv-11900**
                                             )
                Plaintiff                    )
                                             )
                                             )
                                             ) **Plaintiff Pro-Se Dan Howard's answer**
        vs.                                  ) **to the Report Recommendations of**
                                             ) **Magistrate Robert B. Collings.**
Stuart Juckett                               )
                                             ) **Honorable Nancy Guertner.**
HD Vest Financial Services,

National Association of Securities

Dealers,

                Defendants

_____


1. Justice Collings states that Plaintiff failed to appear "with no notice

   to the Court". This is contradicted by the facts. Magistrate Collings

   held a hearing on a case that was on appeal and the court was so

   noticed by docketing said notice before the Hearing on February 24,

   2005.

2. The case against Juckett ended months before the "Hearing" when Juckett

   defaulted and failed to answer the original lawsuit in a timely manner.

3. Magistrate Collings obviously overlooked that fact in order to purge

   his courtroom of a pro-se litigant Dan Howard.


[**Summary of pleading**] - 1

4. Magistrate Collings effort to hold an evidentiary hearing on whether or
   not Juckett was served is, at best, bizarre. At worst, it is a
   transparent effort to deny due process to Pro-Se litigant Howard.

5. Magistrate Collings knew the cost to plaintiff Howard would be $1,000
   per day to bring forth the process server.

6. In point of fact, Magistrate Collings was fully aware of the docketed
   report of the process server addressed directly to Magistrate Collings.

7. Magistrate Collings actually wants this court to enforce payment to
   defendant and his lawyer, a white supremacist, for room and board at
   the Ritz Carleton Hotel. **PLAINTIFF DISPUTES EACH AND EVERY DOLLAR
   AMOUNT CLAIMED BY JUCKETT AND HIS LAWYER DAVID GROSSACK. REQUESTS FOR
   RECEIPTS AND DOCUMENTATION HAVE GONE UNANSWERED. FURTHER, MASSACHUSETTS
   HATE CRIME STATUTES PROHIBIT PLAINTIFF FROM PAYING ANY AMOUNTS THAT MAY
   BE USED TO FUND WHITE SUPREMACIST GROUPS OR INDIVIDUALS.** The Court
   should hold a Hearing on these matters.

8. Therefore, the Plaintiff attaches exhibits and letters regarding
   Attorney Grossack's background.

9. **IF, AS MAGISTRATE ROBERT B. COLLINGS HAS HELD, BIGOTS HAVE A RIGHT TO
   BILL AND PURSUE PALINTIFF FOR $5,000, THEN CERTAINLY PLAINTIFF HAS A
   RIGHT TO BILL AND PURSUE BIGOTS THROUGH THE JUSTICE SYSTEM.**

10. Magistrate Collings, with respect to the other defendant, HD Vest
    again overlooks the facts and evidence.

11. Plaintiff, in his original complaint, clearly and convincingly states
    that his damages are at least $500,000. Magistrate Collings' bizarre claim
    that $375 was the dollar amount of Plaintiff's claim is simply untrue and

[**Summary of pleading**] - 2

1   contradicted by the facts. Obviously Magistrate Collings never read the
2   original lawsuit.

3   12. Plaintiff is a registered and licensed securities professional for 23
4   years and lost $500,000 minimum in business when HD Vest was threatened by
5   Stalker Stuart Juckett.

6   13. Plaintiff has a witness, based in Boston, willing to appear before
7   this court and swear under oath that she herself received telephone
8   threats from Mr. Juckett. She is standing by to give sworn, live testimony
9   to this honorable court. I ask this court to hear her testimony before
10  making a final ruling.

11  14. Magistrate Collings, regarding the last defendant, NASD (National
12  Association of Securities Dealers) claims they are immune from lawsuits
13  for sharing my file with a stalker.

