UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN HOWARD, Pro-Se<br><br>         Plaintiff,<br><br>   v.<br><br>HD VEST FINANCIAL SERVICES,<br>STUART K. JUCKETT<br>NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS,<br><br>         Defendant. | CIVIL ACTION<br>NO. 04-11900-NG<br><br>Hon. Nancy Gertner |

## WITHDRAWAL OF APPEARANCE BY STEVEN KASTEN AND ALICE HOU; NOTICE OF APPEARANCE BY JOEL E. GREER

  Pursuant to Local Rule 83.5.2(c), Steven Kasten (McDermott Will & Emery) and Alice Hou (Hughes Hubbard & Reed), members of the bar of this Court, withdraw as counsel for HD VEST from the above-captioned proceeding.

  The undersigned also request that this Court enter an appearance for Mr. Joel E. Greer in the above-captioned matter as attorney of record for HD VEST Financial Services and request that all filings be served upon HD VEST's attorneys at the following address:

    Joel E. Greer, Esq. (BBO# 646960)
    HUGHES HUBBARD & REED LLP
    1775 I Street, NW
    Washington, DC 20006
    Telephone:  202-721-4600
    Facsimile:  202-721-4646

  Mr. Greer was admitted to the bar of this Court on Thursday, July 28, 2005.  HD VEST therefore withdraws its pending *pro hac vice* motion for Mr. Greer, which was filed and served on June 30, 2005.

Dated: July 29, 2005

                   Respectfully submitted,

                   /s/ Alice C. Hou
                   _____
                   Alice C. Hou, Esq. (BBO #654281)

HUGHES HUBBARD & REED LLP
1775 I Street, NW
Washington, DC 20006
Telephone: 202-721-4600
Facsimile: 202-721-4646

Steven W. Kasten, Esq. (BBO # 318840)
MCDERMOTT WILL & EMERY
28 State Street
Boston, MA 02109-1775
Telephone: 617-535-4000
Facsimile: 617-535-3800

Attorneys for Defendant HD Vest Financial Services

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on July 29, 2005, true and accurate copies of the foregoing WITHDRAWAL OF APPEARANCE BY STEVEN KASTEN AND ALICE HOU; NOTICE OF APPEARANCE BY JOEL E. GREER were served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first-class, postage pre-paid, mail upon:

> Mr. Dan Howard
> P.O. Box 440250
> Somerville, MA  02144
>
> Mr. David C. Grossack, Esq.
> P.O. Box 90
> Hull, MA  02045
>
> Ms. Terri Reicher, Esq.
> Office of General Counsel
> NASD
> 1735 K Street, N.W.
> Washington, DC  20006

> /s/ Alice C. Hou
> _____
> Alice C. Hou, Esq. (BBO #654281)
> HUGHES HUBBARD & REED LLP
> 1775 I Street, NW
> Washington, DC 20006
> Telephone:  202-721-4600
> Facsimile:  202-721-4646