UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

```
DAN HOWARD,                              )
     Plaintiff,                          )
                                         )
     v.                                  )   Civ. No. 04-11900-NG
                                         )
HD VEST FINANCIAL SERVICES, STUART       )
K. JUCKETT, and NATIONAL                 )
ASSOCIATION OF SECURITIES DEALERS,       )
                                         )
     Defendants.                         )
```
GERTNER, D.J.

**ORDER RE: ATTORNEYS' FEES AND COSTS**
August 17, 2005

For the reasons set forth in an electronic order dated August 17, 2005, I **AWARD six thousand twenty dollars and fifteen cents ($6,020.15)**, in total, for attorneys' fees and costs to defendant Stuart K. Juckett. This sum consists of: 1) **five thousand dollars ($5,000)** in reasonable attorneys' fees incurred in defending the instant case, see docket entries ## 62, 77; and 2) **one thousand twenty dollars and fifteen cents ($1,020.15)** in reasonable costs incurred during travel from out of state to attend a February 24, 2005, evidentiary hearing in the instant case, see docket entries ## 71, 77.

**SO ORDERED.**

**Dated: August 17, 2005**                          **s/NANCY GERTNER, U.S.D.J.**