1

2

3    **UNITED STATES COURT FOR THE DISTRICT OF MASSACHUSETTS**

4
     Dan Howard, Pro-Se,                           )  **Case No.: 1:04-cv-11900** *NG*
5                                                  )
                          Plaintiff                )
6                                                  )
                                                   )
7                                                  )  **Plaintiff Pro-Se Dan Howard's Motion**
                  vs.                              )  **for written decision regarding**
8                                                  )  **Howard's application to this**
     Stuart Juckett                                )  **honorable court for electronic**
9                                                  )  **filing.**
     HD Vest Financial Services,
10                                                    **Plaintiff Howard's Notice of**
     National Association of Securities               **Application and Appeal to the United**
11                                                    **States Supreme Court for Temporary**
     Dealers,                                         **Writ Asserting Jurisdiction.**
12
                          Defendants
13                                                    **Honorable Nancy Gertner.**

14

15

16   _____

17

18   The Plaintiff Pro-Se, Dan Howard, hereby notifies this honorable court of his

19   Application and Appeal to the United States Supreme Court for Temporary Writ

20   asserting Jurisdiction in the instant case 04cv11900 NG. Notice is also

21   provided of a Writ of Certiorari to the United States Supreme Court.

22   Plaintiff hereby includes in his Appeal each and every order and decision

23   regarding this case.

24

25   In order for the Supreme Court to decide Plaintiff Howard's Appeal, it needs

     a written decision it can formally adjudicate. The denial of Howard's

                              [**Summary of pleading**] - 1

1   application for electronic filing by the U.S. District Court of Massachusetts

2   is constitutionally suspect and is hereby being constitutionally challenged.

3   Electronic Case Filing violates the Due Process clause of the U.S.

4   Constitution. There is a compelling National Interest in this matter. The

5   Lower Courts have exhibited confusion on this issue. Plaintiff Howard was

6   persistent in his requests to this honorable Court. Please find attached

7   Plaintiff's properly docketed requests for electronic filing. Plaintiff was

8   never sent the necessary log-in and password by this Court or Court Clerk.

9   Also please find attached the U.S. District Court's own "Electronic Case

10  Filing Procedures" dated October 24, 2003 allowing Pro-Se litigants to file

11  electronically.

12  Plaintiff Howard hereby motions this honorable court to furnish a written

13  decision regarding Howard's 3 docketed requests for electronic filing with

14  the United States District Court of Massachusetts. Plaintiff respectfully

15  requests a Stay of Proceedings pending the outcome of this appeal to the

16  United States Supreme Court.

17

18              Respectfully submitted this 14th Day of September,

19  2005.

20

21

22  Dan Howard, PRO-SE

23

24  The Appellant-Plaintiff, PRO-SE

25

    PO Box 440250

    [**Summary of pleading**] - 2

1

2  Somerville, Ma. 02144

3

4  617-529-8886

5

6

7

8      I hereby certify that I have served a copy of the above and foregoing

9  Notice to the following:

10                        Adler, Pollock and Sheehan

11                          175 Federal Street

12                        Boston, Ma. 02110-2890

13

14                        Attorney David Grossack

15                        1320 Centre Street Suite 103

16                        Newton Centre, MA. 02459

17

18                        McDermott, Will and Emery

19                        28 State Street

20                        Boston, MA. 02109

21

22

23

24

25

[**Summary of pleading**] - 3

*WRITTEN*
*REQUEST #3*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(www.mad.uscourts.gov)

NANCY GERTNER
*CIV. NO.*
*04-11900-NG*

**ELECTRONIC CASE FILING SYSTEM**
**ATTORNEY REGISTRATION FORM**
*Please type or print legibly*

This form must be used to register for an account on the Court's Case Management/Electronic Case File (CM/ECF) system. By submitting this registration form, the undersigned agrees to abide by the requirements stated herein.

NAME: **HOWARD**            **DANIEL**       **R.**
(Last)          (Generation)    (First)          (Middle Initial)

BBO#

Law Firm:                    PRO-SE

Building/Suite:

Street Address: PO BOX 440250

City, State, ZIP: SOMERVILLE, MA. 02144

Telephone: 617-529-8886    Fax: 603-849-6119

E-Mail: (for service of electronically filed papers) how2go@yahoo.com

Attorneys seeking to file documents electronically must be admitted to practice in this court pursuant to LR 83.5., represent the U.S. government or authorized to appear pro hac vice or through an MDL action.

Please specify date of admission to U.S. District Court for the District of Massachusetts:

U.S. Government attorney:

If admitted pro hac vice:    Date motion for pro hac vice granted _____, in case number _____.

If Attorney of Record in MDL action indicate case number _____.

