*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USCA Docket Number:

USDC Docket Number : 04-cv-11900

Dan Howard,

v.

Stuart Juckett, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/8/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 22, 2005.

Sarah A Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/22/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, CASREF

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11900-NG

| | |
|---|---|
| Howard v. HD Vest Financial Services et al | Date Filed: 08/31/2004 |
| Assigned to: Nancy Gertner | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Robert B. Collings | Nature of Suit: 440 Civil Rights: Other |
| Cause: 28:1331 Fed. Question: Breach of Contract | Jurisdiction: Federal Question |

**Plaintiff**

**Dan Howard**  represented by **Dan Howard**
P.O. Box 440250
Somerville, MA 02144
617-529-8886
PRO SE

V.

**Defendant**

**HD Vest Financial Services**  represented by **Alice C. Hou**
Hughes, Hubbard & Reed LLP
1775 I St., N.W.
Suite 600
Washington, DC 20006
202-721-4711
Fax: 202-721-4646
Email: hou@hugheshubbard.com
*TERMINATED: 07/29/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE*

*NOTICED*

**Joel E. Greer**
Hughes, Hubbard & Reed LLP
1775 I St., N.W.
Suite 600
Washington, DC 20006
202-721-4600
Fax: 202-721-4646
Email: greer@hugheshubbard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Steven W. Kasten**
McDermott, Will & Emery
28 State Street
Boston, MA 02109
617-535-4000
Fax: 617-535-3800
Email: skasten@mwe.com
*TERMINATED: 07/29/2005*
*ATTORNEY TO BE*
*NOTICED*

**Defendant**

Stuart K. Juckett         represented by  **David C. Grossack**
P.O. Box 90
Hull, MA 02045
781-261-9990
Fax: 781-261-9996
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Defendant**

| | | |
|---|---|---|
| **National Association of Securities Dealers** | represented by | **Terri L. Reicher** Office of General Counsel National Association of Securities Dealers, Inc. 1735 K Street, N.W. Washington, DC 20006 202-728-8967 Fax: 202-728-8894 Email: Terri.Reicher@nasd.com *LEAD ATTORNEY ATTORNEY TO BE NOTICED* **Pamela E. Berman** Adler Pollock & Sheehan 175 Federal Street Boston, MA 02110 617-482-0600 Fax: 617-482-0604 Email: pberman@apslaw.com *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 58333, filed by Dan Howard.(Filo, Jennifer) (Entered: 09/01/2004) |
| 08/31/2004 | ● | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Filo, Jennifer) (Entered: 09/01/2004) |
| 08/31/2004 | ● | Summons Issued as to HD Vest Financial Services, |

| | | |
|---|---|---|
| | | Stuart K. Juckett, National Association of Securities Dealers. (Filo, Jennifer) (Entered: 09/01/2004) |
| 09/27/2004 | 2 | MOTION to Dismiss by HD Vest Financial Services. (Kasten, Steven) (Entered: 09/27/2004) |
| 09/27/2004 | 3 | MEMORANDUM in Support re 2 MOTION to Dismiss filed by HD Vest Financial Services. (Kasten, Steven) (Entered: 09/27/2004) |
| 09/27/2004 | 4 | DECLARATION re 2 MOTION to Dismiss by HD Vest Financial Services. (Attachments: # 1)(Kasten, Steven) (Entered: 09/27/2004) |
| 09/30/2004 | 5 | NOTICE of Appearance by Pamela E. Berman on behalf of National Association of Securities Dealers (Berman, Pamela) (Entered: 09/30/2004) |
| 09/30/2004 | 6 | MOTION for Leave to Appear Pro Hac Vice by Terri L. Reicher by National Association of Securities Dealers.(Berman, Pamela) (Entered: 09/30/2004) |
| 09/30/2004 | 7 | AFFIDAVIT in Support re 6 MOTION for Leave to Appear Pro Hac Vice by Terri L. Reicher. (Berman, Pamela) (Entered: 09/30/2004) |
| 09/30/2004 | 8 | CORPORATE DISCLOSURE STATEMENT by National Association of Securities Dealers. (Berman, Pamela) (Entered: 09/30/2004) |
| 09/30/2004 | 9 | CERTIFICATE OF CONSULTATION re 6 MOTION for Leave to Appear Pro Hac Vice by Terri L. Reicher by Pamela E. Berman on behalf of National Association of Securities Dealers. (Berman, Pamela) (Entered: 09/30/2004) |
| 10/04/2004 | 10 | MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(h)(3)* by National Association of Securities Dealers.(Berman, Pamela) (Entered: 10/04/2004) |
| 10/04/2004 | 11 | MEMORANDUM in Support re 10 MOTION to |

