UNITED STATES DISTRICT COURT

CIVIL DOCKET NO. 1:04 CV 11900

|  |  |  |
|---|---|---|
| DAN HOWARD,<br>    Plaintiff | )<br>)<br>)<br>) | **RESPONSE OF DEFENDANT STUA**[cut off] |
| v. | )<br>) | **JUCKETT'S COUNSEL TO**<br>**PLAINTIFF'S MOTION FOR RULE** |
| STUART JUCKETT, ET AL.<br>    Defendant | )<br>)<br>)<br>)<br>) | **60 (B) HEARING** |

      Now comes counsel and responds to Plaintiff Dan Howard's Motion For 60 (b) hearing

1.      My name is David Grossack. I have a usual place of business at 1320 Centre Street, Newton.

2.      I am a lawyer in good standing in this state and in the federal bar.

3.      The plaintiff bases his motion on a false and malicious statement that counsel was disbarred.

4.      I have never been reprimanded, censured, or suspended by the Bar, and am shocked by the blatantly false and easily dispelled allegation.

5.      From past experience in this case, it appears that plaintiff's sole reason for making this

statement in to create a privileged electronic record which would be found on-line.

6.  Defendant renews his request that the Court strike these filings from the Electronic Ca filings and sanction the plaintiff.

>Stuart Juckett,
>by his attorney,
>
>David C. Grossack
>Suite 103
>1320 Centre St.
>Newton, MA 02459
>(617) 965- 9300
>BBO# 212890

Dated: September 14, 2005

sj005
DCG:mra

UNITED STATES DISTRICT COURT

CIVIL DOCKET NO. 1:04 CV 11900

| | |
|---|---|
| DAN HOWARD,<br>    Plaintiff )<br>)<br>v. )<br>)<br>STUART JUCKETT, ET AL. )<br>    Defendant ) | **CERTIFICATE OF SERVICE** |

I, David C. Grossack, hereby certify that on this 14th day of September, 2005, I sent a copy of the within Response to Plaintiff Dan Howard's Motion For 60(b) Hearing to all interested parties.

*[signature]*

David C. Grossack, Esquire
Suite 103
1320 Centre St.
Newton, MA 02459
(617) 965-9300
BBO # 212890