# United States Court of Appeals
## For the First Circuit

No. 05-2421
DC No. 04-11900

DAN HOWARD

Plaintiff - Appellant

v.

HD VEST FINANCIAL SERVICES; STUART K. JUCKETT; NATIONAL ASSOCIATION OF SECURITIES DEALERS

Defendants - Appellees

**Order Of The Court**
**Entered: November 16, 2005**

Appellant's Affidavit to Accompany Motion for Leave to Proceed in Forma Pauperis is construed as a motion to proceed on appeal in forma pauperis. We transmit the request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If defendant-appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

By the Court:

Richard Cushing Donovan, Clerk

**JULIE GREGG**

By: _____
Operations Manager

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: _____  Date: 11/16/05

[Certified Copies: Honorable Nancy Gertner, Sarah A. Thornton, Clerk, USDC of Massachusetts]

[Dan Howard, Joel Greer, Esq., David Grossack, Esq., Terri Reicher, Esq., Pamela Berman, Esq.]