U.S. COURT OF APPEALS, FIRST CIRCUIT, APPELLEE'S BRIEF OF 11/14/05 IS NONCOMPLIANT WITH LOCAL RULE 32 AND FED.R.APP. 28(A). FURTHER ATTORNEY KEVIN T. ABIKOFF FAILED TO FILE APPEARANCE. MR. ABIKOFF HAS ATTEMPTED A FRAUD ON THE COURT. APPELLANT DAN HOWARD OBJECTS TO ANY EXTENSION OF TIME FOR THIS DEFENDANT, AND TO DECLARE DEFENDANT IN DEFAULT.

## Affidavit to Accompany Motion for Leave to Appeal in Forma Pauperis

District Court No. U.S. COURT OF APPEALS, FIRST CIRCUIT
Appeal No. 05-2421                                              dct# 04-11900

DAN HOWARD, PLAINTIFF, APPELLANT

v.

H.D VEST FINANCIAL SERVICES ("HDVFS"), STUART K. JUCKETT, NATIONAL ASSOCIATION SECURITIES DEALERS ("NASD")

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) Signed: [signature] | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. Date: 11/15/05 |

My issues on appeal are:

1. THE NASD SHARED MY PRIVATE INFORMATION WITH A KNOWN STALKER, STUART JUCKETT. THEY VIOLATED MY CONSTITUTIONAL RIGHT TO BE "LEFT ALONE".
2. HDVFS BREACHED MY CONTRACT BECAUSE JUCKETT WAS STALKING ME.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | N/A | $ | $ |
| Self-employment | ~$600 | N/A | $ | $ |
| Income from real property (such as rental income) | $0 | $0 | $0 | $0 |
| Interest and dividends | $0 | $0 | $0 | $0 |

THEREFORE, I LOST $500,000 IN ORDERS. ("GROSSACK")

3. DEFENDANT JUCKETT, AND HIS ATTORNEY, WITHELD FROM THE COURT THAT THEY BELONG TO A WHITE SUPREMACIST GROUP, KNOWN AS "THE PATRIOT GROUP".
4. PLAINTIFF HOWARD IS BEING STALKED BECAUSE HE IS HISPANIC.
5. NASD (BOSTON) DISPLAYED IN THEIR OFFICE A DOLL WITH A ROPE AROUND ITS NECK, DEPICTING THE LYNCHING OF A BLACK MAN. (OVER)

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $_____ | $_____ | $_____ | $_____ |
| Alimony | $_____ | $_____ | $_____ | $_____ |
| Child support | $_____ | $_____ | $_____ | $_____ |
| Retirement (such as social security, pensions, annuities, insurance | $_____ | $_____ | $_____ | $_____ |
| Disability (such as social security, insurance payments) | $_____ | $_____ | $_____ | $_____ |
| Unemployment payments | $_____ | $_____ | $_____ | $_____ |
| Public-assistance (such as welfare) | $_____ | $_____ | $_____ | $_____ |
| Other (specify):_____ | $_____ | $_____ | $_____ | $_____ |
| Total Monthly income: | $_____ | $_____ | $_____ | $_____ |

*[N/A written across entire income table]*

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| SELF-EMPLOYED | | | ~600 |
| | | | |
| | | | |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | N/A | |

2

4. How much cash do you and your spouse have? $ <500

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | N/A | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| 0 | | 0 | | Make & year: 1998 HONDA Model: ACCORD ~$1,200 Registration#: | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: Model: Registration#: | 0 | 0 | | 0 | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | N/A | |
| | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| | N/A | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.   ~ = APPROX.

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | ~$1,000 | $0 |
| Are any real estate taxes included? ☐ Yes ☒ No | | |
| Is property insurance included? ☐ Yes ☒ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | ~$30 | $0 |
| Home maintenance (repairs and upkeep) | $0 | $0 |
| Food | ~$125 | $0 |
| Clothing | $0 | $0 |
| Laundry and dry-cleaning | ~$20 | $0 |
| Medical and dental expenses | $0 | $0 |
| Transportation (not including motor vehicle payments) | ~$5 | $0 |
| Recreation, entertainment, newspapers, magazines, etc. | ~$10 | $0 |
| Insurance (not deducted from wages or included in Mortgage payments) | $ | $ |
|    Homeowner's or renter's | $ N/A | $ N/A |
|    Life | $ N/A | $ N/A |
|    Health | $ N/A | $ N/A |
|    Motor Vehicle | $ ~55 | $ |
|    Other: | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): | $ | $ |
| Installment payments | $ | $ |
|    Motor Vehicle | $ N/A | $ N/A |
|    Credit card (name): | $ N/A | $ N/A |
|    Department store (name): | $ N/A | $ N/A |
|    Other: | $ | $ |

4

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.  ~ ≡ APPROX.

