UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

```
DAN HOWARD,                              )
     Plaintiff,                          )
                                         )
     v.                                  )   Civ. No. 04-11900-NG
                                         )
HD VEST FINANCIAL SERVICES, STUART       )
K. JUCKETT, and NATIONAL                 )
ASSOCIATION OF SECURITIES DEALERS,       )
                                         )
     Defendants.                         )
```
GERTNER, D.J.

### ORDER RE: MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

By an order dated November 16, 2005, the United States Court of Appeals for the First Circuit transmitted to this Court Plaintiff – Appellant Dan Howard's Motion for Leave to Appeal in Forma Pauperis and supporting Affidavit. A review of Howard's Affidavit demonstrates that he is without sufficient funds to prepay the docket fees of his appeal or post a bond for them. Accordingly, his motion to proceed in forma pauperis is hereby **GRANTED**.


**SO ORDERED.**

Dated: December 22, 2005                         s/NANCY GERTNER, U.S.D.J.