UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO. 04 CV 11900 NG

DAN HOWARD,
    Plaintiff

vs.

STUART JUCKETT, ET. AL.,
    Defendants

## DEFENDANT STUART JUCKETT'S RENEWED MOTION FOR SANCTIONS PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Now comes the Defendant, Stuart Juckett, and moves that the Plaintiff, Dan Howard, be sanctioned for violations of Rule 11 of the Federal Rules of Civil Procedure as described in the attached Memorandum.

WHEREFORE, Defendant Stuart Juckett prays this Court enter an Order declaring Plaintiff a vexatious litigant and place appropriate restrictions on any new actions filed by him against the Defendant.

Respectfully submitted,
Stuart Juckett
by his attorney,

David C. Grossack, Esquire
1320 Centre Street, Suite 103
Newton, MA 02459
(617) 965-9300
BBO # 212890

Dated: May 10, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2006 MAY 25  P 1:53

CIVIL DOCKET NO. 04 CV 11900 NG

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| DAN HOWARD ) | |
| Plaintiff ) | |
| ) | **CERTIFICATION PURSUANT TO** |
| vs. ) | **LOCAL RULE 7.1(a)2** |
| ) | |
| STUART JUCKETT, ET AL ) | |
| Defendants ) | |

I hereby certify that prior to filing this motion I attempted to confer with the plaintiff by calling him. I instead received a phone call from a New York lawyer identifying himself as Gary Schultz calling "as a family friend." We were unable to resolve the issue presented in this motion.

Signed under oath this 19th day of May, 2006,

David C. Grossack, Esquire
1320 Centre Street, Suite 103
Newton, MA 02459
(617) 965-9300
BBO # 212890

sj006.03

## CERTIFICATE OF SERVICE

FILED
IN CLERKS OFFICE

2006 MAY 25  P 1:53

U.S. DISTRICT COURT
DISTRICT OF MASS.

I, David C. Grossack, hereby certify that on this 19th day of May, 2006, I mailed copies of the of the within pleadings to all interested parties.

David C. Grossack, Esquire
1320 Centre Street, Suite 103
Newton, Massachusetts  02459
BBO # 212890
Telephone: (617) 965-9300
May 19th, 2006

SJ006
DCG:kf