

## The Answer to Your Debt Collection Needs!

### DON'T LET THEM GET AWAY WITH IT!

*Introducing*
**The Law Office of David Grossack P.C.**
**The Aggressive Debt Collection Law Office.**

*A business to business debt collection management service covering your needs locally, nationally and internationally.*

**If Somebody Owes You Money READ THIS NOW!**

**WHO WE ARE**



*David Grossack* is a nationally recognized civil litigation attorney who has been practicing collection law for nearly 25 years. His debt collection practice has regional, national and international capabilities, with the ability to serve your needs rapidly, efficiently, and economiclly.

We treat each case as urgent, and we realize that, because we usually work on a contingency basis, if we don't make money for you, we won't make money for ourselves.

**WHY WE'RE BETTER THAN THE REST**

We're asset grabbers. We look for what your business debtor owns, be it real estate, restaurant or cash on hand, or income streams, and we do our best to tie it up so tight they scream.

We spy. We look around and snoop using the most sophisticated but lawful methods of finding out what there is to seize, and then we go for it.

**HOW WE HELP YOU**

We let you focus on your business while we focus on seeing to it that you get paid. Why let chasing overdue accounts occupy your time?

**HOW TO GET STARTED**

You can become a client in just a few moments. Simply send us a message describing your case together with your contact information and e-mail to us at

collexit@comcast.net. We'll get back to you within 24 hours. Or call us NOW at **617-965-9300**. You can also fax case information to **617-965-9302**

**Comments? E-mail Now!** collexit@comcast.net

Serious Investors:e-mail contact info to collexit@comcast.net to discuss how we may be of mutual benefit.

*Billcollector.biz* is a trade name of the Law Office of David Grossack, P.C., **Suite 103, 1320 Center St Newton, MA 02459**

# grossack.com

## WELCOME TO THE LAW OFFICE OF DAVID GROSSACK, P.C.
### Andrew M. Greenberg, Esq. Of Counsel

*Serving the region with affordable and conscientious legal services since 1981*

Suite 103, 1320 Centre St., Newton, Mass. 02459
Telephone: 617-965-9300
Facsimile: 617-965-9302



**VOTED LAWYER OF THE YEAR 1999**
*Mass. Lawyers Weekly*

**REPORTED ONE OF THE TEN BEST LAWYERS IN MASSACHUSETTS**
*Boston Herald*, Dec. 29, 1999

### Offering services in the following areas:

| | |
|---|---|
| Automobile Accidents | Slip and fall cases |
| Defective products | Divorce and Custody Cases |
| Business Disputes | Boating Accidents |
| Libel and Slander | Civil Rights |
| False Arrest | Stock Broker and Securities Fraud |
| Sexual Assault | Premises liability |
| Motorcycle accidents | Medical Malpractice |
| Class actions | Airplane crashes |

**Wrongful death**

*CONSULTATIONS AVAILABLE IN NEWTON, BOSTON OR HULL*

# Make a Donation to JPFO



**Jews For The Preservation of Firearms Ownership, Inc.**
P.O. Box 270143
Hartford, WI 53027

Phone (262) 673-9745
Fax (262) 673-9746

Use this page to make an on-line donation to JPFO using our secure encrypted shopping-cart system.

Your donation will help preserve your right to keep and bear arms and destroy "gun control" in America.

Donations are Tax Exempt under IRS Code Section 501(c)(3) as a non-profit educational organization.

Make a $20 Donation

Make a $25 Donation

Make a $30 Donation

Make a $40 Donation

Make a $50 Donation

Make a $75 Donation

Make a $100 Donation

Make a $200 Donation

Make a $250 Donation

Make a $500 Donation



# ALL IN FAVOR OF "GUN CONTROL" RAISE YOUR RIGHT HAND



**JEWS FOR THE PRESERVATION OF FIREARMS OWNERSHIP, INC.**
*America's Most Aggressive Defender of Firearms Ownership*
P.O. Box 270143 • Harford, WI 53027
262-673-9745 • fax 262-673-9746 • www.jpfo.org
Aaron Zelman, Executive Director
**Annual Dues $20.00**

©1991 JPFO

# About JPFO



Jews For The Preservation of Firearms Ownership, Inc.
P.O. Box 270143
Hartford, WI 53027

Phone (262) 673-9745
Fax (262) 673-9746

## JPFO: Fierce Defender of American Liberty

To destroy "gun control" and to encourage Americans to understand and defend all of the Bill of Rights for everyone. Those are the twin goals of Wisconsin-based Jews for the Preservation of Firearms Ownership (JPFO). Founded by Jews and initially aimed at educating the Jewish community about the historical evils that Jews have suffered when they have been disarmed, JPFO has always welcomed persons of all religious beliefs who share a common goal of opposing and reversing victim disarmament policies while advancing liberty for all.

