UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Docket No. 04-11900-NG

| | |
|---|---|
| DAN HOWARD,               )<br>                                            )<br>    Plaintiff                         )<br>                                            )<br>v                                          )     **MOTION FOR ORDER TO**<br>                                            )     **SHOW CAUSE**<br>STUART JUCKETT, ET. AL.,  )<br>                                            )<br>    Defendant                      )<br>                                            ) | |

Now comes the defendant, Stuart Juckett, by counsel, and prays this Court to hold a hearing as to the issue of why the plaintiff, Dan Howard, should not be held in contempt for his failure to obey the order of this Court (Ex. "A"), issued by Judge Gertner dated August 17, 2005 requiring the plaintiff to pay the sum of $6,02015 to defendant Howard in costs and attorney's fees.

Respectfully submitted,

David C. Grossack, Esq.
Suite 103
1320 Centre St.
Newton, MA 02459
(617)-965-9300
BBO# 212890
Dated: August 14, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Docket No. 04-11900-NG

DAN HOWARD,

    Plaintiff

v.

STUART JUCKETT, ET. AL.,

    Defendant

**MOTION FOR ORDER TO SHOW CAUSE**

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that before filing this motion, I called Attorney Richard Weiss, legal representation of Dan Howard, to try to resolve this issue concerning non-payment of the award of costs and attorney's fees.

It was not possible to reach an agreement on this matter; therefore, filing this motion was necessary.

Respectfully submitted,

David C. Grossack, Esq.
Suite 103
1320 Centre St.
Newton, MA 02459
(617)-965-9300
BBO# 212890
Dated: August 14, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Docket No. 04-11900-NG

DAN HOWARD,  )
              )
    Plaintiff )
              )
v             )
              )
STUART JUCKETT, ET. AL.,  )
              )
    Defendant )
              )

CERTIFICATE OF SERVICE

I hereby certify, on this 14th day of August, 2006, that I sent all enclosed documents to all interested parties.

Respectfully submitted,

David C. Grossack, Esq.
Suite 103
1320 Centre St.
Newton, MA 02459
(617)-965-9300
BBO# 212890
Dated: August 14, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

```
DAN HOWARD,                                )
    Plaintiff,                             )
                                           )
    v.                                     )    Civ. No. 04-11900-NG
                                           )
HD VEST FINANCIAL SERVICES, STUART         )
K. JUCKETT, and NATIONAL                   )
ASSOCIATION OF SECURITIES DEALERS,         )
                                           )
    Defendants.                            )
```
GERTNER, D.J.

### ORDER RE: ATTORNEYS' FEES AND COSTS
August 17, 2005

For the reasons set forth in an electronic order dated August 17, 2005, I **AWARD six thousand twenty dollars and fifteen cents ($6,020.15)**, in total, for attorneys' fees and costs to defendant Stuart K. Juckett. This sum consists of: 1) **five thousand dollars ($5,000)** in reasonable attorneys' fees incurred in defending the instant case, see docket entries ## 62, 77; and 2) **one thousand twenty dollars and fifteen cents ($1,020.15)** in reasonable costs incurred during travel from out of state to attend a February 24, 2005, evidentiary hearing in the instant case, see docket entries ## 71, 77.

**SO ORDERED.**

Dated: August 17, 2005                       s/NANCY GERTNER, U.S.D.J.

Case Name: ☐Howard v. HD Vest Financial Services et al

Case Number: ☐1:04-cv-11900

David C. Grossack
P.O. Box 90
Hull, MA 02045
|||..,,|.|||...|..|.|.|.|.|..|