UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN HOWARD,  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>HD VEST FINANCIAL SERVICES, STUART  )<br>K. JUCKETT, and NATIONAL  )<br>ASSOCIATION OF SECURITIES DEALERS  )<br>    Defendants.  ) | C.A. No. 04-11900-NG |

GERTNER, D.J.:

### ORDER TO SHOW CAUSE

The plaintiff is hereby **ORDERED** to show cause by October 30, 2006 why he should not be held in contempt for failure to obey this Court's Order dated August 17, 2005 that he pay defendant Stuart K. Juckett costs and attorneys' fees in the amount of six thousand twenty dollars and fifteen cents ($6,020.15).

**SO ORDERED.**

Dated: September 14, 2006           s/ NANCY GERTNER U.S.D.J.