UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAN HOWARD,
    Plaintiff

v.

HD VEST FINANCIAL SERVICES,
STUART K. JUCKET & NATIONAL
ASSOCIATION OF SECURITIES DEALERS,
    Defendants

C.A. No. 04-11190-NG

## RESPONSE TO ORDER TO SHOW CAUSE

Now comes Plaintiff Dan Howard, by his attorney Richard S. Weiss, and states that he shows cause why he should not be held in contempt, to wit: That with this response Attorney Weiss states that he has sent, via certified mail, a copy of this response and a check in the amount of $6,020.15 to Attorney David Grossack at 1329 Centre Street, Suite 103, Newton, MA 02459.

In reading the Honorable Judge Gertner's Order to Show Cause, Attorney Weiss construes that a response such as this would be sufficient to satisfy the contempt and an appearance would not be necessary on October 30, 2006.

If this is in error, Attorney Weiss would appreciate being informed of same from this Honorable Court.

Respectfully submitted,
Plaintiff Dan Howard,
By his attorney,

*/s/ Richard S. Weiss*
Richard S. Weiss, Esq.
Law Offices of Richard S. Weiss
15 Court Square, Suite 210
Boston, MA 02108
617-742-2900
BBO#: 521300

Dated: 10/12/06

Law Offices of
Weiss & Parrino
15 Court Square
Boston, MA 02108

(617) 742-2900

| EXPLANATION | AMOUNT | |
|---|---|---|
| | | 5-7017/2110 |
| | | |
| | | **2583** |
| | | |

**ATTORNEY RICHARD S. WEISS**
IOLTA ACCOUNT
15 COURT SQUARE
BOSTON, MA 02108

PAY Six thousand twenty and 15/100 —————— DOLLARS

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NO. | CHECK AMOUNT |
|---|---|---|---|---|
| 10/16/06 | Atty. David Grossack | Howard | 2583 | $ 6020.15 |

Citizens Bank
Massachusetts

⑁⑁002583⑁⑁  ⑈211070175⑈  1130198208⑁⑁