14  15. Again, the facts and the law contradict Magistrate Collings. Plaintiff
15  Dan Howard has an obsolute right to privacy and to be left alone. No law
16  shields the website operator NASD from prosecution for criminal stalking,
17  threats, or file sharing.

18  16. My background with the NASD is totally irrelevant to the stalking case
19  at hand. The use of such information, which is false and defamatory, has
20  irrevocably prejudiced my right to due process and a fair hearing.
21  Magistrate Collings claim that this case has been previously decided is
22  untrue. No stalking issue has ever been tried and, therefore, this is an
23  uncured constitutional question.

24  17. I'm a registered and licensed stockbroker today, tomorrow, and next
25  year. I have an obsolute right to earn a living at a profession I have

[**Summary of pleading**] - 3

1   practiced for 23 years. *SEE* attached ads for Dan Howard for inspection by
2   this honorable court.

3   18. In point of fact, the NASD has given me all the documents regarding
4   Stuart Juckett. They numbered the documents for me and are aware that they
5   have been provided as a matter of public record.

6   19. The NASD has approved each and every legal action and document
7   regarding Stuart Juckett, and the distribution of said material.

8   20. This court has denied me the opportunity to file electronically, even
9   though I have docketed the application in the proper manner. Separate but
10  equal filing systems are an uncured constitutional issue.

11  21. Plaintiff Howard therefore disputes each and every recommendation of
12  Magistrate Collings. In the event that Uncured Constitutional Issues or
13  Conflicts are raised by subsequent rulings, Plaintiff reserves his
14  absolute constitutional right to seek due process in the courts.

16  Dated: June 13, 2005

17                                          By: Dan Howard

19                                          The Plaintiff, Pro-Se

20                                          617-529-8886

21                                          PO Box 440250

22                                          Somerville Massachusetts 02144

24  I hereby affirm that I contacted the adverse parties in this case, and
25  that said parties have made the decision to continue litigation in this
    matter.

[**Summary of pleading**] - 4

Corey Guskin
1802 Echo Place
Merrick, New York 11566
516-972-7293

January 20, 2005


United States District Court
District of Massachusetts
Case 04 CV 11900 NG


To: United States District Court:

My name is Corey Guskin, and I'm a licensed process
server in New York. I've been a process server for more
than five years. I personally served Mr. Stuart Juckett on
September 25, 2004 at 8:08 P.M. Mr. Juckett lives in the
Eastern Long Island area of Amagansett. Mr. Juckett is a
white, male, 58 years old SS # 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 and his DOB is
March 15, 1946. I originally called Mr. Juckett on the
telephone to confirm his address (1-631-267-8763), and he
answered the phone and confirmed that I did have his
correct address. He voiced some displeasure that I was able
to locate him. When I arrived at his home in the evening of
September 25, 2004, he began telling me that Dan Howard
has been litigating against him for a long time. He even felt
that the litigation caused his father to become ill and pass

1

away. I spoke to him for a few more minutes, and we even talked about the upcoming presidential race.
Both of us conferred to be registered Republicans, but were not happy with the last four years. I confirmed some information about Mr. Juckett; he told me he was 58 years old. I then personally handed the legal documents to Mr. Stuart Juckett and returned to my car. I hope this letter and additional information will be helpful to the court.
Thank you.


Sincerely,

Corey Guskin

# Dan Howard

National Association of Securities Dealers
Registered and Licensed Stockbroker
PO Box 440250
Somerville, Massachusetts 02144
June 13, 2005

**Subject:** "Massachusetts Lawyer of the Year" David Grossack.
**From**: Dan Howard.
**To**: Honorable James L. Rudolph, Member, National Executive Committee, Anti-Defamation League; Chair of Nominating Committee, New England Regional Board, Anti-Defamation League. Rudolph Friedmann LLP, 28 State Street, Boston, Massachusetts 02109. 617-723-7700

Dear Mr. Rudolph,

I am writing to you in your capacity as a member of the Executive Committee of the Anti-Defamation League.