Attorneys will have privileges to electronically file court documents, view official docket sheets and documents associated with cases, and query various case reports for cases on the CM/ECF system. The CM/ECF system follows and must be used in conjunction with the Federal Rules of Civil & Criminal Procedure, the Local Rules, and any administrative orders and policies of the United States District and Bankruptcy Courts for the District of Massachusetts. In order to file documents electronically, CM/ECF participants will need a PACER service account.

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Federal Rules Civil Procedure, Federal Rules of Criminal Procedure and the Federal Rules of Bankruptcy Procedure via the Court's electronic filing system. The combination of User ID and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised. In that event, counsel must apply for a new password.

SIGNATURE                    DATE: 8/26/05

Please mail or hand deliver this form to:
Clerk, United States District Court
Attn: CM/ECF Registration
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Once your registration is processed, your User ID and password will be e-mailed to you from "CmecfRegistrar@mad.uscourts.gov" so that you may access the electronic case filing system. Procedures for using the system are available for downloading from the Court's web site.

Clerk's Office Use Only

| Date received: | Login: | Password: | Record updated: |
|---|---|---|---|
|  |  |  |  |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(www.mad.uscourts.gov)

FILED
IN CLERKS OFFICE

**ELECTRONIC CASE FILING SYSTEM**
**ATTORNEY REGISTRATION FORM**
*Please type or print legibly*

2005 APR 20  P 4: 25

This form must be used to register for an account on the Court's Case Management/Electronic Case File (CM/ECF) system. By submitting this
registration form, the undersigned agrees to abide by the requirements stated herein.

U.S. DISTRICT COURT
DISTRICT OF MASS.

NAME:    HOWARD          DAN
         (Last)        (Generation)    (First)        (Middle Initial)

BBO#

Law Firm:                                  PRO-SE

Building/Suite:

Street Address:  PO BOX 440250

City, State, ZIP:  SOMERVILLE,  MA.  02144

Telephone:  617-529-8886    Fax:  603-849-6119

E-Mail:  (for service of electronically filed papers)  how2go@yahoo.com

Attorneys seeking to file documents electronically must be admitted to practice in this court pursuant to LR 83.5., represent the U.S. government or
authorized to appear pro hac vice or through an MDL action.

Please specify date of admission to U.S. District Court for the District of Massachusetts: _____

U.S. Government attorney: _____

If admitted pro hac vice:    Date motion for pro hac vice granted _____ , in case number _____ .

If Attorney of Record in MDL action indicate case number _____

Attorneys will have privileges to electronically file court documents, view official docket sheets and documents associated with cases, and query
various case reports for cases on the CM/ECF system. The CM/ECF system follows and must be used in conjunction with the Federal Rules of Civil &
Criminal Procedure, the Local Rules, and any administrative orders and policies of the United States District and Bankruptcy Courts for the District of
Massachusetts. In order to file documents electronically, CM/ECF participants will need a PACER service account.

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the
electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Federal Rules Civil Procedure, Federal Rules of Criminal
Procedure and the Federal Rules of Bankruptcy Procedure via the Court's electronic filing system. The combination of User ID and password will serve as the
signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their
password has been compromised. In that event, counsel must apply for a new password.

SIGNATURE:  Dan Howard, Pro-Se          DATE:  4/20/05

Please mail or hand deliver this form to:
Clerk, United States District Court
Attn: CM/ECF Registration
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Once your registration is processed, your User ID and password will be e-mailed to you from "CmecfRegistrar@mad.uscourts.gov" so that you
may access the electronic case filing system. Procedures for using the system are available for downloading from the Court's web site.

Clerk's Office Use Only

| Date received: | Login: | Password: | Record updated: |
|----------------|--------|-----------|-----------------|
|                |        |           |                 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STANDING ORDER RE:  ELECTRONIC FILING
IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS, STEARNS, J. SESSION

STEARNS, J.

1.    The Court will accept all electronic filings.  However, any filing which exceeds three

pages in length must be accompanied by a courtesy copy in paper.

2.    The extent to which this session of the Court will permanently adopt an electronic filing

system will be made in six months after further opportunity for the bar to comment on

its experience with the system.

SO ORDERED.


/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE

# UNITED STATED DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

### STANDING ORDER RE:
### ELECTRONIC CASE FILING IN JUDGE WOODLOCK'S SESSION

It is hereby ordered that after October 1, 2003, documents filed in all cases in this session may be filed electronically so long as counsel complies with the applicable Federal Rules of Criminal Procedure and Civil Procedure, as well as the rules and procedures outlined in the Electronic Case Filing ("ECF") Administrative Procedures Pamphlet and the ECF User's Manual.

Counsel are not required to file courtesy paper copies of any document unless specifically requested by the Court.