| | | |
|---|---|---|
| | | Dismiss *Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(h)(3)* filed by National Association of Securities Dealers. (Berman, Pamela) (Entered: 10/04/2004) |
| 10/04/2004 | 12 | AFFIDAVIT of Barbara Z. Sweeney by National Association of Securities Dealers. (Attachments: # 1 Exhibit Ex. A to Certificate of NASD Business Records# 2 Exhibit Ex. B to Certification of NASD Business Records# 3 Exhibit Ex. C to Certification of NASD Business Records# 4 Exhibit Ex. D to Certification of NASD Business Records)(Berman, Pamela) (Entered: 10/04/2004) |
| 10/04/2004 | 13 | CERTIFICATE OF CONSULTATION re 10 MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(h)(3)* by Pamela E. Berman on behalf of National Association of Securities Dealers by on behalf of National Association of Securities Dealers. Related document: 10 MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(h)(3)* filed by National Association of Securities Dealers.(Berman, Pamela) (Entered: 10/04/2004) |
| 10/04/2004 | 17 | MOTION for Entry of Default as to defendant HD Vest Financial Services by Dan Howard.(Filo, Jennifer) (Entered: 10/05/2004) |
| 10/05/2004 | 14 | MOTION for Leave to Appear Pro Hac Vice by Alice C. Hou by HD Vest Financial Services.(Kasten, Steven) (Entered: 10/05/2004) |
| 10/05/2004 | 15 | AFFIDAVIT in Support re 14 MOTION for Leave to Appear Pro Hac Vice by Alice C. Hou. (Kasten, Steven) (Entered: 10/05/2004) |
| 10/05/2004 | 16 | CORPORATE DISCLOSURE STATEMENT by HD Vest Financial Services. (Kasten, Steven) (Entered: 10/05/2004) |

| | | |
|---|---|---|
| 10/05/2004 | ○ | Filing fee: $ 50.00, receipt number 59072 regarding Motion for Admission Pro Hac Vice of Alice C. Hou (Filo, Jennifer) (Entered: 10/20/2004) |
| 10/08/2004 | 18 | Opposition re 17 MOTION for Entry of Default filed by HD Vest Financial Services. (Attachments: # 1 Exhibit 1)(Kasten, Steven) (Entered: 10/08/2004) |
| 10/08/2004 | 23 | Opposition re 2 Defendant HD Vest Financial Services' MOTION to Dismiss filed by Dan Howard. (Filo, Jennifer) (Entered: 10/27/2004) |
| 10/08/2004 | 24 | MOTION for Entry of Default as to defendant National Association of Securities Dealers by Dan Howard.(Filo, Jennifer) (Entered: 10/27/2004) |
| 10/08/2004 | 25 | MOTION for continuance of Defendant HD Financial Services Motion to Dismiss by Dan Howard.(Filo, Jennifer) (Entered: 10/27/2004) |
| 10/08/2004 | 26 | DECLARATION by Dan Howard. (Filo, Jennifer) (Entered: 10/27/2004) |
| 10/15/2004 | 27 | Opposition re 10 defendant National Association of Securities Delears' MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(h)(3)* filed by Dan Howard. (Filo, Jennifer) (Entered: 10/27/2004) |
| 10/19/2004 | 28 | Opposition re 24 MOTION for Entry of Default filed by National Association of Securities Dealers. (Attachments: # 1 Part 2)(Filo, Jennifer) (Entered: 10/27/2004) |
| 10/19/2004 | 29 | CERTIFICATE OF CONSULTATION re 24 MOTION for Entry of Default by National Association of Securities Dealers. (Filo, Jennifer) (Entered: 10/27/2004) |
| 10/20/2004 | 30 | MOTION for Entry of Default as to Defendant Stuart Juckett by Dan Howard.(Filo, Jennifer) (Entered: 10/27/2004) |