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | ~$1,000 | $0 |
| Are any real estate taxes included? ☐ Yes ☒ No | | |
| Is property insurance included? ☐ Yes ☒ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | ~$30 | $0 |
| Home maintenance (repairs and upkeep) | $0 | $0 |
| Food | ~$125 | $0 |
| Clothing | $0 | $0 |
| Laundry and dry-cleaning | ~$20 | $0 |
| Medical and dental expenses | $0 | $0 |
| Transportation (not including motor vehicle payments) | ~$5 | $0 |
| Recreation, entertainment, newspapers, magazines, etc. | ~$10 | $0 |
| Insurance (not deducted from wages or included in Mortgage payments) | $ | $ |
|     Homeowner's or renter's | $ N/A | $ N/A |
|     Life | $ N/A | $ N/A |
|     Health | $ N/A | $ N/A |
|     Motor Vehicle | $ ~55 | $ N/A |
|     Other: _____ | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): _____ | $ | $ |
| Installment payments | $ | $ |
|     Motor Vehicle | $ N/A | $ N/A |
|     Credit card (name): _____ | $ N/A | $ N/A |
|     Department store (name): _____ | $ N/A | $ N/A |
|     Other: _____ | $ | $ |

4

Alimony, maintenance, and support paid to others $_____ $ N/A

Regular expenses for operations of business, profession, $_____ $ N/A
or farm (attach detailed statement)

Other (specify): _____ $_____ $ N/A

Total monthly expenses: $ 1,225  $_____

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☐ Yes  ☒ No              If yes, describe on an attached sheet.

THE NASD WILL NOT ALLOW ME TO WORK BECAUSE OF MY RACE AND CLASS.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  ☐ Yes  ☒ No

If yes, how much?  $ N/A

If yes, state the attorney's name, address, and telephone number:

N/A

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes  ☒ No

If yes, how much?  $ N/A

If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

13. State the address of your legal residence.
_I'M BEING STALKE BY DEFENDANT JUCKETT._
_I WOULD PREFER THIS REMAIN PRIVATE._ THIS IS A
Your daytime phone number: (617) 529-8886    MAJOR PRIVACY
Your age: _____    Your years of schooling: _____    ISSUE IN
                                                          THIS CASE.

6

# United States Court of Appeals
## For the First Circuit

No. 05-2421

DAN HOWARD

Plaintiff - Appellant

v.

HD VEST FINANCIAL SERVICES; STUART K. JUCKETT; NATIONAL ASSOCIATION OF SECURITIES DEALERS

Defendants - Appellees

## ORDER OF COURT

**Entered: November 14, 2005**

Appellee's' brief filed on 11/14/05, is noncompliant with the following Federal Rules of Appellate Procedure and/or Local Rules of this Court:

- **Local Rule 32**, requiring that one copy of the brief, cover to cover, be submitted on a 3 ½" disk, in either DOS WordPerfect or WordPerfect for Windows, 5.1 or greater. **Appellee's brief on disk does not contain, under appropriate heading and in the order indicated by the rule, a summary of the argument**

- **Fed. R. App. P. 28(b)**, requiring that the appellants' brief must contain, under appropriate headings and in the order indicated by the rule: a table of contents; table of authorities; a summary of the argument; the argument; conclusion. **Appellee's brief does not contain, under appropriate heading and in the order indicated by the rule, a summary of the argument.**

- Other: An appearance form must be filed for attorney **Kevin T. Abikoff**

Appellee's are ordered to file a conforming brief by **November 25, 2005**. Two copies of

the corrected brief must be served upon the opposing party. The due date for the appellant's reply brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31. Appellee's nonconforming brief will be held at the clerk's office until **November 25, 2005,** should the filer who submitted it wish to make arrangements to have it returned.

>By the Court:
>Richard Cushing Donovan, Clerk
>
>JULIE GREGG
>
>By:_____
>   Operations Manager

[cc: Dan Howard, Joel Greer, Esq., David Grossack, Esq., Terri Reicher, Esq., Pamela Berman, Esq.]