JPFO is a non-profit tax-exempt educational civil rights organization, not a lobby. JPFO's products and programs reach out to as many segments of the American people as possible, using bold tactics without compromise on fundamental principles. For example, JPFO offers easy-reading, comic-style, fully-documented "Gran'pa Jack" booklets that explain:

- the entire Bill of Rights, its roots, its meaning, and how it is being trampled today
- the racist roots of "gun control" in America
- the United Nations assault on the U.S. Bill of Rights
- how "gun control" laws led to the nearly 70 million deaths of unarmed civilians in eight 20th-Century genocides
- how to explode 21 "gun control" myths
- ...and much more!

Youngsters are not forgotten: JPFO has produced a free, downloadable pro-liberty coloring book that teaches firearms safety and fundamental freedom principles to young children.

JPFO also offers a wide variety of freedom related fiction and non-fiction books in

# THE PATRIOT Chronicle-Network

*Preserve And Protect Our Constitution*

*We The People*

P.O. Box 294 Hull, MA 02045 | PHONE: 617-451-1854
FAX: 781-925-9352 | EMAIL: patriotcaucus@gmail.com

**Main Menu**

- HOMEPAGE
- LAW VICTIMS ORGANIZE
- WHERE HAVE ALL THE PATRIOTS GONE?
- CONSPIRACY THEORY?????
- BUSH ADMINISTRATION POLICY ON BELARUS IS JUST PLAIN HYPOCRITICAL
- RALLY AGAINST LEGAL ABUSE APRIL 17
- RADICAL THERAPY FOR VICTIMS OF LEGAL AND GOVERNMENT ABUSE
- THE BIG BETRAYAL IN WASHINGTON
- A BILL OF RIGHTS FOR PRO SE LITIGANTS!
- MILITIAS, PATRIOTS AND JUSTICE

## A BILL OF RIGHTS FOR PRO SE LITIGANTS!

### TEN STEPS AMERICA CAN TAKE TO ENSURE DUE PROCESS AND EQUAL PROTECTION FOR UNREPRESENTED PARTIES.

1. The senior justice of every court shall ensure that each court maintain a website that has the procedural rules and the applicable for all cases to be heard in that court. Forms for use in every possible step of the procedural path of a case should be downloadable from the website.

2. Each court shall have a reading room where law books, forms and an Internet access terminal shall be available for unrepresented litigants.

3. Laws must be enacted at the state and federal level to guarantee due process and equal protection for unrepresented parties.

4. Laws, procedural rules, and decisions must be written in plain English at the level of a high school graduate

5. Juries shall be read instructions to refrain from construing a party's non-representation against the unrepresented party.

**Important Links**

- HOW TO WIN A LAWSUIT WITHOUT HIRING A LAWYER!
- RADICAL PLANET
- CULTS OF THE NEW WORLD ORDER
- National Judicial Conduct And Disability Law Project
- UNIVERSAL TRADE HOURS...The Money Next Time!
- The Law By Frederic Bastiat
- Jews For Preservation of Firearms Ownership
- Citizens Justice Institute
- Barry Weinstein's Site

Patriot Caucus

Page 2 of 2

## THE UNPUNISHED TRAITOR

6. Judges must refrain from refusing to allow an unrepresented party to speak on the grounds that the party is unrepresented.

7. Individuals with power of attorney or a certificate of corporate vote or trustee's authorization should be allowed to represent entities without being licensed members of the bar.

8. No person shall be denied the right to have assistance of counsel on the basis of the selected counsel not being licensed to practice law.