The following matter is hereby forwarded to you for resolution by the Anti-Defamation League. I hereby grant you and the Anti-Defamation complete discretion to use the information and documents in any manner you wish in order to resolve this matter. All the documents are from the public records. Please find attached documents from the website of Attorney David Grossack of Newton, Massachusetts. Also, attached is a document regarding his client and fellow white supremacist Stuart Juckett. Mr. Grossack is using his website to raise money for "The Patriot Caucus", a white supremacist website that asks for donations from Massachusetts residents and their children. David Grossack is listed as the president of the "Patriot Caucus". It is based in Hull, Massachusetts. The site solicits money for "Jews for the Preservation of Firearms Ownership", and features a free downloadable Adolph Hitler coloring book for children. Massachusetts parents and their children can then click on the site to donate money. A portion of the proceeds are then paid to Attorney Grossack for use of his website as a link to this hate group. Children are especially encouraged to download the Adolph Hitler Coloring Book. *See* quote in last paragraph.

Also find attached documents from The State of Massachusetts revoking the registration of Mr. Grossack. Mr. Grossack once operated a company called U.S. Card Investors. Based upon information and belief, the reason for the "involuntary revocation"

of Mr. Grossack's registration was that U.S. Card Investors, Inc. was found to be both a "Ponzi scheme" and a front for raising money for white supremacist groups here in Masachusetts and in the state of Utah. *See* attached revocation notice from State of Massachusetts.

Please let me know if there is anything I can do to help resolve these matters. I have been a registered and licensed stockbroker, and tax advisor, for twenty three years. **I am proud to be an Hispanic American, and continue to serve the financial needs of the minority working class families of Somerville, Massachusetts.**

Finally, a direct quote from Attorney David Grossack's "Patriot Caucus" website:

"Through the efforts of Mr. Grossack, there are now 50 Web domains and 25,000 pages available to the Truth Committees for use in exposing local corruption and injustice. Call the hotline above to find out how you can participate."

"Youngsters are not forgotten: JPFO (Jews for the Preservation of Firearms Ownership) has produced a free, downloadable pro-liberty coloring book that teaches firearms safety and fundamental freedom principles to young children"

*See* attached coloring book of Adolph Hitler.

Sincerely,

Dan Howard
617-529-8886
how2go@yahoo.com
PO Box 440250
Somerville, Massachusetts 02143

**Attachments**: David Grossack "Massachusetts Lawyer of the Year" website.
Adolph Hitler Coloring Book for Children
Attorney Grossack's website: "The Patriot Caucus".
"Jews for the Preservation of Firearms Ownership".
Declaration to U.S. Federal Court, Boston, regarding Stuart Juckett.
Google website listing affiliations of Attorney David Grossack.
Donation site for Massachusetts families.
Revocation notice for U.S. Card Investors, Inc.

# grossack.com

## WELCOME TO THE LAW OFFICE OF
## DAVID GROSSACK, P.C.
## Andrew M. Greenberg, Esq. Of Counsel

*Serving the region  with affordable and conscientious legal services since 1981*

Suite 103, 1320 Centre St., Newton, Mass. 02459
Telephone: 617-965-9300
Facsimile: 617-965-9302



**VOTED LAWYER OF THE YEAR 1999**
*Mass. Lawyers Weekly*

**REPORTED ONE OF THE TEN BEST LAWYERS IN MASSACHUSETTS**
*Boston Herald , Dec. 29,1999*

### Offering services in the following areas:

| | |
|---|---|
| **Automobile Accidents** | **Slip and fall cases** |
| **Defective products** | **Divorce and Custody Cases** |
| **Business Disputes** | **Boating Accidents** |
| **Libel and Slander** | **Civil Rights** |
| **False Arrest** | **Stock Broker and Securities Fraud** |
| **Sexual Assault** | **Premises liability** |
| **Motorcycle accidents** | **Medical Malpractice** |
| **Class actions** | **Airplane crashes** |