**SO ORDERED.**

Dated: September 30, 2003                    /s/  DOUGLAS P. WOODLOCK
                                             U.S. District Judge

## TABLE OF CONTENTS

A.    General Information ............................................................................... Page 2

B.    Registration ........................................................................................... Page 3

C.    Filing and Service of Civil Case Opening Documents .............................. Page 4

D.    Electronic Filing .................................................................................... Page 4

E.    Service of Electronically Filed Documents .............................................. Page 4

F.    Subsequent Documents with Fee Requirement ......................................... Page 5

G.    Deadlines .............................................................................................. Page 5

H.    Special Filing Requirements and Exceptions ........................................... Page 5

I.    Documents Not Filed Electronically ....................................................... Page 7

J.    Signature ............................................................................................... Page 7

K.    Privacy ................................................................................................. Page 8

L.    Attachments to Filings and Exhibits ....................................................... Page 8

M.    File Size Limitations and Conventional Filing of Documents ................... Page 9

N.    Orders and Judgments ........................................................................... Page 9

O.    Motions for Leave to File ....................................................................... Page 10

P.    Submitting Redacted Documents ............................................................. Page 10

Q.    Submitting Proposed Order ..................................................................... Page 10

R.    Transcripts ............................................................................................ Page 11

S.    Correcting Docket Entries ...................................................................... Page 11

T.    Technical Failures .................................................................................. Page 11

U.    Pro Se Litigation ................................................................................... Page 12

V.    Access to Electronically Stored Documents ............................................. Page 12

W.    Retention .............................................................................................. Page 12

APPENDIX A ................................................................................................ Page 13

**CM/ECF Administrative Procedures**

3.  The Clerk's Office may discard the PDF disk after it has been uploaded to ECF or the original document after it has been scanned and uploaded to ECF.

4.  All documents filed by electronic means must comply with technical standards, if any, established by the Judicial Conference of the United States or by this Court.

**B.    Registration**

1.  Attorneys admitted to the bar of this court, including attorneys admitted pro hac vice, must register as filing users of the court's ECF system prior to filing any pleadings electronically. Registration can be accomplished by filling in the on-line ECF registration or by completing an ECF Registration Form, a copy of which is on the Court's web page (www.mad.uscourts.gov). If not submitted on-line, completed ECF Registration Forms should be mailed or hand delivered to:

> Clerk, United States District Court
> Attn: CM/ECF Registration
> John Joseph Moakley United States Courthouse
> 1 Courthouse Way, Suite 2300
> Boston, MA 02210

2.  Any one who is a party to a civil action, and not a prisoner,  and who is not represented by an attorney may register as a filing user in the ECF system.  If during the course of the action the person retains an attorney who appears on the person's behalf, the Clerk shall terminate the person's registration upon the attorney's appearance.

3.  A registered user shall not allow another person to file a document using the user's log-in and password, except for an authorized agent of the filing user.  Use of a user's log-in and password by a staff member shall be deemed to be the act of the registered user.

4.  Registration constitutes consent to service of all documents by electronic means as provided in these procedures and Federal Rule of Civil Procedure (Fed.R.Civ.P) 5(b) and 77(d), and Federal Rule of Criminal Procedure (Fed.R.Crim.P.) 49(b).

5.  Once an account has been established by the court, your login and password will be sent to you by the Office of the Clerk via e-mail.

filing. A filer who cannot file a document electronically because of a problem on the filer's end must file the document conventionally with the document in PDF format on a 3.5" floppy or compact disk or contact the Clerk's Office for permission to file the PDF document via e-mail. Since help desk support will only be available during normal business hours, filers are strongly urged to electronically file any documents due on a given day during normal business hours.

## U.  Pro Se Litigation

Non-prisoner pro se litigants in civil actions may register with ECF or may file (and serve) all pleadings and other documents on paper. The Clerk's Office will scan into ECF any pleadings and documents filed on paper in accordance with section H of these procedures.

## V.  Access to Electronically Stored Documents

The public may review at the Clerk's Office all filings that have not been sealed. The public may access civil and criminal files in ECF through the court's Internet site (www.mad.uscourts.gov) by obtaining a PACER log-in and password. Documents in criminal cases are available through remote public access as, the District of Massachusetts is part of a pilot program adopted by the Judicial Conference of the United States in March 2002 to provide public access to electronic files in criminal cases in a selected number of courts.

## W.  Retention

Unless otherwise ordered by the Court, documents that are filed on paper and subsequently uploaded to the ECF system may be destroyed and need not be maintained in its paper form by the Clerk's Office. Any document requiring an original signature shall be maintained by the attorney until two (2) years after the expiration of the time for filing a timely appeal. (See subsection J(2) and (3))

administrative procedures 10-24.wpd