| | | |
|---|---|---|
| 10/21/2004 | 19 | Response by HD Vest Financial Services to *"Notice of Plaintiff's Motion and Motion Requesting Continuance of Defendant HD Financial Services Motion to Dismiss"*. (Kasten, Steven) (Entered: 10/21/2004) |
| 10/22/2004 | | Filing fee: $ 50.00, receipt number 59528 regarding Motion for Admission Pro Hac Vice of Terri Reicher (Filo, Jennifer) (Entered: 11/03/2004) |
| 10/27/2004 | 20 | MOTION for Leave to File *a Reply Brief in Support of Motion to Dismiss Complaint* by National Association of Securities Dealers.(Berman, Pamela) (Entered: 10/27/2004) |
| 10/27/2004 | 21 | CERTIFICATE OF SERVICE by National Association of Securities Dealers re 20 MOTION for Leave to File *a Reply Brief in Support of Motion to Dismiss Complaint*. (Berman, Pamela) (Entered: 10/27/2004) |
| 10/27/2004 | 22 | CERTIFICATE OF CONSULTATION re 20 MOTION for Leave to File *a Reply Brief in Support of Motion to Dismiss Complaint* by Pamela E. Berman on behalf of National Association of Securities Dealers. (Berman, Pamela) (Entered: 10/27/2004) |
| 10/27/2004 | 31 | Judge Nancy Gertner : ORDER entered REFERRING CASE to Magistrate Judge Robert B. Collings Referred for: Discovery/Dispositive Motions(Filo, Jennifer) (Entered: 10/27/2004) |
| 11/01/2004 | 32 | NOTICE of Appearance by David C. Grossack on behalf of Stuart K. Juckett (Filo, Jennifer) (Entered: 11/03/2004) |
| 11/01/2004 | 33 | Opposition re 30 MOTION for Entry of Default as to Stuart K. Juckett filed by Stuart K. Juckett. (Filo, Jennifer) (Entered: 11/03/2004) |
| 11/01/2004 | 34 | Opposition re 30 MOTION for Entry of Default filed by Stuart K. Juckett. (Filo, Jennifer) (Entered: |

| | | |
|---|---|---|
| | | 11/03/2004) |
| 11/01/2004 | 35 | CERTIFICATE OF SERVICE by Stuart K. Juckett re 34 Opposition to Motion, 32 Notice of Appearance, 33 Opposition to Motion. (Filo, Jennifer) (Entered: 11/03/2004) |
| 11/04/2004 | | Judge Robert B. Collings : ELECTRONIC ORDER entered granting 6 Motion for Leave to Appear Pro Hac Vice ; and granting 14 Motion for Leave to Appear Pro Hac Vice. (Dolan, Kathleen) (Entered: 11/04/2004) |
| 11/04/2004 | | Judge Robert B. Collings : ELECTRONIC ORDER entered denying 17 Motion for Entry of Default, denying 24 Motion for Entry of Default, denying 25 Motion Requesting Continuance. (Dolan, Kathleen) (Entered: 11/04/2004) |
| 11/04/2004 | 36 | NOTICE of Hearing on Motion 30 MOTION for Entry of Default: Motion Hearing set for 11/15/2004 02:15 PM in Courtroom 14 before Robert B. Collings. (Dolan, Kathleen) (Entered: 11/04/2004) |
| 11/04/2004 | | ***Attorney Alice C. Hou for HD Vest Financial Services, Terri L. Reicher for National Association of Securities Dealers added. (Filo, Jennifer) (Entered: 11/09/2004) |
| 11/09/2004 | 37 | MOTION to Dismiss by Stuart K. Juckett.(Filo, Jennifer) (Entered: 11/10/2004) |
| 11/09/2004 | 38 | Brief in Support re 37 MOTION to Dismiss filed by Stuart K. Juckett. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Filo, Jennifer) (Entered: 11/10/2004) |
| 11/10/2004 | 39 | MOTION to Continue Hearing Scheduled for Monday, November 15, 2004 at 2:15 by Dan Howard. (Filo, Jennifer) (Entered: 11/12/2004) |
| 11/10/2004 | 40 | NOTICE OF INTERLOCUTORY APPEAL as to |