9. Each state shall have an office with its Court Administration system to be responsible for the co-ordination of pro se services and the monitoring of the rights of the rights of pro se litigants. Clerk's offices shall have made to be sensitive to the needs of pro-se litigants and shall distribute pre-printed information, syllabus and forms to litigants as is sensible.

10. Congress should take appropriate steps to ensure that federal courts are completely user friendly for unrepresented parties, that entities be permitted to have non-lawyer representatives and that discrimination against litigants who are unrepresented cease. It should be understood that discrimination may take many forms, ranging from being told "this is too complex for a non-lawyer, you'd better hire an attorney," to writing decisions that are incomprehensible for non-lawyers to understand.

A Matter Of Justice

Judges Human Rights Crimes Investigative Commission

Fully Informed Jury Association

USA Exposure

Caught!

Founding Fathers Economics

Copyright© Citizens Justice Institute, PO Box 90, Hull, Massachusetts 02045

© 2006 Patriot Caucus, Box 294, Hull, Mass. 02045  PHONE: 617-451-1884  FAX: 617-965-9302  All rights reserved.



# The PATRIOT CAUCUS
## Home of the Citizen's Truth Committees

Box 294, Hull, Mass. 02045  PHONE: 617-451-1884  FAX: 617-965-9302  E-MAIL: patriotcaucus@gmail

**Main Menu**

**THE BIG BETRAYAL IN WASHINGTON**

**A BILL OF RIGHTS FOR PRO SE LITIGANTS!**

**MILITIAS, PATRIOTS AND JUSTICE**

**THE UNPUNISHED TRAITOR**

**Important Links**

**National Judicial Conduct And Disability Law Project**

**UNIVERSAL TRADE HOURS.,.The Money Next Time!**

**The Law By Frederic Bastiat**

**Jews For Preservation of Firearms Ownership**

**Citizens Justice Institute**

**Barry Weinstein's Site**

**A Matter Of Justice**

**Judges Human Rights Crimes Investigative Commission**

**Fully Informed Jury**

### Introduction

The Patriot Caucus is a constitutionalist organization dedicated to enabling individuals to challenge legal and government abuse. Towards this end, it has established a program for establishing Truth Committees in every municipality where interested persons wish to participate.

### What Is the Problem ?

The problem is that government, the legal profession, and the courts are failing America. We see the erosion of boundaries between individual rights and government. We see the quality of justice deteriorate to the point that lawyers and judges do not have the confidence of the American people. Government officials are too often in the role of crooks and bullies rather than the public servants they ought to be. Some examples:

- Building inspectors and zoning boards maliciously prevent people from enjoying their property rights.
- City hall governments raise property taxes to pay excessive salaries to well connected municipal employees.
- Senior citizens must sell their homes because they cannot afford property taxes.
- Police departments too often single out and even frame unpopular citizens, and get away with it.
- Lawyers exacerbate problems, ignore clients, make deals with opponents behind client's backs and sell out client's interests because they are afraid to speak out against injustices, especially in divorce court and in cases where local police are trampling on a person.

Lawyers freeze when you ask them to stand up for constitutional

Association

USA Exposure

Caught!

Founding Fathers Economics

rights. They are terrified of speaking truth to power. We are now living in a dossier and surveillance state where their so-called New World Order, and the corporate oligarchies that seem to control each country, threaten to turn this world into Global Prison Plantation. Few people read or undertsand the US Constitution, the only document standing between you and a corrupt tyrrany.

**Why Are Truth Committees the Solution ?**

The Truth Committees are designed to help people at the grassroots level formulate responses to local problems that they themselves know best. We encourge picketing local courthouses, having sit ins at courthouses where bad judges preside, picketing the homes of unsavory lawyers, using alternative media such as community access cable TV and other methods outlined in David Grossack's book Radical Planet.

Through the efforts of Mr. Grossack, there are now 50 web domains and 25,000 pages available to the Truth Committees for use in exposing local corruption and injustice. Call the hotline above to find out how you can participate .