**Wrongful death**

*CONSULTATIONS AVAILABLE IN NEWTON, BOSTON OR HULL*

### ,Call 617-965-9300 NOW!

National referrals....co-counseling with attorneys in certain specialized areas. Attorney David Grossack enjoys a national reputation as a lawyer who makes legal history over and over again. Some of his cases are now reported in the law books as precedent setting. Many others have been featured on Court TV, CBS Morning News, Associated Press, CNN and regional publications. His books, articles and seminars have helped thousands of people achieve a better understanding of their rights.

Check Nollet v Justices of the Trial Court 83 F. Sup. 2d 204, United States of America v Building Inspector of America, 894 F. Supp. 507, Sinai v New England Telephone 6 BNA IER CAS 56

**Email us:  dcg3@ix.netcom.com**



# ALL IN FAVOR OF "GUN CONTROL"
# RAISE YOUR RIGHT HAND



**JEWS FOR THE PRESERVATION OF FIREARMS OWNERSHIP, INC.**

*America's Most Aggressive Defender of Firearms Ownership*
P.O. Box 270143 • Harford, WI 53027
262-673-9745 • fax 262-673-9746 • www.jpfo.org
Aaron Zelman, Executive Director
**Annual Dues $20.00**

©1991 JPFO



## The PATRIOT CAUCUS

### Home of the
### Citizen's Truth Committees

Box 294, Hull, Mass. 02045 PHONE: 617-451-1884 FAX: 617-965-9302 E-MAIL: patriotcaucus@gmail

Main Menu

**THE BIG BETRAYAL IN WASHINGTON**

**A BILL OF RIGHTS FOR PRO SE LITIGANTS!**

**MILITIAS, PATRIOTS AND JUSTICE**

**THE UNPUNISHED TRAITOR**

Important Links

**National Judicial Conduct And Disability Law Project**

**UNIVERSAL TRADE HOURS.,.The Money Next Time!**

**The Law By Frederic Bastiat**

**Jews For Preservation of Firearms Ownership**

**Citizens Justice Institute**

**Barry Weinstein's Site**

**A Matter Of Justice**

**Judges Human Rights Crimes Investigative Commission**

**Fully Informed Jury**

## Introduction

The Patriot Caucus is a constitutionalist organization dedicated to enabling individuals to challenge legal and government abuse. Towards this end, it has established a program for establishing Truth Committees in every municipality where interested persons wish to participate.

## What Is the Problem ?

The problem is that government, the legal profession, and the courts are failing America. We see the erosion of boundaries between individual rights and government. We see the quality of justice deteriorate to the point that lawyers and judges do not have the confidence of the American people. Government officials are too often in the role of crooks and bullies rather than the public servants they ought to be. Some examples:

- Building inspectors and zoning boards maliciously prevent people from enjoying their property rights.
- City hall governments raise property taxes to pay excessive salaries to well connected municipal employees.
- Senior citizens must sell their homes because they cannot afford property taxes.
- Police departments too often single out and even frame unpopular citizens , and get away with it.
- Lawyers exacerbate problems, ignore clients, make deals with opponents behind client's backs and sell out client's interests because they are afraid to speak out against injustices, especially in divorce court and in cases where local police are trampling on a person.

Lawyers freeze when you ask them to stand up for constitutional

**Association**

**USA Exposure**

**Caught!**

**Founding Fathers
Economics**

rights. They are terrified of speaking truth to power. We are now living in a dossier and surveillance state where their so-called New World Order, and the corporate oligarchies that seem to control each country, threaten to turn this world into Global Prison Plantation. Few people read or undertsand the US Constitution, the only document standing between you and a corrupt tyrrany.