| | | |
|---|---|---|
| | | Order on Motion for Entry of Default, by Dan Howard. Appeal Record due by 11/30/2004. (Filo, Jennifer) (Entered: 11/12/2004) |
| 11/12/2004 | 41 | Judge Robert B. Collings : ORDER ON PLAINTIFF'S MOTION FOR CONTINUANCE OF HEARING, ETC. entered granting 39 Motion to Continue. The hearing is re-scheduled for Friday, December 17, 2004 at 11:00 A.M. (Dolan, Kathleen) (Entered: 11/15/2004) |
| 11/12/2004 | 42 | EMERGENCY MOTION to Continue Hearing on Plaintiff's Motion to Default by Stuart K. Juckett.(Filo, Jennifer) (Entered: 11/15/2004) |
| 11/12/2004 | 43 | CERTIFICATE OF SERVICE by Stuart K. Juckett re 42 MOTION to Continue. (Filo, Jennifer) (Entered: 11/15/2004) |
| 11/15/2004 | | Judge Robert B. Collings : ELECTRONIC ORDER entered granting, no opposition having been filed, 20 Motion for Leave to File Reply Brief. (Dolan, Kathleen) (Entered: 11/15/2004) |
| 11/17/2004 | 44 | Certified and Transmitted Record on Appeal to US Court of Appeals re 40 Notice of Interlocutory Appeal, NOA #40 & copies of original electronic documents 1, 17, 25 & electronic order dated 11/4/04. (Ramos, Jeanette) (Entered: 11/17/2004) |
| 11/17/2004 | 45 | USCA Case Number: 04-2559 assigned by First Circuit for 40 Notice of Interlocutory Appeal filed by Dan Howard. (Ramos, Jeanette) (Entered: 11/19/2004) |
| 11/24/2004 | 46 | BRIEF by HD Vest Financial Services to 40 Notice of Interlocutory Appeal *Opposition by HD VEST Financial Services to 40 Notice of Interlocutory Appeal*. (Hou, Alice) Additional attachment(s) added on 11/29/2004 (Filo, Jennifer). (Entered: 11/24/2004) |
| 11/24/2004 | 47 | RESPONSE to Motion re 42 MOTION to Continue |

| | | |
|---|---|---|
| | | filed by Stuart K. Juckett. (Filo, Jennifer) (Entered: 12/01/2004) |
| 12/02/2004 | 48 | Judge Robert B. Collings : AMENDED ORDER ON PLAINTIFF'S MOTION FOR CONTINUANCE OF HEARING, ETC. (#39).(Dolan, Kathleen) (Entered: 12/02/2004) |
| 12/17/2004 | 49 | NOTICE by HD Vest Financial Services re 46 Brief (Attachments: # 1 Exhibit A to Notice of Attempted Service)(Hou, Alice) (Entered: 12/17/2004) |
| 12/27/2004 | 50 | USCA Judgment as to notice of appeal 40 filed by Dan Howard. By order entered November 24, 2004, appellant was directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction. Appellant was warned that failure to respond by December 8, 2004 would lead to dismissal for lack of diligent prosecution. Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed with Local Rule 3(b). Issued in the Court of Appeal for the First Circuit 12/21/04. (Ramos, Jeanette) (Entered: 12/27/2004) |
| 12/29/2004 | 51 | EMERGENCY MOTION for Protective Order by Dan Howard.(Filo, Jennifer) (Entered: 01/04/2005) |
| 01/12/2005 | 52 | Opposition re 51 MOTION for Protective Order filed by Stuart K. Juckett. (Filo, Jennifer) (Entered: 01/13/2005) |
| 01/20/2005 | 53 | MANDATE of USCA as to 40 Notice of Interlocutory Appeal filed by Dan Howard. By order entered November 24, 2004, appellant was directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction. Appellant was warned that failure to respond by December 8, 2004 would lead to dismissal for lack of diligent prosecution. Appellant having failed to file a timely |