© 2005 Patriot Caucus, Box 294, Hull, Mass. 02045  PHONE: 617-451-1884  FAX: 617-965-9302  All rights reserved

Corey Guskin
1802 Echo Place
Merrick, New York 11566
516-972-7293

January 20, 2005

United States District Court
District of Massachusetts
Case 04 CV 11900 NG

To: United States District Court:

My name is Corey Guskin, and I'm a licensed process server in New York. I've been a process server for more than five years. I personally served Mr. Stuart Juckett on September 25, 2004 at 8:08 P.M. Mr. Juckett lives in the Eastern Long Island area of Amagansett. Mr. Juckett is a white, male, 58 years old SS # 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 and his DOB is March 15, 1946. I originally called Mr. Juckett on the telephone to confirm his address (1-631-267-8763), and he answered the phone and confirmed that I did have his correct address. He voiced some displeasure that I was able to locate him. When I arrived at his home in the evening of September 25, 2004, he began telling me that Dan Howard has been litigating against him for a long time. He even felt that the litigation caused his father to become ill and pass

away. I spoke to him for a few more minutes, and we even talked about the upcoming presidential race.
Both of us conferred to be registered Republicans, but were not happy with the last four years. I confirmed some information about Mr. Juckett; he told me he was 58 years old. I then personally handed the legal documents to Mr. Stuart Juckett and returned to my car. I hope this letter and additional information will be helpful to the court.
Thank you.

Sincerely,

Corey Guskin

# YAHOO! MAIL

Print - Close Window

**From:** "Nestor, Matthew @ SEC" <Matthew.Nestor@sec.state.ma.us>
**To:** "Dan Howard" <how2go@yahoo.com>
**Subject:** RE: Attached letter regarding Acument Securities.
**Date:** Fri, 21 Sep 2001 14:27:43 -0400

No disciplinary action was taken against Dan Howard by the Massachusetts Securities Division for any activities at H.J. Meyers. The CRD does not reflect any actions by the Division during his employment at H.J. Meyers.

-----Original Message-----
**From:** Dan Howard [mailto:how2go@yahoo.com]
**Sent:** Friday, September 21, 2001 9:39 AM
**To:** mnestor@sec.state.ma.us
**Subject:** Attached letter regarding Acument Securities.


Dan Howard

4 Canal Park

Cambridge, Massachusetts

02141

September 18, 2001

**Writers Direct Dial:** 617-621-9774

**Writers' E-Mail:** how2go@yahoo.com


Subject: Request for statement from the Massachusetts Securities Division stating that no disciplinary action was taken against Dan Howard in connection with H.J. Meyers.


Mr. Matt Nestor

Chief of Enforcement

Massachusetts Securities Division

One Ashburton Place

Boston, Massachusetts 02108


Dear Matt:

05/20/1999  11:45   5176219774                          DAN HOWARD                      P.08      T-987   Job-713

# GARY SCHULTZ
### ATTORNEY AT LAW
305 BROADWAY · SUITE 602
NEW YORK, N.Y. 10007
(212) 267-6655
FAX (212) 732-2191

OF COUNSEL
DAVID A. GOLDSTEIN

2 NEW HEMPSTEAD RD
NEW CITY, N.Y. 10956
(914) 638-9232

NASDR 002321

February 28, 1997

Stuart R. Juckett
9494 Oak Falls Court
Great Falls, Virginia 22066

Re: Howard v. Juckett

Dear Mr. Juckett:

Please be advised that I am the attorney for Daniel Howard.

Your settlement agreement is with H.J. Meyers & Co., Inc. not with Daniel Howard. Mr. Howard is not a signatory to that agreement nor did Mr. Howard consent to the terms of the agreement.

Notwithstanding that Mr. Howard is not a party to the settlement agreement, the agreement does prohibit Mr. Howard from pursuing his common law civil remedies for the tort of slander.

Your letters to Mr. Howard's employer is malicious and intended to cause him further injury.

Mr. Howard is pursuing his own civil remedies and does not need the permission of his employer to do so. If you continue with your malicious course of conduct, I will recommend to Mr. Howard that he amend his complaint to include a cause of action for malicious interference with contract.

In addition, I have reviewed the documentation in this case and it appears that you have accused Mr. Howard of theft of your father's monies. If that allegation is untrue, it constitutes the tort of slander per se and Mr. Howard would be entitled to compensatory relief for your tortious acts. The merits of Mr. Howard's allegations will be tried in Court not in malicious letter writing campaign to Mr. Howard's employer.