## Why Are Truth Committees the Solution ?

The Truth Committees are designed to help people at the grassroots level formulate responses to local problems that they themselves know best. We encourge picketing local courthouses, having sit ins at courthouses where bad judges preside, picketing the homes of unsavory lawyers, using alternative media such as community access cable TV and other methods outlined in David Grossack's book Radical Planet.

Through the efforts of Mr. Grossack, there are now 50 web domains and 25,000 pages available to the Truth Committees for use in exposing local corruption and injustice. Call the hotline above to find out how you can participate .

© 2005 Patriot Caucus, Box 294, Hull, Mass. 02045 PHONE: 617-451-1884 FAX: 617-965-9302 All rights reserved

## About JPFO



**Jews For The Preservation of Firearms Ownership, Inc.**
**P.O. Box 270143**
**Hartford, WI 53027**

**Phone (262) 673-9745**
**Fax (262) 673-9746**

# JPFO: Fierce Defender of American Liberty

To destroy "gun control" and to encourage Americans to understand and defend all of the Bill of Rights for everyone. Those are the twin goals of Wisconsin-based Jews for the Preservation of Firearms Ownership (JPFO). Founded by Jews and initially aimed at educating the Jewish community about the historical evils that Jews have suffered when they have been disarmed, JPFO has always welcomed persons of all religious beliefs who share a common goal of opposing and reversing victim disarmament policies while advancing liberty for all.

JPFO is a non-profit tax-exempt educational civil rights organization, not a lobby. JPFO's products and programs reach out to as many segments of the American people as possible, using bold tactics without compromise on fundamental principles. For example, JPFO offers easy-reading, comic-style, fully-documented "Gran'pa Jack" booklets that explain:

- the entire Bill of Rights, its roots, its meaning, and how it is being trampled today
- the racist roots of "gun control" in America
- the United Nations assault on the U.S. Bill of Rights
- how "gun control" laws led to the nearly 70 million deaths of unarmed civilians in eight 20th-Century genocides
- how to explode 21 "gun control" myths
- ...and much more!

Youngsters are not forgotten: JPFO has produced a free, downloadable pro-liberty coloring book that teaches firearms safety and fundamental freedom principles to young children.

JPFO also offers a wide variety of freedom related fiction and non-fiction books in

our bookstore. These includes such titles as *The Mitzvah*, *Death by "Gun Control"*, *Dial 911 and Die*, and *The State vs The People: The Rise of the American Police State*.

To help protect the Bill of Rights now and for future generations, JPFO offers a complete action kit for citizens to celebrate December 15 as **Bill of Rights Day** annually in their home, city or state. The kit includes promotional materials and a sample Bill of Rights Day resolution passed in other localities. A copy of the Bill of Rights in 11 different languages is also available free for community and international outreach efforts.

More recently, JPFO broke new ground with the award-winning documentary *Innocents Betrayed*. In this powerful film, viewers learn the dirty secret of "gun control": how governments have historically deprived people of firearms ... and then wiped them from the face of the earth. 58 minutes of hard-hitting facts that will leave you reeling. *Innocents Betrayed* and other JPFO films are available in our video store.

JPFO publishes *The Bill of Rights Sentinel* for members, and maintains a dynamic website with a free e-mail alert subscription system to deliver intellectual ammunition to freedom lovers all over the world.

To contact JPFO for more information, call the national headquarters at **(800) 869-1884** or **(262) 673-9745**, fax to **(262) 673-9746**, or click on www.jpfo.org. Dues are only $20 per year.