| | | |
|---|---|---|
| | | response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3 (b). (Ramos, Jeanette) (Entered: 01/20/2005) |
| 01/20/2005 | | Appeal Record Returned: 40 Notice of Interlocutory Appeal (Ramos, Jeanette) (Entered: 01/20/2005) |
| 01/20/2005 | 54 | MEMORANDUM in Opposition re 51 MOTION for Protective Order filed by National Association of Securities Dealers. (Berman, Pamela) (Entered: 01/20/2005) |
| 01/20/2005 | 55 | MEMORANDUM in Opposition re 51 MOTION for Protective Order filed by National Association of Securities Dealers. (Berman, Pamela) (Entered: 01/20/2005) |
| 01/20/2005 | | ElectronicClerk's Notes for proceedings held before Judge Robert B. Collings: Status Conference held on 1/20/2005. Plaintiff seeks to proceed with Motion to Default defendant Juckett (#30). Evidentiary hearing on motion set for 2/24/2005 at 2:00 P.M. Plaintiff must have Mr. Guskin present to testify; defendant Juckett must be present. No further continuances. Counsel must file and serve a letter by cob 1/27 confirming everyone's availablity for the 24th. (Digital Recording.) (Entered: 01/20/2005) |
| 01/20/2005 | | Judge Robert B. Collings : ElectronicORDER entered denying 51 Emergency Motion for Protective Order. To the extent this is an attempt to amend the Complaint, it is improper form. The plaintiff is free to seek the assistance of law enforcement authorities if he believes Mr. Juckett or his attorney have committed any criminal acts. (Dolan, Kathleen) (Entered: 01/24/2005) |
| 01/28/2005 | 56 | Letter/request (non-motion) from David C. Grossack to Judge Collings re: court date of 2/24/05. (Filo, Jennifer) (Entered: 02/01/2005) |
| | | |

| | | |
|---|---|---|
| 01/28/2005 | 57 | Letter/request (non-motion) from Dan Howard to Mag. Judge Collings. (Attachments: # 1 Exhibit)(Filo, Jennifer) (Entered: 02/15/2005) |
| 02/22/2005 | 58 | NOTICE OF INTERLOCUTORY APPEAL as to 48 Order by Dan Howard. Appeal Record due by 3/14/2005. (Filo, Jennifer) (Entered: 02/22/2005) |
| 02/22/2005 |  | Judge Robert B. Collings: Electronic ORDER entered. It is ORDERED that Plaintiff's Motion for Stay of Proceedings in this case and Plaintiff's Motion for Immediate Default (both contained in pleading #68 entitled "Notice of Plaintiff's Appeal, Etc.") be, and the same hereby are, DENIED. (Entered: 02/22/2005) |
| 02/24/2005 |  | Judge Robert B. Collings: Electronic ORDER entered denying 30 Motion for Entry of Default for failure of the plaintiff to prosecute the motion, plaintiff failing to appear at the evidentiary hearing on the motion scheduled for this date. (Entered: 02/24/2005) |
| 02/24/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings: Case called for evidentiary hearing on 2/24/2005 re: Motion #30. Defendant Juckett and his attorney appear; neither plaintiff nor his witness appear. Motion #30 will be denied for failure to prosecute. The Court shall issue a Report and Recommendation that all claims against defendant Juckett be dismissed for want of prosecution and that a judgment enter against the plaintiff for defendant Juckett's costs in travelling to Boston for the hearing and for his return home. Affidavit of costs to be filed and served on or before the close of business on Thursday, March 10, 2005. (Digital Recording.) (Entered: 02/24/2005) |
| 02/24/2005 | 59 | Opposition re 30 MOTION for Entry of Default and Summary Judgment filed by Stuart K. Juckett. (Filo, Jennifer) (Entered: 02/28/2005) |
| | | |

| | | |
|---|---|---|
| 03/04/2005 | ●60 | Certified and Transmitted Record on Appeal to US Court of Appeals re 58 Notice of Interlocutory Appeal, NOA #58 & original electronic copy of #48 (Ramos, Jeanette). (Entered: 03/04/2005) |
| 03/07/2005 | ●62 | MOTION for Sanctions by Stuart K. Juckett. (Attachments: # 1 Affidavit of David C. Grossack) (Filo, Jennifer) (Entered: 03/10/2005) |
| 03/07/2005 | ●63 | CERTIFICATE OF CONSULTATION re 62 MOTION for Sanctions by David C. Grossack on behalf of Stuart K. Juckett. (Filo, Jennifer) (Entered: 03/10/2005) |
| 03/09/2005 | ●64 | MOTION for Sanctions as to Defendant's Attorney Steve Kasten by Dan Howard.(Filo, Jennifer) (Entered: 03/14/2005) |
| 03/09/2005 | ●65 | MOTION to Initiate Early Discovery by Dan Howard. (Filo, Jennifer) (Entered: 03/14/2005) |
| 03/09/2005 | ●66 | MOTION for Mental Examination of Defendant Stuart Juckett by Dan Howard.(Filo, Jennifer) (Entered: 03/14/2005) |
| 03/09/2005 | ●67 | MOTION to Sever Defendant National Association of Securities Dealers by Dan Howard.(Filo, Jennifer) (Entered: 03/14/2005) |
| 03/09/2005 | ●68 | MOTION to Sever Case of HD Vest by Dan Howard. (Filo, Jennifer) (Entered: 03/14/2005) |
| 03/09/2005 | ●69 | NOTICE OF APPEAL by Dan Howard. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/29/2005. (Filo, Jennifer) (Entered: 03/14/2005) |
| 03/10/2005 | ●61 | USCA Case Number 05-1316 for 58 Notice of |