Very truly yours,

GARY SCHULTZ

GS/ca

cc: Daniel Howard


Start:
**ACUMENT** ᴿᴹ
**HOLDING COMPANY, INC.**

September 14, 2002

Mr. Daniel Howard
101 Federal Street, suite 1900
Boston, MA 02110

Dear Mr. Howard,

Stuart Juckett has been contacting us for several weeks in regards to a statement you made in your NASD U4 filing. Without any knowledge of the relationship that you have with Mr. Juckett, we have had to address his inquires and demands and, eventually, the telephone calls from the NASD in Boston. This has involved my time and our attorney, Michael Bolgatz.

We have received instructions from the NASD in Boston to amend your U4 by altering or removing this statement.

I am asking you to address this issue with Mr. Juckett directly and not use this firm or the NASD's filing for other purposes. You had been an independent contractor with Acument Securities, Inc. (until the August 21, 2002) and matters such as these are to be addressed by you. Any legal cost that we incur because of this will be forwarded to you for payment.

Please notify Mr. Bolgatz what caused your statement about Mr. Howard and what steps you are taking to close this matter.

Michael Mehr has told me that you have requested information about obtaining a Series 24 license. You should confirm your licensing status with Michael Fisher at 1ˢᵗ Discount Brokerage, Inc. 1ˢᵗ Discount Brokerage has a strict guideline for minimum production requirement of its brokers and they are aware that you had little or no production during the period that you were licensed with Acument Securities. It is possible that your license may not be active at 1ˢᵗ Discount Brokerage.

Sincerely,

Robert Angle
President

Cc: Michael Fisher
    Michael Bolgatz
    Michael Mehr
301 Mission Street, 5th Floor
San Francisco, CA 94105
P: 415.597.6800
800.669.4483
F: 415.543.5063

*HONORABLE U.S. JUDGE*
*NANCY GERTN.*

*WRITTEN REQUEST #3*

*CIV. NO. 04-11900-NG*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(www.mad.uscourts.gov)

**ELECTRONIC CASE FILING SYSTEM
ATTORNEY REGISTRATION FORM**
*Please type or print legibly*

This form must be used to register for an account on the Court's Case Management/Electronic Case File (CM/ECF) system. By submitting this registration form, the undersigned agrees to abide by the requirements stated herein.

NAME: **HOWARD** / **DANIEL** / **R.**
(Last) (Generation) (First) (Middle Initial)

BBO#: **PRO-SE**

Law Firm:

Building/Suite:

Street Address: **PO BOX 440250**

City, State, ZIP: **SOMERVILLE, MA. 02144**

Telephone: **617-529-8886**   Fax: **603-849-6119**

E-Mail: (for service of electronically filed papers) **how2go@yahoo.com**

Attorneys seeking to file documents electronically must be admitted to practice in this court pursuant to LR 83.5., represent the U.S. government or authorized to appear pro hac vice or through an MDL action.

Please specify date of admission to U.S. District Court for the District of Massachusetts: _____

U.S. Government attorney: _____

If admitted pro hac vice:   Date motion for pro hac vice granted _____, in case number _____ .

If Attorney of Record in MDL action indicate case number _____ .

Attorneys will have privileges to electronically file court documents, view official docket sheets and documents associated with cases, and query various case reports for cases on the CM/ECF system. The CM/ECF system follows and must be used in conjunction with the Federal Rules of Civil & Criminal Procedure, the Local Rules, and any administrative orders and policies of the United States District and Bankruptcy Courts for the District of Massachusetts. In order to file documents electronically, CM/ECF participants will need a PACER service account.

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Federal Rules Civil Procedure, Federal Rules of Criminal Procedure and the Federal Rules of Bankruptcy Procedure via the Court's electronic filing system. The combination of User ID and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised. In that event, counsel must apply for a new password.

SIGNATURE: *Dan Howard*   DATE: **8/26/05**

Please mail or hand deliver this form to:
Clerk, United States District Court
Attn: CM/ECF Registration
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Once your registration is processed, your User ID and password will be e-mailed to you from "CmecfRegistrar@mad.uscourts.gov" so that you may access the electronic case filing system. Procedures for using the system are available for downloading from the Court's web site.

Clerk's Office Use Only

| Date received: | Login: | Password: | Record updated: |
|---|---|---|---|
|  |  |  |  |