[ JPFO Home > JPFO: Fierce Defender of American Liberty ]

© 2000-2005 JPFO < webmaster@jpfo.org >



**Web**  Images  Groups  News  Froogle  Local  **more »**

david grossack                  [ Search ]  Advanced Search
                                             Preferences

## Web

Results **1 - 10** of about **7,690** for **david grossack**. (**0.10** seconds)

### The Patriot Caucus
... cable TV and other methods outlined in **David Grossack's** book Radical Planet.
Through the efforts of Mr. **Grossack**, there are now 50 web domains and 25000 ...
www.patriotcaucus.com/ - 8k - Jun 10, 2005 - Cached - Similar pages

### Law Offices of **David Grossack**, PC
Law Offices Of Attorney **David Grossack**. ... Attorney **David Grossack** enjoys a
national reputation as a lawyer who makes legal history over and over again. ...
www.**grossack**.com/ - 8k - Cached - Similar pages

### Personal Injury Law Office of Richard **Grossack**
Law Office of Richard **Grossack** Suite 435 294 Washington St Boston, MA,02108 (617)
542-7744 FAX- (617) 542-0526 E-mail: **grossack**@rcn.com.
e-legalclinic.com/ - 4k - Cached - Similar pages

### RADICAL PLANET
**David Grossack** insists on radical change throughout our society to prevent further
abuses, and he's building organizations and structures to fight back hard ...
www.citizensjustice.com/radical.php - 7k - Cached - Similar pages

### A Matter Of Justice Coalition - for judicial accountability and ...
Law Offices of Attorney **David Grossack**. c/o Citizenï¿½s Justice Institute.
PO Box 90. Hull, MAï¿½ï¿½ï¿½ï¿½ 02045. FEDERAL LITIGANTï¿½S QUESTIONNAIRE ...
www.amatterofjustice.org/amoj/15question.cfm - 60k - Cached - Similar pages

### billcollector.biz
The Law Office of **David Grossack** PC The Aggressive Debt Collection Law Ofice.**David
Grossack** is a nationally recognized civil litigation attorney who has ...
www.billcollector.biz/ - 5k - Cached - Similar pages

### How To Win A Lawsuit
Read this valuable book now. 250 pgs, Ringbound $89. YES. Ship me one copy of
**David Grossack's** How To Win A Lawsuit Without Hiring A Lawyer. I enclose $89. ...
www.maxexchange.com/nj/how_to_win_a_law_suit.htm - 63k - Cached - Similar pages

### New York Stories [1989] @ EOFFTV
Sound Transfer Technician: **David Grossack**. MAKE UP AND COSTUMES Make Up: Richard
Dean Hair: Alan D'Angerio Costume Designer: Sofia Coppola ...
www.eofftv.com/n/new/new_york_stories_main.htm - 27k - Cached - Similar pages

### CPF FatherhoodCoalition Mass News **Grossack** Norfolk Court Nov 01
Attorney **David Grossack** from Hull tells MassNews he has handled dozens of ...
**Grossack** said Judge Langlois kept a client named **David** Merchant totally away ...
www.fatherhoodcoalition.org/ cpf/newreadings/2001/MN_Grossack_01Nov.htm - 7k - Cached - Similar pages

### Restraining orders
"It's an ambush," said **David Grossack**, a Hull lawyer who recently filed a federal
lawsuit challenging the constitutionality of the state's restraining order ...

# Make a Donation to JPFO



**Jews For The Preservation of Firearms Ownership, Inc.**
**P.O. Box 270143**
**Hartford, WI 53027**

**Phone (262) 673-9745**
**Fax (262) 673-9746**

Use this page to make an on-line donation to JPFO using our secure encrypted shopping-cart system.

Your donation will help preserve your right to keep and bear arms and destroy "gun control" in America.

Donations are Tax Exempt under IRS Code Section 501(c)(3) as a non-profit educational organization.

> **Make a $20 Donation**
>
> **Make a $25 Donation**
>
> **Make a $30 Donation**
>
> **Make a $40 Donation**
>
> **Make a $50 Donation**
>
> **Make a $75 Donation**
>
> **Make a $100 Donation**
>
> **Make a $200 Donation**
>
> **Make a $250 Donation**
>
> **Make a $500 Donation**



# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## U.S. CARD INVESTORS, INC. Summary Screen

? Help with this form

| Request a Certificate |
| --- |

The exact name of the Foreign Corporation: U.S. CARD INVESTORS, INC.