| | | |
|---|---|---|
| | | Interlocutory Appeal filed by Dan Howard,. (Ramos, Jeanette) (Entered: 03/10/2005) |
| 03/10/2005 | 71 | AFFIDAVIT by Stuart K. Juckett. (Filo, Jennifer) (Entered: 03/22/2005) |
| 03/14/2005 | 70 | MEMORANDUM in Opposition re 67 MOTION to Sever filed by National Association of Securities Dealers. (Berman, Pamela) (Entered: 03/14/2005) |
| 03/14/2005 | | Judge Robert B. Collings : Electronic ORDER entered denying 65 Motion for Discovery; denying 66 Motion for Mental Examination; denying 67 Motion to Sever Nat'l Assn. of Securities Dealers; and denying 68 Motion to Sever Case of HD Vest. (Dolan, Kathleen) (Entered: 03/14/2005) |
| 03/22/2005 | 72 | Opposition re 64 MOTION for Sanctions filed by HD Vest Financial Services. (Hou, Alice) (Entered: 03/22/2005) |
| 04/06/2005 | 73 | Certified and Transmitted Record on Appeal to US Court of Appeals re 69 Notice of Appeal, (Ramos, Jeanette) (Entered: 04/07/2005) |
| 04/08/2005 | 74 | USCA Case Number 05-1508 for 69 Notice of Appeal, filed by Dan Howard,. (Ramos, Jeanette) (Entered: 04/08/2005) |
| 05/18/2005 | 75 | NOTICE of Application and Appeal to the United States Supreme Court for Temporary Writ Asserting Jurisdiction by Dan Howard (Filo, Jennifer) (Entered: 05/25/2005) |
| 06/02/2005 | 76 | Judge Robert B. Collings : REPORT AND RECOMMENDATIONS re 2 MOTION to Dismiss filed by HD Vest Financial Services. Recommendation: Motion to Dismiss #2 be ALLOWED without prejudice; Objections to R&R due by 6/16/2005.(Dolan, Kathleen) (Entered: 06/02/2005) |
| | | |

| | | |
|---|---|---|
| 06/02/2005 | 77 | Judge Robert B. Collings : REPORT AND RECOMMENDATIONS: RECOMMEND that Judgment enter dismissing plaintiff's claims against defendant Juckett; that Judgment enter against plaintiff in favor of defendant Juckett; and that defendant Juckett's Motion to Dismiss be DENIED as Moot. Objections to R&R due by 6/16/2005(Dolan, Kathleen) (Entered: 06/02/2005) |
| 06/02/2005 | 78 | Judge Robert B. Collings : REPORT AND RECOMMENDATIONS re 10 MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(h)(3)* filed by National Association of Securities Dealers. Recommendation: Motion to Dismiss #10 be ALLOWED and that JUDGMENT enter dismissing plaintiff's claims against NASD, Inc. Objections to R&R due by 6/16/2005(Dolan, Kathleen) (Entered: 06/02/2005) |
| 06/13/2005 | 83 | ANSWER (OBJECTION) to 76, 77, 78 Report and Recommendations filed by Dan Howard. (Filo, Jennifer) (Entered: 07/29/2005) |
| 06/14/2005 | 79 | MANDATE of USCA as to 58 Notice of Interlocutory Appeal filed by Dan Howard. Dan Howard filed a notice of appeal from an order granting his motion for continuance of a hearing on his motion for a default to be entered against defendant Stuart K. Juckett. In an order dated 3/25/05, this court directed appellant to show cause why his appeal from a non-final order should not be dismissed for lack of jurisdiction. In his response, appellant argues that this court should exercise mandamus jurisdiction pursuant to 28 U.S.C. 1651...This is not an appropriate case for invoking mandamus jurisdiction. This appeal is DISMISSED FOR LACK OF JURISDICTION. (Ramos, Jeanette) (Entered: 06/14/2005) |
| 06/16/2005 | 80 | USCA Judgment as to Notice of Appeal 69 filed by |