Entity Type: Foreign Corporation

Identification Number: 870434290

Date of Registration in Massachusetts: 02/19/1991

Date of Involuntary Revocation: 11/14/1994

The is organized under the laws of: State: UT    Country: USA  on:   04/14/1986

Current Fiscal Month / Day: 12 / 31                              Previous Fiscal Month / Day: 00 / 00

**The location of its principal office:**
No. and Street:     59 TEMPLE PL., RM 408
City or Town:       BOSTON                    State: MA      Zip: 02111     Country: USA

**The location of its Massachusetts office, if any:**
No. and Street:
City or Town:                     State:          Zip:          Country:

**The name and address of the Registered Agent:**
Name:               JOAN L. SHUMAN
No. and Street:     62 CENTRAL AVE.,
City or Town:       HULL                      State: MA      Zip: 02045     Country: USA

The officers and all of the directors of the corporation:

| Title | Individual Name First, Middle, Last, Suffix | Address (no PO Box) Address, City or Town, State, Zip Code | Expiration of Term |
| --- | --- | --- | --- |
| PRESIDENT | DAVID C. GROSSACK | 62 CENTRAL AVE., HULL, MA 02045 USA 62 CENTRAL AVE., HULL, MA 02045 USA | |
| TREASURER | JOAN L. SHUMAN | 62 CENTRAL AVE., HULL, MA 02045 USA | |



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

*PATRIOT CAUCUS, INC., THE* **Summary Screen**

②
Help with this form

Request a Certificate

**The exact name of the Nonprofit Corporation:** PATRIOT CAUCUS, INC., THE

**Entity Type:** Nonprofit Corporation

**Identification Number:** 000632386

**Old Federal Employer Identification Number (Old FEIN):** 000000000

**Date of Organization in Massachusetts:** 10/07/1998

**Current Fiscal Month / Day:** 12 / 31                **Previous Fiscal Month / Day:** 00 / 00

**The location of its principal office in Massachusetts:**
No. and Street:    DAVID GROSSACK
                   294 WASHINGTON ST., STE 435
City or Town:    BOSTON                State: MA    Zip: 02108    Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:                State:        Zip:        Country:

**The name and address of the Resident Agent:**
Name:            DAVID GROSSACK
No. and Street:    294 WASHINGTON ST., STE 435,
City or Town:    BOSTON                State: MA    Zip: 02108    Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration<br>of Term |
|---|---|---|---|
| PRESIDENT | DAVID C. GROSSACK | 62 CENTRAL AVE.,<br>HULL, MA 02045 USA<br>62 CENTRAL AVE.,<br>HULL, MA 02045 USA | |
| TREASURER | JOAN L. SHUMAN | 62 CENTRAL AVE.,<br>HULL, MA 02045 USA<br>62 CENTRAL AVE., | |



WWW.SEAVULTURE.COM
DAN HOWARD, STOCKBROKER.
TAX ADVISER AND FINANCIAL
SERVICES. HEDGING STRATEGIES.

IS YOUR CURRENT MERRILL LYNCH INVESTMENT BANKER ON VACATION AT CLUB FED FOR 3 MONTHS TO TWENTY YEARS?

CONTACT NASD LICENSED AND REGISTERED BANKER DAN HOWARD. SPEAK TO A REAL, LIVE STOCKBROKER (CLUB FED DOES NOT ALLOW E-MAIL. ONLY BREAD AND WATER).

Dan Howard, 617-529-8886

IS YOUR CURRENT MORGAN STANLEY INVESTMENT BANKER IN JAIL?

CONTACT NASD LICENSED AND REGISTERED BANKER DAN HOWARD. SPEAK TO A REAL, LIVE STOCKBROKER (INSTEAD OF A PRISON WARDEN).

Dan Howard, 617-529-8886