| | | |
|---|---|---|
| | | Dan Howard. This appeal is DISMISSED FOR LACK OF JURISDICTION. See Judgment for further details. (Ramos, Jeanette) (Entered: 06/16/2005) |
| 06/30/2005 | | Judge Robert B. Collings : Electronic ORDER entered terminating 42 Motion to Continue as moot. (Collings, Robert) (Entered: 06/30/2005) |
| 06/30/2005 | 81 | MOTION for Leave to Appear Pro Hac Vice by Joel E. Greer by HD Vest Financial Services.(Hou, Alice) Additional attachment(s) added on 7/7/2005 (Filo, Jennifer). (Entered: 06/30/2005) |
| 07/01/2005 | 85 | MOTION for Further Sanctions by Stuart K. Juckett. (Docket clerk received on 7/29/05, motion originally filed in wrong case 03cv11759RWZ.)(Filo, Jennifer) (Entered: 07/29/2005) |
| 07/05/2005 | | Filing fee: $ 50.00, receipt number 65360 regarding Motion for Leave to Appear Pro Hac Vice 81 (Filo, Jennifer) (Entered: 07/07/2005) |
| 07/07/2005 | 82 | MANDATE of USCA as to 69 Notice of Appeal, filed by Dan Howard. Dan Howard filed a notice of appeal from an oral order by the magistrate judge indicating that a Report and Recommendation would issue recommending the dismissal of Howard's claims against defendant Stuart Juckett. Since the notice of appeal was filed, the district court has issued such a Report and Recommendation. However, a final judgment has not yet issued as to the claims against any of the defendants. Absent compliance with Fed. R. Civ. P. 54(b), plaintiff must wait until all claims against all parties have been finally adjudicated before appealing. This appeal is DISMISSED FOR LACK OF JURISDICTION. (Ramos, Jeanette) (Entered: 07/07/2005) |
| 07/29/2005 | 84 | NOTICE of Withdrawal of Appearance Attorney Alice C. Hou and Steven W. Kasten terminated. (Hou, |

| | | |
|---|---|---|
| | | Alice) (Entered: 07/29/2005) |
| 08/17/2005 | | Judge Nancy Gertner : Electronic ORDER entered finding as moot 37 defendant Juckett's Motion to Dismiss, granting 62 defendant Juckett's Motion for Sanctions (in the amount of $5,000), denying 64 Motion for Sanctions as against attorney Steve Kasten, adopting Report and Recommendations 76 concerning HD Vest [#2], adopting Report and Recommendations re 77 concerning defendant Juckett, adopting Report and Recommendations re 78 concerning defendant NASD [#10], granting 81 Motion for Leave to Appear Pro Hac Vice, denying 85 Motion for Sanctions, granting 10 Motion to Dismis (brought by NASD). By this order, I adopt three Reports and Recommendations ("R & R") addressed to claims brought by the three defendants in this case. No objections to the R and R have been filed as required. In any case, I endorse the reasoning and the result of the three "R & R"s. Judgment is hereby entered in favor of Juckett for $6,020.15 which consists of Juckett's costs expended in connection with a hearing at which the plaintiff failed to appear (described in docket #71, and R & R #77), in addition to $5,000 in sanctions (described in #62 and R & R #77). (Gertner, Nancy) (Entered: 08/17/2005) |
| 08/17/2005 | 86 | Judge Nancy Gertner: ORDER entered; JUDGMENT on Attorney Fees. Fees awarded to Stuart K. Juckett against Plaintiff(Filo, Jennifer) (Entered: 08/18/2005) |
| 09/08/2005 | 87 | NOTICE OF APPEAL as to 86 Judgment on Attorney Fees by Dan Howard. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/28/2005. (Filo, |

| | | |
|---|---|---|
| | | Jennifer) (Entered: 09/09/2005) |
| 09/14/2005 | 88 | MOTION for written decision regarding application to this honorable court for electronic filing and Notice of Application and Appeal to the US Supreme Court for Temporary Writ asserting jurisdiction. by Dan Howard.(Filo, Jennifer) (Entered: 09/15/2005) |